UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61358-CIV-ROSENBAUM

INTELLECTUAL VENTURES I, LLC, *et al.*,

      Plaintiffs,

v.

MOTOROLA MOBILITY LLC,

      Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion of M. Elizabeth Day, Esq., seeking to appear *pro hac vice* as co-counsel for Plaintiffs [D.E. 8]. The Court notes that Ms. Day has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Ms. Day has also certified that she has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Ms. Day, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*. [D.E. 8]. The Clerk shall provide Notices of Electronic Filing in this case to Ms. Day at eday@feinday.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial. Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be prepared to represent Plaintiffs adequately at any time, including at trial.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 27th day of June 2013.

                                                                                       ROBIN S. ROSENBAUM
                                                                                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record