**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  13-61358-CIV-ROSENBAUM**

INTELLECTUAL VENTURES I, LLC, *et al.*,

      Plaintiffs,

v.

MOTOROLA MOBILITY LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

      This matter is before the Court on the Motion of Marc Belloli, Esq., seeking to appear *pro hac vice* as co-counsel for Plaintiffs [D.E. 9].  The Court notes that Mr. Belloli has paid a $75.00 fee, which covers *pro hac vice* admission in this case only.  Mr. Belloli has also certified that he has studied the Local Rules of this Court.

      Having considered the Motion and the accompanying Certification of Mr. Belloli, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*.  [D.E. 9].  The Clerk shall provide Notices of Electronic Filing in this case to Mr. Belloli at mbelloli@feinday.com.

      The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial.  Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be prepared to represent Plaintiffs adequately at any time, including at trial.

      **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 27th day of June 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record