## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  13-61358-CIV-ROSENBAUM/HUNT

INTELLECTUAL VENTURES I, LLC, *et al.*,

      Plaintiffs,

v.

MOTOROLA MOBILITY LLC,

      Defendant.

_____/

### <u>ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*</u>

This matter is before the Court on the Motion of Taylor Ludlam, Esq., seeking to appear *pro hac vice* as co-counsel for Defendant [D.E. 30].  The Court notes that Ms. Ludlam has paid a $75.00 fee, which covers *pro hac vice* admission in this case only.  Ms. Ludlam has also certified that she has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Ms. Ludlam, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice* [D.E. 34].  The Clerk shall provide Notices of Electronic Filing in this case to Ms. Ludlam at taludlam@kilpatricktownsend.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial.  Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be prepared to represent Defendant adequately at any time, including at trial.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 19th day of August 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record