IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 0:13-cv-61358-RSR

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

        Plaintiffs,

    v.

MOTOROLA MOBILITY LLC,

        Defendant.

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and

Defendant Motorola Mobility, LLC (together, the "Parties") submit this Joint Claims

Construction Statement as required by the Court's January 6, 2014 Order (ECF No. 72).

**I.    Patent Rules Order 4-3(a) – Agreed Upon Constructions**

| Term | Patent | Agreed Upon Construction |
|---|---|---|
| 1. "a first coding means generating the first class" | '073 patent | <u>Function</u>: generating the first class<br><br><u>Structure</u>: Elements 902, 930 of Figures 9 and 10, respectively, and equivalents thereof |
| 2. "a second coding means forgenerating the second class and sequentially operable to the first coding means" | '073 patent | <u>Function</u>: generating the second class and sequentially operable to the first coding means<br><br><u>Structure</u>: Element 904 of Figures 9 and 10 and equivalents thereof |
| 3. "first class is generated | '073 patent | <u>Function</u>: generating a first |

| | | |
|---|---|---|
| in a first coding means" | | class<br><br>Structure: Elements 902, 930 of Figures 9 and 10, respectively, and equivalents thereof |
| 4. "second class is generated in a second coding means sequentially operable to the first coding means" | '073 patent | Function: generating a second class<br><br>Structure: Element 904 of Figures 9 and 10 and equivalents thereof |
| 5. "means for encoding" | '073 patent | Function: encoding data into digital signals<br><br>Structure: Elements 204, 906 of Figures 2, 3, 5, 9, and 10, respectively, and equivalents thereof |
| 6. "means for classifying" | '073 patent | Function: classifying digital signals into first and<br><br>second classes<br><br>Structure: Elements 502, 902, 904, and 930 of Figures 5, 9, and 10, respectively, and equivalents thereof |
| 7. "means for creating" | '793 patent | Function: creating a message<br><br>Structure: Step 402 (CREATE OR READ IN DOCUMENT, INCLUDING UNIFORM RESOURCE LOCATOR (URL)) of Figure 4 and elements 1002 (MICROPROCESSOR), 1004 (RAM) of Figure 10, and equivalents thereof |
| 8. "means for transmitting" | '793 patent | Function: transmitting the message<br><br>Structure: step 404 (TRANSMIT DOCUMENT VIA ELECTRONIC MAIL OR OTHER SERVER) of Figure 4 |

US2008 5230142 1

| | | and elements 1002 (MICROPROCESSOR), 1004 (RAM), 1018 (MODEM) of Figure 10, and equivalents thereof |
|---|---|---|
| 9. "means for receiving" | '793 patent | <u>Function</u>: receiving the message<br><br><u>Structure</u>: step 406 (RECEIVE DOCUMENT VIA ELECTRONIC MAIL OR OTHER MEANS) of Figure 4 and elements 1002 (MICROPROCESSOR), 1004 (RAM), 1018 (MODEM) of Figure 10, and equivalents thereof |
| 10. "means … for decoding" | '793 patent | <u>Function</u>: decoding the message<br><br><u>Structure</u>: Step 408 (WHAT IS THE DOCUMENT TYPE) of Figure 4 and elements 1002 (MICROPROCESSOR), 1004 (RAM) of Figure 10, and equivalents thereof |
| 11. "means for displaying" | '793 patent | <u>Function</u>: displaying the message<br><br><u>Structure</u>: step 420 (LOOK UP URL MESSAGE ON THE INTERNET & DISPLAY), Step 430 (DISPLAY HTML DOCUMENT), or 442 (DISPLAY HTML DOCUMENT) of Figure 4 and elements 1002 (MICROPROCESSOR), 1004 (RAM), 1008 (DISPLAY) of Figure 10, and equivalents thereof |

## II.      Patent Rules Order 4(b) – Disputed Terms, Constructions and Related Evidence

Attached as <u>Exhibit A</u> is a chart that sets forth each party's proposed construction of each disputed term together with the intrinsic and extrinsic evidence upon which each party intends to rely.

## III.      Patent Rules Order 4(c) – Identification Of 10 Most Significant Terms

3

The Parties identify the following 10 terms as most significant to the resolution of the case.

1.      "pixel" – '960 patent.

2.      "recovering an indication" – '353 patent.

3.      "bandwidth" – '353 patent.

4.      "error detection decoding means for generating an error signal corresponding to the respective first and second digital signal classes" – '073 patent.

5.      "a signal having a first signal portion" – '353 patent.

6.      "a further signal portion" – '353 patent.

7.      "without the need to access an external service controller server" – '771 patent.

8.      "local content module" – '771 patent.

9.      "error detection code" – '073 patent.

10.     "reference to a predetermined location" – '793 patent.

## IV.     Patent Rules Order 4(d) – Anticipated Length of Time For Claim Construction Hearing

The Parties anticipate 3-4 hours as necessary for the claim construction hearing.

## V.     Patent Rules Order 4(e) - Witnesses

The Parties do not propose calling witnesses.

US2008 5230142 1

Dated: January 16, 2014                          Respectfully submitted,


 s/ Lance A. Harke                                s/ Edward M. Mullins
Lance A. Harke, P.A.                             Edward M. Mullins
lharke@harkeclasby.com                           emullins@astidavis.com
Sarah Clasby Engel, P.A.                         Regan N. Kruse
sengel@harkeclasby.com                           rkruse@astidavis.com
Howard M. Bushman, P.A.                          **ASTIGARRAGA DAVIS MULLINS &**
hbushman@harkeclasby.com                         **GROSSMAN, P.A.**
**HARKE CLASBY & BUSHMAN LLP**                   1001 Brickell Bay Drive, 9th Floor
9699 NE Second Avenue                            Miami, Florida 33131
Miami Shores, FL 33138                           Telephone: (305) 372-8282
Telephone: (305) 536-8220                        Facsimile: (305) 372-8202
Facsimile: (305) 536-8229


Elizabeth Day, Esq. (*pro hac vice*)             Christopher Schenck
eday@feinday.com                                 cschenck@kilpatricktownsend.com
Marc Belloli, Esq. (*pro hac vice*)              **KILPATRICK TOWNSEND &**
mbelloli@feinday.com                             **STOCKTON LLP**
**FEINBERG DAY ALBERTI &**                       1420 Fifth Avenue, Suite 4400
**THOMPSON LLP**                                 Seattle, Washington 98101
1600 El Camino Real, Suite 280                   Telephone: (206) 467-9600
Menlo Park, CA 94025                             Facsimile: (206) 623-6793
Telephone: 650-618-4360
Facsimile: 650-618-4368                          Mitchell G. Stockwell
                                                 mstockwell@kilpatricktownsend.com
*Counsel for Plaintiffs*                         William H. Boice
                                                 bboice@kilpatricktownsend.com
                                                 **KILPATRICK TOWNSEND &**
                                                 **STOCKTON LLP**
                                                 1100 Peachtree Street, NE
                                                 Suite 2800
                                                 Atlanta, GA 30309-4528
                                                 Telephone: 404-815-6214


                                                 Steven D. Moore
                                                 smoore@kilpatricktownsend.com
                                                 **KILPATRICK TOWNSEND &**
                                                 **STOCKTON LLP**
                                                 Two Embarcadero, Eight Floor
                                                 San Francisco, CA 94111
                                                 Telephone: 415-273-4741


                                                 Taylor Ludlam
                                                 taludlam@kilpatricktownsend.com

5

**KILPATRICK TOWNSEND &
STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: 919-420-1705

Theodore G. Brown , III
tbrown@kilpatricktownsend.com
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1080 Marsh Toad
Menlo Park, CA 94025
Telephone: 650-324-6353
*Counsel for Defendant*

6

US2008 5230142 1