# EXHIBIT A

| Term | IV's Construction | IV's Evidence | Motorola's Construction | Motorola's Evidence |
|---|---|---|---|---|
| 1. "pixel" – '960 patent | Plain and ordinary meaning | Intrinsic: '960 patent, Figs. 3-5, col. 2:8-15, 4:32-67, 5:47-67, 7:40-8:15, claims.<br><br>Extrinsic: The over 170 patents assigned to Motorola that use the term "pixel" in the claims, including without limitation 8,565,558; 8,560,016; 8,504,574; 8,503,712; 8,487,951; 8,265,163; 8,249,142; 8,243,155; 8,237,750; 8,223,235; 8,223,217; 8,126,054; 8,111,913; 8,103,118; 8,089,510; 8,007,110; 7,995,858; 7,925,116; 7,884,869; 7,710,481<br><br>1994 21st Century Dictionary of Computer Terms; 1994 IBM Dictionary of Computing; 1995 Webster's New World Dictionary; 1996 PC Hardware and Data Communications Terms; 1995 Dictionary of Computer Words; 1995 Dictionary of Computer Terms | Indefinite | Intrinsic: '960 patent at 2:8-15; 4:32-6:38; 7: 40-8:15; and corresponding figures; claims. |
| 2. "bit-block-type | A transfer operation using logical | Intrinsic: '960 patent, col. 4:33-67, claims 8, 9, 21 | The following Boolean operations used to combine blocks of pixels: | Intrinsic: '960 patent at 4:32-6:38; and corresponding |

1

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| transfer operation" – '960 patent | operators | | [table of Boolean operations on Source (S), Destination (D), Mask (M)] | figures; claims. |
| 3. "a signal having a first signal portion" – '353 patent | A signal transmitted from a base station to the remote unit having a first portion | Intrinsic: Abstract, Figs. 1, 2, 4A, 4B and associated text, 1:10-2:67, 3:8-14, 3:3:17-19, 3:21-6:17, 6:54-8:11, claims 1-3, 5, 9, 21, 22, 25 | A contiguous signal that includes a first portion and a second portion; the first portion precedes and is at a lower bandwidth than the second portion | Intrinsic: '353 patent at Abstract, 1:10-2:67, 5:62-8:11; and corresponding figures; claims. |
| 4. "a further signal portion" – '353 patent | A second portion of the signal transmitted from a base station to the remote unit | Intrinsic: Abstract, Figs. 1, 2, 4A, 4B and associated text, 1:10-2:67, 3:8-14, 3:3:17-19, 3:21-6:17, 6:54-8:11, claims 1-3, 5, 9, 21, 22, 25<br><br>Extrinsic: http://www.merriam-webster.com/dictionary/further | The second portion of the contiguous signal; the second portion follows and is at a higher bandwidth than the first portion | Intrinsic: '353 patent at Abstract, 1:10-2:67, 5:62-8:11; and corresponding figures; claims. |
| 5. "recovering an | Recovering a value corresponding to the operating bandwidth | Intrinsic: Abstract, Figs. 1, 2, 4A, 4B and associated text, 1:10-2:67, 3:8-14, 3:3:17-19, | This term is not enabled by the specification | Intrinsic: '353 patent at Abstract, 2:12-67; 6:1-5; 6:42-45; 8:4-11; and corresponding |

2

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| indication" – '353 patent | at which the remote unit will be configured to communicate with a base station | 3:21-6:17, 6:54-8:11, claims 1-8, 21-28; '353 Patent File History; U.S. Patent 7,356,098 and File History; GB patent application no. 018414.2, filed on July 30, 2001; GB patent application no. 0122109.2, filed on Sept. 13, 2001 | | figures; claims. |
| 6. "bandwidth" – '353 patent | The width of a frequency band | Intrinsic: Abstract, Figs. 1, 2, 4A, 4B and associated text, 1:10-2:67, 3:8-14, 3:3:17-19, 3:21-6:17, 6:54-8:11, claims 1-8, 21-28; '353 Patent File History; U.S. Patent 7,356,098 and File History; GB patent application no. 018414.2, filed on July 30, 2001; GB patent application no. 0122109.2, filed on Sept. 13, 2001<br><br>Extrinsic:  US Pat. Nos. 5,392,044, 7,551,127, 7,945,004; The Focal Illustrated Dictionary of Telecommunications (1999), p. 46 (bandwidth); http://www.merriam-webster.com/dictionary/bandwidth; Newton's Telecom Dictionary, 9th Ed (1995) p. | Indefinite | Intrinsic: '353 patent at 2:12-67; 5:62-8:11; and corresponding figures; claims. |

**EXHIBIT A**

| | | 140 (bandwidth) | | |
|---|---|---|---|---|
| 7. "error detection code" – '073 patent | A code that allows data errors to be detected | Intrinsic: Figs. 5-10 and associated disclosure, 1:28-48, 1:55-2:1, 6:46-7:10, 13:17-14:7; File History at, e.g., IV-MOTO2-0001573-594, 1740—755<br><br>Extrinsic: 1994 Websters Dictionary of Computer Terms, pp. 212-13, 1995 Prentice Hall Illustrated Dictionary of Computing, p. 199, 1996 IEEE Dictionary, p. 370. | A code that detects, but does not allow for correction of, errors | Intrinsic: '073 patent at 1:55-2:53; 6:46-7:10; 8:1-26; 9:1-37; and corresponding figures; claims. |
| 8. "passive period" – '784 patent | Temporary inactive period of a connection when no data blocks are transferred | Intrinsic: 7:38-8:5; 8:40-47; 15:39-44; claim 1; claim 4; claim 6; claim 7; claim 8; claim 9; claim 12; FIGS. 5-9 | A period of silence where no blocks are transferred | Intrinsic: '784 patent at Abstract; 3:54-67; 6:26-31; 6:49-54; 7:17-64; 12:27-54; 13:22-14:37; 15:66-16:3; and corresponding figures; claims.<br><br>8/14/08 Office Action Response; 1/7/08 Office Action Response; 9/24/07 Office Action Response; all cited prior art. |
| 9. "active data transfer period" – '784 patent | Period of a connection when data blocks are transferred | Intrinsic: 7:38-8:5; 8:40-62; 15:39-44;  claim 1; claim 4; claim 6; claim 7; claim 8; claim 9; claim 12; FIGS. 5-9 | A period where data blocks are transferred | Intrinsic: '784 patent at Abstract; 3:54-67; 6:26-31; 6:49-54; 7:17-64; 12:27-54; 13:22-14:37; 15:66-16:3; and |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| | | | | corresponding figures; claims.<br><br>8/14/08 Office Action Response; 1/7/08 Office Action Response; 9/24/07 Office Action Response; all cited prior art. |
| 10. "temporary block flow" – '784 patent | A logical and physical connection used by the mobile station and radio resource entity for the unidirectional transfer of data blocks | Intrinsic: FIGS. 1a, 1b, 2; 2:53-3:11; 3:26-67. 11:47-62; 10:22-44. | A physical connection used by the mobile station and radio resource entity to support the unidirectional transfer of data blocks | Intrinsic: '784 patent at 3:55-67; 5:1-15; 6:10-56; 7:45-8:28; 11:47-14:36; and corresponding figures; claims. |
| 11. "without the need to access an external service controller server" – '771 patent | Without the need to access a service controller server external to the mobile hotspot and wireless network | Intrinsic: 3:50-4:56; 4:63-6:4; FIGS. 1-5, 7-10; File History: 6-11-2007 Response to Office Action; 9-11-2007 Non Final Rejection; 11-20-2007 Response to Office Action; 3-21-2008 Notice of Allowance; prior art references distinguished in same. | Without the need to connect to an external server before enabling client device internet access | Intrinsic: '771 patent at 2:13-19, 24-28, 64-65; 3:1, 7-8, 26-42; 3:59-4:22; 4:37-44; 5:18-31; and corresponding figures; claims.<br><br>2007-03-12 Non-Final Rejection; 2007-06-11 Amendment; 2007-09-11 Non-Final Rejection; 2007-11-30 Amendment; all cited prior art. |
| 12. "a Local Area Network | Plain and ordinary meaning | Intrinsic: 1:17-29; 2:12-41; 3:25-50; 4:1-56; 5:53-6:5; FIGS 1-5; claims 1, 5, 6, 9, 15. | A system that, at least, intercepts, redirects, and uses HTTP requests to trigger an authentication check of | Intrinsic: '771 patent at 2:13-19, 24-28, 64-65; 3:1, 7-8, 26-42; 3:59-4:22; 4:37-44; 5:18-31; |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| (LAN) routing system managing the data path between said wireless access point and said Internet access interface" – '771 patent | | Extrinsic: Network Press Dictionary of Networking re LAN, routing, and router | client devices | and corresponding figures; claims.<br><br>2007-03-12 Non-Final Rejection at 3-4; 2007-06-11 Amendment at 8-9; 2007-09-11 Non-Final Rejection at 2-4; 2007-11-30 Amendment at 2-13; all cited prior art. |
| 13. "local content module" – '771 patent | Module on the mobile wireless hotspot that can present content stored locally to a user | Intrinsic: 2:33-54; 3:50-4:36; 4:56-5:5; FIGS 1-6; FIGS. 8-10 | A module capable of customizing local content to present to a client device based on location and/or client demographics | Intrinsic: '771 patent at 2:33-41, 64-65; 3:1, 7-8, 51-55; 4:14-62; 5:6-17, 39-52; and corresponding figures; claims.<br><br>2007-03-12 Non-Final Rejection at 3-4; 2007-06-11 Amendment at 9-11; 2007-09-11 Non-Final Rejection at 2-4; 2007-11-30 Amendment at 2-13; all cited prior art. |
| 14. "integrated into a vehicle" – '771 patent | Plain and ordinary meaning | Intrinsic: 2:47-53; 3:37-50; FIG. 2; FIG.3 FIG. 5; Abstract | Built-in to a vehicle | Intrinsic: '771 patent at Abstract; 2:20-23, 48-51; 3:42-50; and corresponding figures; claims.<br><br>2007-03-12 Non-Final Rejection at 3-4; 2007-06-11 |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| | | | | Amendment at 9-11; 2007-09-11 Non-Final Rejection at 2-4; 2007-11-30 Amendment at 2-13; all cited prior art.<br><br>Extrinsic:<br><br>Random House Webster's College Dictionary (2d ed. 1997) 172 (defining "built-in"); *id.* at 676 (defining "install"); *id.* at 678 (defining "integrate"). |
| 15. "reference to a predetermined location" – '793 patent | Reference to a particular location that is predetermined | Intrinsic: 4:19-25, 5:1-18; Fig. 4. | Reference within the message to a particular location other than the message sender that contains information to be retrieved | Intrinsic: '793 patent at 3:1-5; 3:9-20; 5:4-9; 6:60-63; 7:42-49; 7:65-8:10; 8:15-22; and corresponding figures; claims. |
| 16. "output queue" – '392 patent | Buffer for storing data to be transmitted | Intrinsic: 6:35-7:3; Fig. 3. | Electronic data storage locations where data can be accumulated prior to being released for transmission | Intrinsic: '392 patent at Abstract; 1:67 – 3:15; 4:66-5:16; 5:58-6:19; 6:35-8:13; 9:8-11:3; and corresponding figures; claims. |
| 17. "means for displaying a composite image visible to a user of the screen | Function: displaying a composite image visible and accepting input to the computing means | Intrinsic: '960 patent, Title, Abstract, Figs. 3-5, 8-13, cols. 3:10-52; 4:37-49; 6:63-7:9; 8:20-31; claims 19-25. | Function: displaying a composite image visible to a user of the screen peripheral system, the means for displaying also being for input to the means for computing, wherein the means for displaying comprises a plurality of pixels, the composite | Intrinsic: '960 patent at 4:32-6:38; and corresponding figures; claims. |

7

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| peripheral systems, the means for displaying also being for input to the means for computing" – '960 patent | <u>Structure</u>: touch screen and equivalents thereof | | image simultaneously including: a representation of at least one input zone, the representation of at least one input zone activating an input function; and the main image provided by the means for computing, the representation of at least one input zone being laid over the main image; wherein pixels selected to form the representation of at least one input zone are activated simultaneously with pixels selected to form the main image, such that the main image and the representation of at least one input zone are displayed simultaneously to form the composite image; further wherein individual pixels of the means for displaying can be dedicated simultaneously to both the main image and the representation of at least one input zone<br><br><u>Structure</u>:  a touch screen display and programming to perform bit-block (or "BitBlt") operations to combine three sets of pixels (a main image, an input zone or key image, and a mask) using the following Boolean operations: | |

EXHIBIT A

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Source (S) 11001100<br>Destination (D) 10101010  Boolean<br>Mask (M) 11110000  Operation Operation<br><br>Result 00000000  0  Blackness<br>00010001  ~(S\|D)  Not source<br>00110011  ~S  Not source<br>01000100  S & ~D  Source eras<br>01010101  ~D  Destination<br>01011010  M ^ D  Mask inver<br>01100110  S ^ D  Source inve<br>10001000  S & D  Source and<br>10111011  ~S\|D  Merge pain<br>11000000  M & S  Merge copy<br>11001100  S  Source cop<br>11101110  S\|D  Source pain<br>11110000  M  Mask copy<br>11111011  M\|~S\|D  Mask paint<br>11111111  1  Whiteness |  |  |
| 18. "means for determining the utility of the received digital signals dependent on a result of the quality estimating means" – '073 patent | Function: determining whether a frame is bad based on the quality measure of the frame<br><br>Structure: Element 704 of Fig. 7 and equivalents thereof | Intrinsic: 4:37-44; 9:23-30; 10:8-13; 10:25-46 | Function: determining whether a frame is bad based on the quality measure and error detection code<br><br>Structure: bad frame detector 704 of FIG. 7; discussed at 10:8-13 and 10:26-12:48 | Intrinsic: '073 patent at 9:7-15; 9:65-67; 10:8-12:48; and corresponding figures; claims. |
| 19. "error detection decoding means for generating | Function: generating an error signal corresponding to respective first and | Intrinsic: 8:10-19; 9:47-51; 12:57-64 | Indefinite for lack of sufficient structure; any construction of this element should make it clear that there are two error signals: a first error signal corresponding to the first class | Intrinsic: '073 patent at 9:37-51; 12:49-13:12; and corresponding figures; claims. |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| an error signal corresponding to the respective first and second digital signal classes" – '073 patent | second digital signal classes<br><br>Structure: Element 604, 804 of Figures 7 and 8 respectively, and equivalents thereof | | and a second error signal corresponding to the second class | |
| 20. "means for error detection encoding" – '073 patent | Function: error detection encoding<br><br>Structure: Elements 502, 902, 904, and 930 of Figures 5, 9, and 10, respectively, and equivalents thereof | Intrinsic: 7:57-8:26; 13:17-20; 13:29-35; 13:41-62; Fig. 8; 12:49-60 | Function: error detection encoding<br><br>Structure: Elements 504 and 908 of Figures 5, 9, and 10, and equivalents thereof | Intrinsic: '073 patent at 7:48-8:26; 13:29-14:7; and corresponding figures; claims. |
| 21. "means for receiving" – '073 patent | Function: receiving encoded digital signals<br><br>Structure: Element 700 of Figure 7, and equivalents thereof | Intrinsic: 9:1-37; Fig. 8; 12:49-60 | Function: receiving encoded digital signals<br><br>Structure: receiver circuitry and equivalents thereof | Intrinsic: '073 patent at 4:11-41; 9:1-12:44; and corresponding figures; claims. |

10