EXHIBIT

1

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

Motorola mobile phones that are capable of sending and receiving multimedia messages using the multimedia messaging service (MMS), including but not limited to, the Motorola Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Rambler, Bali, i576, Quantico, Brute i680, Brute i686, Clutch i475, i412, i886, Milestone X, Theory, i867, Moto G, Moto G with 4G LTE, Moto E and Moto X ("the Accused '793 Products), infringe the following claims of the '793 patent.

| U.S. Patent No. 5,790,793 | The Accused '793 Products |
|---|---|
| 1. A method of communicating between computers, comprising the steps of: | To the extent that the preamble is limiting, the Accused '793 Products practice this method of communicating between computers when they are used to send and receive multimedia messages using MMS.<br><br>To the extent that the preamble is limiting and that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation challenged as not literally present, it is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| creating a message at a first computer, said message including a reference to a predetermined location; | The Accused '793 Products practice this step when they are used to create a multimedia message. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**



The multimedia message includes a reference to a predetermined location.  *See, e.g.,*

The MMS presentation language is transferred in the same message that the multimedia objects are transferred. Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.

WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.

*See, also:*



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client. Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour. For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| transmitting, by the first computer, said message to a second location; and | The multimedia message is transmitted by one Accused '793 Product to another Accused '793 Product. *See, e.g.,* |



3

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**



Figure 3.    Example MMS_M Transaction Flow – Sending

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 3.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

| | |
|---|---|
| receiving said message by a computer at the | The multimedia message is received by the receiving Accused '793 Product.  *See, e.g.,* |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| second location; |  |
| --- | --- |

Figure 4.     Example MMS$_M$ Transaction Flow – Immediate Retrieval

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 4.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| decoding said message by the computer at the second location by retrieving data from the predetermined location, automatically by a single application, without requiring user interaction, into the computer at the second location. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction. *See, e.g.,*<br><br>## 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the `M-Notification.ind` message using the connection oriented mode of the normal WSP/HTTP `GET` method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message `M-retrieve.conf`, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 4. A method according to claim | The multimedia message includes a reference to a predetermined location, which is a URL.  *See, e.g.,* |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| 1, wherein: said reference to a predetermined location is a Uniform Resource Locator (URL) and said step of creating creates the message without including data corresponding to the predetermined resource referenced by the URL. | The MMS presentation language is transferred in the same message that the multimedia objects are transferred. Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.<br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.<br><br>*See, also:*<br><br>The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client. Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour. For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>The multimedia message notification contains the URL to the multimedia data because does not contain the data itself.<br><br>**6.2. Multimedia Message Notification**<br><br>MMS Notifications inform the MS about the contents a received message. The MMS Notification message consists only of MMS headers. No other parts are present. The purpose of the notification is to allow the client to automatically fetch a MM from the location indicated in the notification.<br><br>WAP 209 MMS Encapsulation Protocol, Version 05-Jan-2002, Section 6.2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 5. A method according to claim 4, wherein said decoding step automatically retrieves the data from the predetermined location when a user decodes the message without the user requesting the retrieval of the data corresponding to the URL. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction. *See, e.g.,*<br><br>### 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 6. A method according to claim 1, wherein said transmitting step transmits the message over an Internet connection. | The multimedia message is transmitted over an Internet connection.  *See, e.g.,*

<br>

MMS Client — Wireless Network — WAP Gateway — Internet /Intranet — MMS Proxy-Relay

Payload WSP ◄ - - - - - - - - - - - ► Payload HTTP

Figure 2.        WAP Implementation of MMS$_M$ Interface

WAP 205 MMS Architecture Overview, Version 25-April-2001, Figure 2.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| 8. A method according to claim 1, wherein said decoding includes displaying the message and the data from the predetermined location without running an application other than said single application and without running a separate translation program. | The Accused '793 Products display the multimedia message from the predetermined location without running an application other than said single application (e.g., the text messaging application loaded onto the Accused '793 Products) and without running a separate translation program.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 10. A method of processing, by a computer at a second location, a message created by a computer at a first location, the message including a reference to a predetermined location, and which was transmitted to the computer at the second location, | To the extent that the preamble is limiting, the Accused '793 Products practice this method of communicating between computers when they are used to send and receive multimedia messages using MMS.  *See, e.g.,* |



10

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| comprising the steps of: |  |
|---|---|
| | Figure 3.    Example MMS$_M$ Transaction Flow – Sending |
| | WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 3. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**



**Figure 4.     Example MMS$_M$ Transaction Flow – Immediate Retrieval**

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 4.

To the extent that the preamble is limiting and that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent the preamble is deemed to be limiting and to the extent this limitation challenged as not literally present, it is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| receiving said message by the computer at the second location; | The multimedia message is received by the receiving Accused '793 Product. *See, e.g.,*<br><br><br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 4.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| decoding said message by the computer at the second location by retrieving data from the predetermined location, automatically by a single application, without requiring user interaction. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction.  *See, e.g.,*<br><br>## 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the teminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | |
|---|---|
| 13. A method according to claim 10, wherein:<br><br>said reference to a predetermined location is a Uniform Resource Locator (URL) and said message is created without including data corresponding to the predetermined resource referenced by the URL. | The multimedia message includes a reference to a predetermined location, which is a URL.  *See, e.g.,*<br><br>The MMS presentation language is transferred in the same message that the multimedia objects are transferred. Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.<br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.<br><br>*See, also:*<br><br>The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client.  Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour.  For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>The multimedia message notification contains the URL to the multimedia data because does not contain the data itself.<br><br>## 6.2. Multimedia Message Notification<br><br>MMS Notifications inform the MS about the contents a received message. The MMS Notification message consists only of MMS headers.  No other parts are present. The purpose of the notification is to allow the client to automatically fetch a MM from the location indicated in the notification.<br><br>WAP 209 MMS Encapsulation Protocol, Version 05-Jan-2002, Section 6.2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's |


FeinbergDay

| | customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 14. A method according to claim 13, wherein said decoding step automatically retrieves the data from the predetermined location when a user decodes the message without the user requesting the retrieval of the data corresponding to the URL. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction.  *See, e.g.,*<br><br>## 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 15. A method according to claim 10, wherein said receiving step receives the message from an Internet connection. | The multimedia message is transmitted over an Internet connection.  *See, e.g.,* <br><br>  <br><br> WAP 205 MMS Architecture Overview, Version 25-April-2001, Figure 2. <br><br> To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will |

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 17. A method according to claim 10, wherein said decoding includes displaying the message and the data from the predetermined location without running an application other than said single application and without running a separate translation program. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without running an application other than said single application and without running a separate translation program.  *See, e.g.,*<br><br>## 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the `M-Notification.ind` message using the connection oriented mode of the normal WSP/HTTP `GET` method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message `M-retrieve.conf`, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | present. |
|---|---|
| | |
| 21. A computer system, comprising: | To the extent that the preamble is limiting, the Accused '793 Products are a computer system.<br><br>To the extent that the preamble is limiting and that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation challenged as not literally present, it is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a first computer; and a second computer connected to the first computer via a network; | The Accused '793 Products are a first computer and a second computer connected via a network (e.g., AT&T, Sprint or any other carrier's network).<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| said first computer including: means for creating a message including a reference to a predetermined | The Accused '793 Products include means for creating a message including a reference to a predetermined location (e.g., the text messaging application loaded onto the Accused '793 Products).<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct |



| location; and | infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| means for transmitting, by the first computer, said message to a second location; | The Accused '793 Products include means for transmitting multimedia messages (e.g., the text messaging application loaded onto the Accused '793 Products).  *See, e.g.,*

Orig MMS Client    Orig MMS Proxy-Relay    MM Message Recipient

M-Send.req

M-Send.conf

Interactions occurring beyond MMS$_M$ are not in this document's scope

M-Delivery.ind

**Figure 3.        Example MMS$_M$ Transaction Flow – Sending**

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 3.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| said second computer including: means for receiving said message; and means for decoding said message by retrieving data from the predetermined location without a user typing the reference to the predetermined location into the computer at the second location. | The Accused '793 Products include means for receiving the multimedia message and means for decoding the message by retrieving data from the predetermined location without a user typing the reference to the predetermined location (e.g., the text messaging application loaded onto the Accused '793 Products).  *See, e.g.,* |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**





**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

### 7.3.1  Transaction Flow

The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.

When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.

The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

| | |
|---|---|
| 24. A computer system according to claim 21, wherein:<br><br>said reference to a | The multimedia message includes a reference to a predetermined location, which is a URL.  *See, e.g.,*<br><br>The MMS presentation language is transferred in the same message that the multimedia objects are transferred. Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| predetermined location is a Uniform Resource Locator (URL) and said means for creating creates the message without including data corresponding to the predetermined resource referenced by the URL. | WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.<br><br>*See, also:*<br><br>The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client.  Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour.  For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>The multimedia message notification contains the URL to the multimedia data because does not contain the data itself.<br><br>## 6.2. Multimedia Message Notification<br><br>MMS Notifications inform the MS about the contents a received message. The MMS Notification message consists only of MMS headers.  No other parts are present. The purpose of the notification is to allow the client to automatically fetch a MM from the location indicated in the notification.<br><br>WAP 209 MMS Encapsulation Protocol, Version 05-Jan-2002, Section 6.2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | |
|---|---|
| | present. |
| | |
| 25. A computer system according to claim 24, wherein said decoding means automatically retrieves the data from the predetermined location when a user decodes the message in order to read the message without the user requesting the retrieval of the data corresponding to the URL. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction. *See, e.g.,* <br><br> ## 7.3.1  Transaction Flow <br><br> The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the `M-Notification.ind` message using the connection oriented mode of the normal WSP/HTTP `GET` method operation. <br><br> When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation. <br><br> The response message `M-retrieve.conf`, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information. <br><br> WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1. <br><br> To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| 26. A computer system according to claim 21, wherein said transmitting means transmits the message over an Internet connection. | The multimedia message is transmitted over an Internet connection.  *See, e.g.,*<br><br><br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Figure 2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 28. A computer system according to claim 21, wherein said | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction.  *See, e.g.,* |

Figure 2.     WAP Implementation of MMS$_M$ Interface

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| decoding is automatic and performed by a single application; and said decoding means includes means for displaying the message and the data from the predetermined location without running an application other than said single application and without running a separate translation program. | ### 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 30. A computer, located at a second location, for processing a message created by a transmitting | To the extent that the preamble is limiting, the Accused '793 Products are computers for processing a message that includes a reference to a predetermined location because they are capable of receiving multimedia messages.<br><br>To the extent that the preamble is limiting and that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| computer at a first location, the message including a reference to a predetermined location, said computer comprising: | makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation challenged as not literally present, it is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means for receiving said message; and | The Accused '793 Products have means for receiving the multimedia message (e.g., the text messaging application loaded onto the Accused '793 Products): |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**



To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the



| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means, connected to the means for receiving, for decoding said message by retrieving data from the predetermined location without a user of said computer typing the reference to the predetermined location. | The Accused '793 Products include means for decoding the message by retrieving data from the predetermined location without a user typing the reference to the predetermined location (e.g., the text messaging application loaded onto the Accused '793 Products).  *See, e.g.,* <br><br> ### 7.3.1  Transaction Flow <br><br> The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation. <br><br> When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation. <br><br> The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information. <br><br> WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1. <br><br> To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| 33. A computer according to claim 30, wherein:<br><br>said reference to a predetermined location is a Uniform Resource Locator (URL) and said message is created without including data corresponding to the predetermined resource referenced by the URL. | The multimedia message includes a reference to a predetermined location, which is a URL.  *See, e.g.,*<br><br>The MMS presentation language is transferred in the same message that the multimedia objects are transferred. Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.<br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.<br><br>*See, also:*<br><br>The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client.  Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour.  For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>The multimedia message notification contains the URL to the multimedia data because does not contain the data itself.<br><br>## 6.2. Multimedia Message Notification<br><br>MMS Notifications inform the MS about the contents a received message. The MMS Notification message consists only of MMS headers.  No other parts are present. The purpose of the notification is to allow the client to automatically fetch a MM from the location indicated in the notification.<br><br>WAP 209 MMS Encapsulation Protocol, Version 05-Jan-2002, Section 6.2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's |


FeinbergDay

| | |
|---|---|
| | customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 34. A computer according to claim 33, wherein said means for decoding automatically retrieves the data from the predetermined location when a user decodes the message without the user requesting the retrieval of the data corresponding to the URL. | The multimedia message is decoded and retrieved from the predetermined location by the receiving Accused '793 Product automatically by a single application (e.g., the text messaging application loaded onto the Accused '793 Products) without requiring user interaction.  *See, e.g.,*<br><br>### 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 35. A computer according to claim 30, wherein: said means for receiving receives the message from an Internet connection. | The multimedia message is transmitted over an Internet connection.  *See, e.g.,*<br><br>Wireless Network — WAP Gateway — Internet/Intranet — MMS Proxy-Relay<br>MMS Client<br>Payload WSP    Payload HTTP<br>**Figure 2.**    **WAP Implementation of MMS$_M$ Interface**<br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Figure 2.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| | |
| 37. A computer according to claim 30, wherein: said means for decoding performs the decoding to be automatic and includes a single application; and | The multimedia message is automatically decoded by a single application (e.g., the text messaging application loaded onto the Accused '793 Products).<br><br><br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| said decoding means includes a means for displaying the message and the data from the predetermined location without running an application other than said single application and without running a separate translation program. | The multimedia message is decoded and displayed without running an application other than said single application and without running a separate translation program.  *See, e.g.,* |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**





**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

### 7.3.1  Transaction Flow

The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the **M-Notification.ind** message using the connection oriented mode of the normal WSP/HTTP **GET** method operation.

When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.

The response message **M-retrieve.conf**, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

| | |
|---|---|
| 39. A computer for transmitting a message to a receiving computer which examines a type of | To the extent that the preamble is limiting, the Accused '793 Products computers for transmitting a message to a receiving computer which examines a type of the message and looks up an address to a predetermined location contained within the message if the message is determined to be of a type which indicates that the message contains an address because they are capable of sending multimedia messages. |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | |
|---|---|
| the message and looks up an address to a predetermined location contained within the message if the message is determined to be of a type which indicates that the message contains an address, comprising: | 

To the extent that the preamble is limiting and that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent the preamble is deemed to be limiting and to the extent this limitation challenged as not literally present, it is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means for encoding a | The Accused '793 Products include means for encoding a message into a format which indicates that a type of the message is of a format which contains an address to a predetermined location and contains the address to the |



38

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| message into a format which indicates that a type of the message is of a format which contains an address to a predetermined location and contains the address to the predetermined location without including data corresponding to the predetermined location; and | predetermined location without including data corresponding to the predetermined location (e.g., the text messaging application loaded onto the Accused '793 Products).  *See, e.g.,*

The MMS presentation language is transferred in the same message that the multimedia objects are transferred.  Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.

WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.

*See, also:*

The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client.  Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour.  For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.

WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.

The multimedia message notification contains the URL to the multimedia data because does not contain the data itself.

## 6.2. Multimedia Message Notification

MMS Notifications inform the MS about the contents a received message. The MMS Notification message consists only of MMS headers.  No other parts are present. The purpose of the notification is to allow the client to automatically fetch a MM from the location indicated in the notification.

WAP 209 MMS Encapsulation Protocol, Version 05-Jan-2002, Section 6.2.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's |



39

**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means for transmitting the encoded message over a network to the receiving computer. | The Accused '793 Products include means for transmitting multimedia messages (e.g., the text messaging application loaded onto the Accused '793 Products).  *See, e.g.,*<br><br><br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Figure 3.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's |



Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)

| | |
|---|---|
| | customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 40. A method according to claim 39, wherein said encoding means encodes the message to be of a type indicating the message contains a Uniform Resource Locator (URL). | The multimedia message contains a URL.  *See, e.g.,*<br><br>The MMS presentation language is transferred in the same message that the multimedia objects are transferred.  Thus, a multimedia message is a compact package of multimedia objects and optional presentation information. The presentation language contains pointers (e.g., URLs) to the multimedia objects in the message.<br><br>WAP 205 MMS Architecture Overview, Version 25-April-2001, Section 12.2.2.<br><br>*See, also:*<br><br>The information conveyed SHALL include an [RFC2396] compliant URI that will be used to actually retrieve the message in a subsequent operation by the MMS Client.  Additional information about the message (e.g. message size, expiry) MAY be used by the MMS Client to determine its behaviour.  For example, the MMS Client MAY delay the retrieval of the message until after a user confirmation if it exceeds a size threshold.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.2.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| decoding said message by retrieving data from said predetermined location automatically, without requiring user interaction. | The decoding the message by retrieving data from the predetermined location is performed automatically and without requiring user interaction.  *See, e.g.,*<br><br>## 7.3.1  Transaction Flow<br><br>The MMS Client SHALL initiate the retrieval activity by utilizing the URI that was delivered to it in the `M-Notification.ind` message using the connection oriented mode of the normal WSP/HTTP `GET` method operation.<br><br>When setting up the WSP session and when sending the GET request the MMS Client SHOULD convey the capabilities of the terminal and of the MMS Client. For more details see section 8 on Terminal Capability Negotiation.<br><br>The response message `M-retrieve.conf`, if successful, contains the MM message. This MM message SHALL include MMS headers providing additional information.<br><br>WAP 206 MMS Client Transactions, Version 15-Jan-2002, Section 7.3.1.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because the Accused '793 Products perform substantially the same function, in substantially the same way in order to achieve the substantially same result.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not |



**Exhibit A (Claim Chart for U.S. Patent No. 5,790,793)**

| | present. |
|---|---|



**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| U.S. Patent No. 7,136,392 | (The Accused '392 Devices) |
|---|---|
| 1. A method comprising: | Motorola Mobility products that meet the IEEE 802.11-2007 Standard and/or are WMM certified, "the accused '392 devices," infringe the following claims of the '392 patent. The accused '392 devices include, but are not limited to, at least the (1) Moto G, Moto G with 4G LTE, Moto E, Moto X, Atrix HD, Photon Q 4G LTE, and Electrify M; and (2) any handsets or tablets made, used, sold, offered for sale that support IEEE 802.11-2007 Standard and related standards and/or are WMM certified, including any operational handset or tablet computers currently under development.  To the extent this preamble is deemed to be limiting, the accused 392 devices perform the claimed method.<br><br>As an example and without limitation, the accused '392 devices  implement the IEEE 802.11-2007 Standard.  *See, e.g.*, the Motorola Moto X. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

Ex. 7.

Motorola cell phones also implement the WMM Standard.  See, e.g., the Motorola

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | "Electrify M" (Model XT905), which is Wi-Fi CERTIFIED for WMM (Wi-Fi Multimedia) by the Wi-Fi Alliance.<br><br><br><br>© 2013 Motorola Mobility LLC. All rights reserved.<br>**Caution:** Motorola does not take responsibility for changes/modification to the transceiver.<br>Product ID: MOTOROLA ELECTRIFY M (Model XT905)<br>Manual Number: 68017207001-B<br><br>Ex. 1. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 2.

Ex. 3.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| directing to a first output queue at a first station of a communication network, message data units to be transmitted over a communication medium and having a first traffic classification; | The accused '392 devices perform the step of directing to a first output queue at a first station of a communication network, message data units to be transmitted over a communication medium and having a first traffic classification.  As an example and without limitation, the IEEE 802.11-2007 Standard and WMM standard define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice". The WMM specification includes the same four ACs.<br><br>**3. Definitions**<br><br>For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.<br><br>3.1 access category (AC): A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

Ex. 6 (IEEE 802.11-2007) at section 3.1.

Wi-Fi Multimedia Technical Specification - Version 1.2.0

### 1.2 Terms and Definitions

| Name | Definition |
|------|------------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities. WMM defines 4 ACs. |

Ex. 4 at 7.

Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|----------|-----------------------------------|--------------------|-----|---------------------------|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| Highest | 7 | NC | AC_VO | Voice |

6

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.



Figure 9-17—Reference implementation model

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| directing to a second output queue at the first station, message data units to be transmitted over the communication medium and having a second traffic classification; and | The accused '392 devices perform the step of directing to a second output queue at the first station, message data units to be transmitted over the communication medium and having a second traffic classification.  As an example and without limitation, the IEEE 802.11-2007 Standard and WMM standard define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice".  The WMM specification includes the same four ACs.<br><br>**3. Definitions**<br><br>For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.<br><br>**3.1 access category (AC):** A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.<br><br>Ex. 6 (IEEE 802.11-2007) at section 3.1.<br><br>Wi-Fi Multimedia Technical Specification - Version 1.2.0 |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

## 1.2  Terms and Definitions

| Name | Definition |
|---|---|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 4 at 7.

### Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| Highest | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Figure 9-17—Reference implementation model

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1. *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a)   The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b)   The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| sensing the communication medium for an opportunity to transmit message data units without interference from message data units transmitted by a second station, according to sets of rules that vary by traffic classification yet are common to the first station and the second station. | The accused '392 devices perform the step of sensing the communication medium for an opportunity to transmit message data units without interference from message data units transmitted by a second station, according to sets of rules that vary by traffic classification yet are common to the first station and the second station. As an example and without limitation, devices implementing the 802.11-2007 Standard include transceivers.<br><br>PART 11: WIRELESS LAN MAC AND PHY SPECIFICATIONS  IEEE Std 802.11-2007<br><br>**5.1.1.2 Media impact on design and performance**<br><br>The PHYs used in IEEE Std 802.11 are fundamentally different from wired media. Thus IEEE 802.11 PHYs<br><br>a) Use a medium that has neither absolute nor readily observable boundaries outside of which STAs with conformant PHY transceivers are known to be unable to receive network frames<br><br>**14.3 FHSS PLCP sublayer**<br><br>**14.3.1 Overview**<br><br>This subclause provides a convergence procedure to map MPDUs into a frame format designed for FHSS radio transceivers. The procedures for transmission, CS, and reception are defined for single and multiple antenna diversity radios.<br><br>Ex. 6.<br><br>Devices that implement the 802.11-2007 Standard implement Carrier Sense multiple access with collision avoidance (CSMA/CA) as the fundamental access method.  This method requires stations to sense the medium to ensure that it is idle before attempting to |

15

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

|  | transmit.<br><br>Upon the detection of an Opportunity to Transmit (TXOP), the queue of each access category contends for the TXOP using the idle time determined by that access category's EDCAF.<br><br>For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where<br><br>   a)  The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.<br><br>   b)  The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.<br><br>There is a corresponding EDCA function (EDCAF) for each queue.<br><br>A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1. |
|---|---|

16

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

**9.1.1 DCF**

The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs, for use within both IBSS and infrastructure network configurations.

For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exist between contiguous frame sequences. A transmitting STA shall ensure that the medium is idle for this required duration before attempting to transmit. If the medium is determined to be busy, the STA shall defer until the end of the current transmission. After deferral, or prior to attempting to transmit again immediately after a successful transmission, the STA shall select a random backoff interval and shall decrement the backoff interval counter while the medium is idle. A transmission is successful either when an ACK frame is received from the STA addressed by the RA field of the transmitted frame or when a frame with a group address in the RA field is transmitted completely. A refinement of the method may be used under various circumstances to further minimize collisions—here the transmitting and receiving STA exchange short control frames (RTS and CTS frames) after determining that the medium is idle and after any deferrals or backoffs, prior to data transmission. The details of CSMA/CA, deferrals, and backoffs are described in 9.2. RTS/CTS exchanges are also presented in 9.2.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 2. The method of claim 1, further including allowing only one of the first and second output queues to transmit, if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules. | The accused '392 devices perform the method of claim 1, as described above, and further perform the step of including allowing only one of the first and second output queues to transmit, if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include processors coupled to the transceiver.  The processor will invoke a backoff procedure for a queue if a queue of higher priority is allowed to transmit.<br><br>9.9.1.3 Obtaining an EDCA TXOP<br><br>At each of the above-described specific slot boundaries, each EDCAF shall invoke the backoff procedure due to an internal collision if<br>— There is a frame available for transmission at that EDCAF, and<br>— The backoff timer for that EDCAF has a value of zero, and<br>— Initiation of a transmission sequence is allowed to commence at this time for an EDCAF of higher UP.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.9.1.3. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

20

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | limitation of this element is not present. |
|---|---|
| 3. The method of claim 1, further including attempting to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station. | The accused '392 devices perform the method of claim 1, as explained above, and further perform the step of attempting to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station. As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to retransmit message data determined to have undergone an external collision after interval dependent on the EDCA parameter corresponding to the access category of the queue.<br><br>9.1.3.1 HCF contention-based channel access (EDCA)<br><br>For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where<br><br>   a)   The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.<br><br>   b)   The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.<br><br>9.9.1.3 Obtaining an EDCA TXOP |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | On specific slot boundaries, each EDCAF shall make a determination to perform one and only one of the following functions: <br>— Initiate the transmission of a frame exchange sequence for that access function. <br>— Decrement the backoff timer for that access function. <br>— Invoke the backoff procedure due to an internal collision. <br>— Do nothing for that access function. <br><br> At each of the above-described specific slot boundaries, each EDCAF shall initiate a transmission sequence if <br>— There is a frame available for transmission at that EDCAF, and <br>— The backoff timer for that EDCAF has a value of zero, and <br>— Initiation of a transmission sequence is not allowed to commence at this time for an EDCAF of higher UP. <br><br> Ex.. 6 (IEEE 902.11-2007) at section 9.9.1.3. <br><br> To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 4. The method of claim 3, further | The accused '392 devices perform the method of claim 3, as explained above, and further |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| including attempting to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity. | perform the step of attempting to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure: |

d)   Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM.

Ex 6 (IEEE 802.11-2007) at section 9.1.3.1.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| 5. The method of claim 4, wherein an attempt is made to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue. | The accused '392 devices perform the method of claim 4, as explained above, and further include the step wherein an attempt is made to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure:

d)  Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM.

Ex 6 (IEEE 802.11-2007) at section 9.1.3.1.
The interval for the backoff procedure (based in part on, *e.g.,* CW[AC] parameter) is specified by the set of rules corresponding to the traffic classification for the lower priority colliding queue.  *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 6. The method of claim 5, wherein the interval is within a respective random variable window having a corresponding minimum and maximum duration. | The accused '392 devices perform the method of claim 5, as explained above, and further include the step wherein the interval is within a respective random variable window having a corresponding minimum and maximum duration.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive.  *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 7. A method for media access control in a communication network which includes a plurality of communication stations adapted to communicate | To the extent this preamble is deemed to be limiting, the accused '392 devices include a method for media access control in a communication network which includes a plurality of communication stations adapted to communicate over a shared communication medium and to support quality of service classes of communication sessions wherein message data units corresponding to one of said quality of service classes has a different priority level |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| over a shared communication medium and to support quality of service classes of communication sessions wherein message data units corresponding to one of said quality of service classes has a different priority level than message data units corresponding to another of said quality of service classes, comprising: | than message data units corresponding to another of said quality of service classes.<br><br>As an example and without limitation, Motorola cell phones implement the IEEE 802.11-2007 Standard. *See, e.g.*, the Motorola Moto X.<br><br><br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 7.

Motorola cell phones also implement the WMM Standard.  See, e.g., the Motorola "Electrify M" (Model XT905), which is Wi-Fi CERTIFIED for WMM (Wi-Fi Multimedia) by the Wi-Fi Alliance.



**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



© 2013 Motorola Mobility LLC. All rights reserved.
**Caution:** Motorola does not take responsibility for changes/modification to the transceiver.
Product ID: MOTOROLA ELECTRIFY M (Model XT905)
Manual Number: 68017207001-B

Ex. 1.

### Wi-Fi CERTIFIED Interoperability Certificate

This certificate lists the features that have successfully completed Wi-Fi Alliance interoperability testing. Learn more: www.wi-fi.org/certification/programs

**Wi Fi CERTIFIED**

| Certification ID: WFA16524 | | Page 1 of 2 |
|---|---|---|
| Date of Last Certification | September 07, 2012 | |
| Company | Motorola Mobility LLC | |
| Product | XT905 | |
| Model Number | XT905 | |

**Summary of Certifications**

| CLASSIFICATION | PROGRAM |
|---|---|
| Optimization | WMM® |

Ex 2.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | **1. Q: What is WMM?**<br><br>**A:** Wi-Fi CERTIFIED™ for WMM (Wi-Fi Multimedia) provides multimedia enhancements for Wi-Fi® networks that improve the user experience for audio, video, and voice applications.<br><br>Ex. 3.<br>As explained above in connection with claim 1, the accused '392 devices implement the HCF protocol which defines four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice" where data frames corresponding to each AC have different priority levels. *See* Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| directing to a first output queue at a first station of the communication network, message data units to be transmitted and having a first level of priority; | The accused '392 devices perform the step of directing to a first output queue at a first station of the communication network, message data units to be transmitted and having a first level of priority. As an example and without limitation, the IEEE 802.11-2007 Standard and WMM standard define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice". The WMM specification includes the same four ACs. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

### 3. Definitions

For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.

**3.1 access category (AC):** A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.

Ex. 6 (IEEE 802.11-2007) at section 3.1.

Wi-Fi Multimedia Technical Specification - Version 1.2.0

### 1.2  Terms and Definitions

| Name | Definition |
|------|------------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 4 at 7.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | Table 9-1—UP-to-AC mappings | | | |
|---|---|---|---|---|
| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | AC_VI | Video |
| Highest | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Figure 9-17—Reference implementation model

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
>      a)   The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
>      b)   The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| directing to a second output queue at the first station, message data units to be transmitted and having a second level of priority; | The accused '392 devices perform the step of directing to a second output queue at the first station, message data units to be transmitted and having a second level of priority. As an example and without limitation, the IEEE 802.11-2007 Standard and WMM standard define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice". The WMM specification includes the same four ACs. <br><br> **3. Definitions** <br><br> For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause. <br><br> 3.1 access category (AC): A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities. <br><br> Ex. 6 (IEEE 802.11-2007) at section 3.1. <br><br> Wi-Fi Multimedia Technical Specification - Version 1.2.0 |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

## 1.2 Terms and Definitions

| Name | Definition |
|------|------------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities. WMM defines 4 ACs. |

Ex. 4 at 7.

### Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|----------|-----------------------------------|--------------------|-----|---------------------------|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1. *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each

40

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| sensing the communication medium for an opportunity to transmit data message units without colliding with data message units transmitted by any other station, based on a set of rules that are specific to each priority; and | The accused '392 devices perform the step of sensing the communication medium for an opportunity to transmit data message units without colliding with data message units transmitted by any other station, based on a set of rules that are specific to each priority.  As an example and without limitation, Motorola phones that implement the 802.11-2007 Standard implement Carrier Sense multiple access with collision avoidance (CSMA/CA) as the fundamental access method.  This method requires stations to sense the medium to ensure that it is idle before attempting to transmit.<br><br>The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs, for use within both IBSS and infrastructure network configurations.<br><br>For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exist between contiguous frame sequences. A transmitting STA shall ensure that the medium is idle for this required duration before attempting to transmit. If the medium is determined to be busy, the STA shall defer until the end of the current transmission. After deferral, or prior to attempting to transmit again immediately after a successful transmission, the STA shall select a random backoff interval and shall decrement the backoff interval counter while the medium is idle. A transmission is successful either when an ACK frame is received from the STA addressed by the RA field of the transmitted frame or when a frame with a group address in the RA field is transmitted completely. A refinement of the method may be used under various circumstances to further minimize collisions—here the transmitting and receiving STA exchange short control frames (RTS and CTS frames) after determining that the medium is idle and after any deferrals or backoffs, prior to data transmission. The details of CSMA/CA, deferrals, and backoffs are described in 9.2. RTS/CTS exchanges are also presented in 9.2.<br><br>Ex. 6 at 9.1.1. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

<table>
<tr>
<td></td>
<td>The sensing is done based on a set of rules that are specific to each priority:

For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where

Ex. 6 at 9.1.3.1.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.</td>
</tr>
<tr>
<td>if the first and second output queues each contain message data units to be transmitted during a particular opportunity to transmit, invoking a mechanism that preferentially transmits a message data unit by priority level and said sets of rules.</td>
<td>The accused '392 devices implement the step of if the first and second output queues each contain message data units to be transmitted during a particular opportunity to transmit, invoking a mechanism that preferentially transmits a message data unit by priority level and said sets of rules.  As an example and without limitation, Motorola phones implementing the 802.11-2007 Standard include transceivers.

PART 11: WIRELESS LAN MAC AND PHY SPECIFICATIONS                    IEEE
                                                              Std 802.11-2007</td>
</tr>
</table>

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

**5.1.1.2 Media impact on design and performance**

The PHYs used in IEEE Std 802.11 are fundamentally different from wired media. Thus IEEE 802.11 PHYs

   a)   Use a medium that has neither absolute nor readily observable boundaries outside of which STAs with conformant PHY transceivers are known to be unable to receive network frames

**14.3 FHSS PLCP sublayer**

**14.3.1 Overview**

This subclause provides a convergence procedure to map MPDUs into a frame format designed for FHSS radio transceivers. The procedures for transmission, CS, and reception are defined for single and multiple antenna diversity radios.

Ex. 6

Devices that implement the 802.11-2007 Standard implement Carrier Sense multiple access with collision avoidance (CSMA/CA) as the fundamental access method. This method requires stations to sense the medium to ensure that it is idle before attempting to transmit.

Upon the detection of an Opportunity to Transmit (TXOP), the queue of each access category contends for the TXOP using the idle time determined by that access category's EDCAF.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
>     a)    The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
>     b)    The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

**9.1.1 DCF**

The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs, for use within both IBSS and infrastructure network configurations.

For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exist between contiguous frame sequences. A transmitting STA shall ensure that the medium is idle for this required duration before attempting to transmit. If the medium is determined to be busy, the STA shall defer until the end of the current transmission. After deferral, or prior to attempting to transmit again immediately after a successful transmission, the STA shall select a random backoff interval and shall decrement the backoff interval counter while the medium is idle. A transmission is successful either when an ACK frame is received from the STA addressed by the RA field of the transmitted frame or when a frame with a group address in the RA field is transmitted completely. A refinement of the method may be used under various circumstances to further minimize collisions—here the transmitting and receiving STA exchange short control frames (RTS and CTS frames) after determining that the medium is idle and after any deferrals or backoffs, prior to data transmission. The details of CSMA/CA, deferrals, and backoffs are described in 9.2. RTS/CTS exchanges are also presented in 9.2.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 8. The method of claim 7, further including attempting to retransmit over the communication medium, after a respective interval of random duration defined differently for each corresponding level of priority, any message data unit transmitted by the first station that externally collides with a message data unit transmitted by another station over the communication medium; | The accused '392 devices perform the method of claim 7, as discussed above, and further include the step of attempting to retransmit over the communication medium, after a respective interval of random duration defined differently for each corresponding level of priority, any message data unit transmitted by the first station that externally collides with a message data unit transmitted by another station over the communication medium. As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include processors coupled to the transceiver.  The processor will invoke a backoff procedure for a queue if a queue of higher priority is allowed to transmit.<br><br>**9.9.1.3 Obtaining an EDCA TXOP**<br><br>At each of the above-described specific slot boundaries, each EDCAF shall invoke the backoff procedure due to an internal collision if<br>— There is a frame available for transmission at that EDCAF, and<br>— The backoff timer for that EDCAF has a value of zero, and<br>— Initiation of a transmission sequence is allowed to commence at this time for an EDCAF of higher UP.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.9.1.3. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

48

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle external collisions such that the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive, where the interval is dependent, for example, on [AC] level of priority. *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| and attempting to transmit a message data unit from the second output queue, over which a message data unit from the first output queue was preferentially transmitted, after an interval of random duration applicable to retransmission of an externally colliding message data unit at the second level of priority. | The accused '392 devices perform the step of attempting to transmit a message data unit from the second output queue, over which a message data unit from the first output queue was preferentially transmitted, after an interval of random duration applicable to retransmission of an externally colliding message data unit at the second level of priority.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to handle external collisions as well as virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure:<br><br>d) Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM.<br><br>Ex 6 (IEEE 802.11-2007) at section 9.1.3.1.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 9. A system for exchanging message data units over a communication medium shared by other systems in a local area network, comprising: | To the extent it is deemed to be limiting, the accused '392 devices comprise a system for for exchanging message data units over a communication medium shared by other systems in a local area network.<br><br>As an example and without limitation, Motorola cell phones implement the IEEE 802.11-2007 Standard.  *See, e.g.*, the Motorola Moto X. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 7.

Motorola cell phones also implement the WMM Standard.  See, e.g., the Motorola

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | "Electrify M" (Model XT905), which is Wi-Fi CERTIFIED for WMM (Wi-Fi Multimedia) by the Wi-Fi Alliance.<br><br><br><br>© 2013 Motorola Mobility LLC. All rights reserved.<br>**Caution:** Motorola does not take responsibility for changes/modification to the transceiver.<br>Product ID: MOTOROLA ELECTRIFY M (Model XT905)<br>Manual Number: 68017207001-B<br><br>Ex. 1. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 2.

Ex. 3.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| a first output queue adapted to receive message data units having a first traffic classification, said first output queue being operable to release message data units for transmission over a communication medium in accordance with a first set of rules corresponding to the first traffic classification; | The accused '392 devices comprise a first output queue adapted to receive message data units having a first traffic classification, said first output queue being operable to release message data units for transmission over a communication medium in accordance with a first set of rules corresponding to the first traffic classification. As an example and without limitation, the Motorola phones implement the IEEE 802.11-2007 Standard and WMM standard and define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice".  The WMM specification includes the same four ACs. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

## 3. Definitions

For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.

**3.1 access category (AC):** A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.

Ex. 6 (IEEE 802.11-2007) at section 3.1.

Wi-Fi Multimedia Technical Specification - Version 1.2.0

## 1.2 Terms and Definitions

| Name | Definition |
| --- | --- |
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 4 at 7.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| Highest | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1. *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



**Figure 9-17—Reference implementation model**

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

60

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a second output queue adapted to receive message data units having a second traffic classification, said second output queue being operable to release message data units for transmission over a communication medium in accordance with a second set of rules corresponding to the second traffic classification; and | The accused '392 devices comprise a second output queue adapted to receive message data units having a second traffic classification, said second output queue being operable to release message data units for transmission over a communication medium in accordance with a second set of rules corresponding to the second traffic classification. As an example and without limitation, Motorola phones implement the IEEE 802.11-2007 Standard and WMM standard and define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice".  The WMM specification includes the same four ACs.<br><br>**3. Definitions**<br><br>For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.<br><br>3.1 access category (AC): A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.<br><br>Ex. 6 (IEEE 802.11-2007) at section 3.1.<br><br>Wi-Fi Multimedia Technical Specification - Version 1.2.0 |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

## 1.2  Terms and Definitions

| Name | Definition |
|------|------------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 4 at 7.

### Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|----------|-----------------------------------|--------------------|----|---------------------------|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
>     a)    The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
>     b)    The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a transceiver operative to sense the communication medium for an opportunity to transmit the message data units from each of the first and second output queues, without interference from message data units transmitted by a second station, and to transmit the message data units from each of said first and second output queues according to said first and second sets of rules. | The accused '392 devices comprise a transceiver operative to sense the communication medium for an opportunity to transmit the message data units from each of the first and second output queues, without interference from message data units transmitted by a second station, and to transmit the message data units from each of said first and second output queues according to said first and second sets of rules. Motorola phones implementing the 802.11-2007 Standard include transceivers (*e.g.*, one or more processors and/or a WiFi chipset, such as a Qualcomm WCN3680 or a portion thereof dedicated to Rx/Tx transceiver functionality).<br><br>PART 11: WIRELESS LAN MAC AND PHY SPECIFICATIONS — IEEE Std 802.11-2007<br><br>**5.1.1.2 Media impact on design and performance**<br><br>The PHYs used in IEEE Std 802.11 are fundamentally different from wired media. Thus IEEE 802.11 PHYs<br><br>a) Use a medium that has neither absolute nor readily observable boundaries outside of which STAs with conformant PHY transceivers are known to be unable to receive network frames<br><br>**14.3 FHSS PLCP sublayer**<br><br>**14.3.1 Overview**<br><br>This subclause provides a convergence procedure to map MPDUs into a frame format designed for FHSS radio transceivers. The procedures for transmission, CS, and reception are defined for single and multiple antenna diversity radios.<br><br>Ex. 6. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

<table>
<tr>
<td></td>
<td>

Devices that implement the 802.11-2007 Standard implement Carrier Sense multiple access with collision avoidance (CSMA/CA) as the fundamental access method. This method requires stations to sense the medium to ensure that it is idle before attempting to transmit.

Upon the detection of an Opportunity to Transmit (TXOP), the queue of each access category contends for the TXOP using the idle time determined by that access category's EDCAF.

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

</td>
</tr>
</table>

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | **9.1.1 DCF**<br><br>The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs, for use within both IBSS and infrastructure network configurations.<br><br>For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exist between contiguous frame sequences. A transmitting STA shall ensure that the medium is idle for this required duration before attempting to transmit. If the medium is determined to be busy, the STA shall defer until the end of the current transmission. After deferral, or prior to attempting to transmit again immediately after a successful transmission, the STA shall select a random backoff interval and shall decrement the backoff interval counter while the medium is idle. A transmission is successful either when an ACK frame is received from the STA addressed by the RA field of the transmitted frame or when a frame with a group address in the RA field is transmitted completely. A refinement of the method may be used under various circumstances to further minimize collisions—here the transmitting and receiving STA exchange short control frames (RTS and CTS frames) after determining that the medium is idle and after any deferrals or backoffs, prior to data transmission. The details of CSMA/CA, deferrals, and backoffs are described in 9.2. RTS/CTS exchanges are also presented in 9.2.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 10. The system of claim 9, wherein said communication medium is a wireless channel and wherein said transceiver includes an RF transmitter and antenna. | Motorola phones implementing the 802.11-2007 Standard include wireless channel transceivers and associated antenna (*e.g.*, one or more processors and/or a WiFi chipset, such as a Qualcomm WCN3680 or a portion thereof handling transceiver Tx/Rx functionality).<br><br>**5.1.1.2 Media impact on design and performance**<br><br>The PHYs used in IEEE Std 802.11 are fundamentally different from wired media. Thus IEEE 802.11 PHYs<br><br>a)  Use a medium that has neither absolute nor readily observable boundaries outside of which STAs with conformant PHY transceivers are known to be unable to receive network frames<br><br>Because of limitations on wireless PHY ranges, WLANs intended to cover reasonable geographic distances may be built from basic coverage building blocks. When providing QoS services it should be understood that the MAC endeavors to provide QoS "service guarantees" within the limitations of the medium properties identified above. In other words, particularly in unlicensed spectrum, true guarantees are often not possible. However, gradations of service are always possible; and in sufficiently controlled environments, QoS guarantees can truly be made.<br><br>Ex. 6 (IEEE 802.11-2007) at section 5.1.1.2.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 11. The system of claim 9, further including: a processor communicatively coupled to the transceiver, the first output queue, and the second output queue, the processor configured to allow only one of the first and second output queues to transmit through the transceiver if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules. | The accused '392 devices comprise the system of claim 9, as explained above, and further comprise a processor communicatively coupled to the transceiver, the first output queue, and the second output queue, the processor configured to allow only one of the first and second output queues to transmit through the transceiver if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules.  As an example and without limitation, Motorola phones include a processor, *e.g.*, a Qualcomm Snapdragon, or *e.g.*, an ARM core on-board the WiFi chipset, that is communicatively coupled and configured as claimed.  Motorola phones that implement the IEEE 802.11-2007 or WMM standard include processors coupled to the transceiver.  The processor will invoke a backoff procedure for a queue if a queue of higher priority is allowed to transmit.<br><br>9.9.1.3 Obtaining an EDCA TXOP<br><br>At each of the above-described specific slot boundaries, each EDCAF shall invoke the backoff procedure due to an internal collision if<br>— There is a frame available for transmission at that EDCAF, and<br>— The backoff timer for that EDCAF has a value of zero, and<br>— Initiation of a transmission sequence is allowed to commence at this time for an EDCAF of higher UP.<br><br>Ex. 6 (IEEE 802.11-2007) at section 9.9.1.3. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | limitation of this element is not present. |
|---|---|
| 12. The system of claim 9, further including: a processor communicatively coupled to the transceiver, the first output queue, and the second output queue, the processor configured to attempt to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station. | The accused '392 devices comprise the system of claim 9, as explained above, and further comprise a processor communicatively coupled to the transceiver, the first output queue, and the second output queue, the processor configured to attempt to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station.  As an example and without limitation, Motorola phones include a processor, *e.g.*, a Qualcomm Snapdragon, or *e.g.*, an ARM core on-board the WiFi chipset, that is communicatively coupled and configured as claimed. Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to retransmit message data determined to have undergone an external collision after interval dependent on the EDCA parameter corresponding to the access category of the queue. |

9.1.3.1 HCF contention-based channel access (EDCA)

For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where

a)  The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.

b)  The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

### 9.9.1.3 Obtaining an EDCA TXOP

On specific slot boundaries, each EDCAF shall make a determination to perform one and only one of the following functions:

— Initiate the transmission of a frame exchange sequence for that access function.

— Decrement the backoff timer for that access function.

— Invoke the backoff procedure due to an internal collision.

— Do nothing for that access function.

At each of the above-described specific slot boundaries, each EDCAF shall initiate a transmission sequence if

— There is a frame available for transmission at that EDCAF, and

— The backoff timer for that EDCAF has a value of zero, and

— Initiation of a transmission sequence is not allowed to commence at this time for an EDCAF of higher UP.

Ex.. 6 (IEEE 902.11-2007) at section 9.9.1.3.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

75

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

|  |  |
|---|---|
| 13. The system of claim 12, wherein the processor is further configured to attempt to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity. | The accused '392 devices comprise the system of claim 12, as explained above, and further comprise a system wherein the processor is further configured to attempt to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure: |
|  | d)  Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM. |
|  | Ex 6 (IEEE 802.11-2007) at section 9.1.3.1. |
|  | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|  | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 14. The system of claim 13, wherein an attempt is made to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue. | The accused '392 devices comprise the system of claim 13, as explained above, and further comprise a system wherein an attempt is made to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure: <br><br> d)  Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM. <br><br> Ex 6 (IEEE 802.11-2007) at section 9.1.3.1. <br> The interval for the backoff procedure (based in part on, *e.g.*, CW[AC] parameter) is specified by the set of rules corresponding to the traffic classification for the lower priority colliding queue.  *See, e.g.*, Ex 6 (IEEE 802.11-2007) at section 9.9.1.5. <br><br> To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each |

77

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 15. The system of claim 14, wherein the interval is within a respective random variable window having a corresponding minimum and maximum duration. | The accused '392 devices comprise the system of claim 14, as explained above, and further comprise a system wherein the interval is within a respective random variable window having a corresponding minimum and maximum duration. As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive. *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 16. A system comprising: | To the extent it is deemed to be limiting, the accused '392 devices comprise the claimed system. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | As an example and without limitation, Motorola phones implement the IEEE 802.11-2007 Standard.  *See, e.g.*, the Motorola Moto X.<br><br><br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>**Connectivity**<br><br>**Bluetooth® Technology[1]**<br>4.0 LE + EDR<br><br>**Wi-Fi**<br>802.11a/g/b/n/ac (dual band capable), mobile hotspot |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

Ex. 7.

Motorola cell phones also implement the WMM Standard.  See, e.g., the Motorola "Electrify M" (Model XT905), which is Wi-Fi CERTIFIED for WMM (Wi-Fi Multimedia) by the Wi-Fi Alliance.



© 2013 Motorola Mobility LLC. All rights reserved.
**Caution:** Motorola does not take responsibility for changes/modification to the transceiver.
Product ID: MOTOROLA ELECTRIFY M (Model XT905)
Manual Number: 68017207001-B

Ex. 1.

80

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 2.

Ex. 3.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means for directing to a first output queue at a first station of a communication network, message data units to be transmitted over a communication medium and having a first traffic classification; | The accused '392 devices comprise a means for directing to a first output queue at a first station of a communication network, message data units to be transmitted over a communication medium and having a first traffic classification. This element is read pursuant to 35 U.S.C § 112(f).  The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.<br><br>As an example and without limitation, the Motorola phones implement the IEEE 802.11-2007 Standard and WMM standard which define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice".  The WMM specification includes the same four ACs. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

### 3. Definitions

For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.

**3.1 access category (AC):** A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.

Ex. 6 (IEEE 802.11-2007) at section 3.1.

Wi-Fi Multimedia Technical Specification - Version 1.2.0

### 1.2 Terms and Definitions

| Name | Definition |
|------|-----------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities. WMM defines 4 ACs. |

Ex. 4 at 7.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | Table 9-1—UP-to-AC mappings | | | |
|---|---|---|---|---|
| **Priority** | **UP (Same as 802.1D user priority)** | **802.1D designation** | **AC** | **Designation (informative)** |
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| Highest | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
>     a)    The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
>     b)    The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| means for directing to a second output queue at the first station, message data units to be transmitted over the communication medium and having a second traffic classification; | The accused '392 devices comprise a means for directing to a second output queue at the first station, message data units to be transmitted over the communication medium and having a second traffic classification. The element is read pursuant to 35 U.S.C § 112(f). The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.<br><br>As an example and without limitation, the Motorola phones implement the IEEE 802.11-2007 Standard and WMM standard which define four Access Categories (ACs), designated "Background," "Best Effort," "Video," and "Voice".  The WMM specification includes the same four ACs.<br><br>**3. Definitions**<br><br>For the purposes of this standard, the following terms and definitions apply. *The Authoritative Dictionary of IEEE Standards Terms* [B11] should be referenced for terms not defined in this clause.<br><br>**3.1 access category (AC):** A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a quality of service (QoS) station (STA) to contend for the channel in order to transmit medium access control (MAC) service data units (MSDUs) with certain priorities.<br><br>Ex. 6 (IEEE 802.11-2007) at section 3.1. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

Wi-Fi Multimedia Technical Specification - Version 1.2.0

### 1.2  Terms and Definitions

| Name | Definition |
|------|-----------|
| AC | Access category: A label for the common set of enhanced distributed channel access (EDCA) parameters that are used by a WMM STA to contend for the channel in order to transmit MSDUs with certain priorities.  WMM defines 4 ACs. |

Ex. 4 at 7.

Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|----------|------|------|------|------|
| Lowest | 1 | BK | AC_BK | Background |
|  | 2 | — | AC_BK | Background |
|  | 0 | BE | AC_BE | Best Effort |
|  | 3 | EE | AC_BE | Best Effort |
|  | 4 | CL | AC_VI | Video |
|  | 5 | VI | AC_VI | Video |
| Highest | 6 | VO | AC_VO | Voice |
|  | 7 | NC | AC_VO | Voice |

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.  *See also* Ex. 4 at 25.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



Figure 9-17—Reference implementation model

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.  *See also* Ex. 4 at 26.

For each access category, an enhanced distributed channel access function (EDCAF) determines an idle time based on a parameter associated with that access category.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| and means for sensing the communication medium for an opportunity to transmit message data units without interference from message data units transmitted by a second station, according to sets of rules that vary by traffic classification yet are common to the first station and the second station. | The accused '392 devices comprise a means for sensing the communication medium for an opportunity to transmit message data units without interference from message data units transmitted by a second station, according to sets of rules that vary by traffic classification yet are common to the first station and the second station. The element is read pursuant to 35 U.S.C § 112(f). The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.<br><br>As one example and without limitation, Motorola phones implementing the 802.11-2007 Standard include transceivers and related functionality for sensing the WiFi communication mediums.<br><br> |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

> **14.3 FHSS PLCP sublayer**
>
> **14.3.1 Overview**
>
> This subclause provides a convergence procedure to map MPDUs into a frame format designed for FHSS radio transceivers. The procedures for transmission, CS, and reception are defined for single and multiple antenna diversity radios.

Ex. 6.

Devices that implement the 802.11-2007 Standard implement Carrier Sense multiple access with collision avoidance (CSMA/CA) as the fundamental access method. This method requires stations to sense the medium to ensure that it is idle before attempting to transmit.

Upon the detection of an Opportunity to Transmit (TXOP), the queue of each access category contends for the TXOP using the idle time determined by that access category's EDCAF.

> For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where
>
> a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.
>
> b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

There is a corresponding EDCA function (EDCAF) for each queue.

> A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

> **9.1.1 DCF**
>
> The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs, for use within both IBSS and infrastructure network configurations.
>
> For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exist between contiguous frame sequences. A transmitting STA shall ensure that the medium is idle for this required duration before attempting to transmit. If the medium is determined to be busy, the STA shall defer until the end of the current transmission. After deferral, or prior to attempting to transmit again immediately after a successful transmission, the STA shall select a random backoff interval and shall decrement the backoff interval counter while the medium is idle. A transmission is successful either when an ACK frame is received from the STA addressed by the RA field of the transmitted frame or when a frame with a group address in the RA field is transmitted completely. A refinement of the method may be used under various circumstances to further minimize collisions—here the transmitting and receiving STA exchange short control frames (RTS and CTS frames) after determining that the medium is idle and after any deferrals or backoffs, prior to data transmission. The details of CSMA/CA, deferrals, and backoffs are described in 9.2. RTS/CTS exchanges are also presented in 9.2.

Ex. 6 (IEEE 802.11-2007) at section 9.9.1.1.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each

96

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 17. The system of claim 16, further including: means for allowing only one of the first and second output queues to transmit, if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules. | The accused '392 devices comprise the system of claim 16, as explained above, and further comprise a means for allowing only one of the first and second output queues to transmit, if the first and second output queues each contain message data units scheduled to be transmitted during a particular opportunity to transmit, according to said sets of rules.  The element is read pursuant to 35 U.S.C § 112(f).  The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include processors coupled to the transceiver.  The processor will invoke a backoff procedure for a queue if a queue of higher priority is allowed to transmit. <br><br> 9.9.1.3 Obtaining an EDCA TXOP <br><br> At each of the above-described specific slot boundaries, each EDCAF shall invoke the backoff procedure due to an internal collision if <br> — There is a frame available for transmission at that EDCAF, and <br> — The backoff timer for that EDCAF has a value of zero, and <br> — Initiation of a transmission sequence is allowed to commence at this time for an EDCAF of higher UP. <br><br> Ex. 6 (IEEE 802.11-2007) at section 9.9.1.3. |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



WMM prioritization works as shown in Figure 3 and Figure 4. Applications assign each data packet to a given AC (Figure 3). Packets are then added to one of four independent transmit queues (one per AC; i.e., voice, video, best effort, or background) in the client. The client has an internal collision resolution mechanism to address collision among different queues, which selects the frames with the highest priority to transmit. The same mechanism deals with external collision, to determine which client should be granted the Opportunity to Transmit (TXOP).

Figure 3. Transmit queues within a WMM client

*See also* Ex. 5 at 7.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**



To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | limitation of this element is not present. |
| 18. The system of claim 16, further including: means for attempting to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station. | The accused '392 devices comprise the system of claim 16, as explained above, and further comprise a means for attempting to retransmit, after a respective interval defined differently by each said set of rules, any message data unit transmitted over the communication medium by a station that collides with a message data unit transmitted by another station.  The element is read pursuant to 35 U.S.C § 112(f).  The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to retransmit message data determined to have undergone an external collision after interval dependent on the EDCA parameter corresponding to the access category of the queue.

The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.

9.1.3.1 HCF contention-based channel access (EDCA) |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where

    a)    The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.

    b)    The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

Ex. 6 (IEEE 802.11-2007) at section 9.1.3.1.

**9.9.1.3 Obtaining an EDCA TXOP**

On specific slot boundaries, each EDCAF shall make a determination to perform one and only one of the following functions:

    —    Initiate the transmission of a frame exchange sequence for that access function.

    —    Decrement the backoff timer for that access function.

    —    Invoke the backoff procedure due to an internal collision.

    —    Do nothing for that access function.

At each of the above-described specific slot boundaries, each EDCAF shall initiate a transmission sequence if

    —    There is a frame available for transmission at that EDCAF, and

    —    The backoff timer for that EDCAF has a value of zero, and

    —    Initiation of a transmission sequence is not allowed to commence at this time for an EDCAF of higher UP.

Ex.. 6 (IEEE 902.11-2007) at section 9.9.1.3.

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 19. The system of claim 18, further including: means for attempting to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity. | The accused '392 devices comprise the system of claim 18, as explained above, and further comprise a means for attempting to initially transmit a first message data unit from the second output queue of the first station, in accordance with the set of rules corresponding to the traffic classification thereof, as if an unsuccessful attempt to transmit the first message data unit had already been made during a previous transmission opportunity. The element is read pursuant to 35 U.S.C § 112(f).  The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard include a processor configured to handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for example, invoking a backoff procedure: |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| | d)   Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM. <br><br>Ex 6 (IEEE 802.11-2007) at section 9.1.3.1. <br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 20. The system of claim 19, further including: means for attempting to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue. | The accused '392 devices comprise the system of claim 19, as explained above, and further comprise a means for attempting to transmit the first message data unit after an interval specified by the set of rules corresponding to the traffic classification of the second queue. The element is read pursuant to 35 U.S.C § 112(f).  The '392 accused devices include structure performing the function corresponding to this limitation, including an applications processor and software, *e.g.* a Qualcomm Snapdragon processor, and a WiFi chipset and software.  As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the data frames from a lower priority colliding queue behave as if there were an external collision, thereby, for |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | example, invoking a backoff procedure: |
|---|---|
| | d) Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM. |
| | Ex 6 (IEEE 802.11-2007) at section 9.1.3.1. |
| | The interval for the backoff procedure (based in part on, *e.g.,* CW[AC] parameter) is specified by the set of rules corresponding to the traffic classification for the lower priority colliding queue. *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5. |
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 21. The system of claim 20, wherein the interval is within a respective random variable window having a corresponding minimum and maximum | The accused '392 device comprise the system of claim 20, as explained above, and further comprise wherein the interval is within a respective random variable window having a corresponding minimum and maximum duration. As an example and without limitation, Motorola phones that implement the IEEE 802.11-2007 or WMM standard handle virtual or internal collisions between contending EDCAFs within an STA such that the backoff |

**Exhibit B (Claim Chart for U.S. Patent No. 7,136,392)**

| | |
|---|---|
| duration. | timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive.  *See, e.g.,* Ex 6 (IEEE 802.11-2007) at section 9.9.1.5.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers, carriers, and/or other parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola product performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola product is at most insubstantially different from the recited element.  IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| U.S. Patent No. 6,121,960 | Motorola's Infringement |
|---|---|
| 1.  A screen peripheral system, comprising: | Motorola makes and sells touchscreen cellular handsets and related devices that display and generate composite images ("Motorola Touchscreen Products"[1]) through hardware and software.  The Motorola Touchscreen Products are screen peripheral systems with a peripheral interactive touchscreen and functionality to connect to peripheral devices.  To the extent this preamble is found to be a limitation, the Motorola Touchscreen Products each implement a system as set forth in the claim limitations below.<br><br>Using the Motorola Moto X as an example, the Motorola Touchscreen Products have a separate interactive touchscreen from their processors and allows for connectivity to other devices through its Bluetooth 4.0 and microUSB 2.0 technologies.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html |
| a computing device for providing a main image; and | Every Motorola Touchscreen Product comprises a computing device that uses a processor, graphics processor, or combination, for providing a main image, along with related hardware and software.<br><br>For example, the Motorola Moto X contains an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor along with other related hardware and software that control the display output. |

[1] The Motorola Touchscreen Products include all Motorola phones sold, offered for sale, used and/or imported into the United States that include a touchscreen display and run a version of the Android operating system such that they allow for generating main images, input controls such as button or keys, and a composite of both.  The Motorola Touchscreen Products include without limitation at least the Moto G, Moto G with 4G LTE, Moto E, Moto X, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handset currently under development that include a touchscreen feature that allows for generating and displaying composite images.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

This allows for providing main images, such as the default background image shown below:



Ex. 1, Moto X User Guide, 2.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| a touch-activated input device for generating and displaying a composite image visible to a user of the screen peripheral system, the touch-activated input device comprising a plurality of pixels, | The Motorola Touchscreen Products include a touch-activated input device for generating and displaying composite images visible to a user, the touch-activated input device comprising a plurality of pixels.

For example, the Motorola Moto X has an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor, along with other related hardware and software, to generate images.  In addition, the Motorola Moto X contains an AMOLED capacitive touchscreen that displays images through a plurality of pixels, and responds to user touch events.

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Ex. _, Moto X User Guide, 16-23.

The Motorola Moto X AMOLED touch-activated display comprises a plurality of pixels; particularly, it displays 720 x 1280 pixels, with approximately 312 ppi pixel density.  It responds to a variety of user touch events through the display. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Ex. 1, Moto X User Guide, 9.  The Moto G has a similar composite image.  Ex. 3, Moto G User Guide, 9

All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs on the Android 4.2.2 ("Jelly Bean") operating system, which enables the device to generate and display a composite image visible to a user of the screen peripheral system.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

The Android OS is an open-source operating system that is based on Linux and uses a customized version of the Java programming language. Documentation describing the functionality, use, and programming of Android OS is freely available on the Internet.

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

The Motorola Touchscreen Products use the Android OS to generate and display images, keys, buttons, and other graphical input controls through at least the View, ViewGroup, animation, drawing, and other related classes.

## UI Overview

All user interface elements in an Android app are built using View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) objects. A View (/reference/android/view/View.html) is an object that draws something on the screen that the user can interact with. A ViewGroup (/reference/android/view/ViewGroup.html) is an object that holds other View (/reference/android/view/View.html) (and ViewGroup (/reference/android/view/ViewGroup.html)) objects in order to define the layout of the interface.

Android provides a collection of both View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The `ViewGroup` `(/reference/android/view/ViewGroup.html)` subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

## Developer Guides

For information about using this class to develop your application's user interface, read the User Interface `(/guide/topics/ui/index.html)` developer guide.

## Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other



6

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| the composite image simultaneously including:<br><br>a representation of at least one key, the representation of at least one key activating an input function; and<br><br>the main image provided by the computing device, the representation of at least one key being laid over the main image; | The Motorola Touchscreen Products use hardware and software to form a composite image that is displayed and generated that simultaneously includes a representation of at least one key, which activates an input function, and a main image provided by the computing device. The key representation is laid over the main image.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS"). For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>The Motorola Touchscreen Products use the Android OS and generates and displays images, animations, and responds to events through the touch-activated screen. For example, the Motorola Touch Products use the Android OS and provide functionality for rendering images and input controls to the touch-activated screen. This will allow for the rendering of a main image, such as a background or program image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Canvas and Drawables

The Android framework APIs provides a set 2D drawing APIs that allow you to render your own custom graphics onto a canvas or to modify existing Views to customize their look and feel. When drawing 2D graphics, you'll typically do so in one of two ways:

a. Draw your graphics or animations into a View object from your layout. In this manner, the drawing of your graphics is handled by the system's normal View hierarchy drawing process — you simply define the graphics to go inside the View.

b. Draw your graphics directly to a Canvas. This way, you personally call the appropriate class's `onDraw()` method (passing it your Canvas), or one of the Canvas `draw...()` methods (like `drawPicture()`). In doing so, you are also in control of any animation.

http://developer.android.com/guide/topics/graphics/2d-graphics.html

In addition, the Motorola Touchscreen Products use the Android OS and allow for input controls, such as buttons or keys (which can be represented by text, icons, or images) that allow for activating an input function. These button/keys can be drawn to the screen with a transparent or semi-transparent background, controlled by the user, program, or system, and laid over the main image. The Motorola Touchscreen Products, using the Android OS, will monitor for user events such as when a user clicks or touches a button/key on the touchscreen display.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

# Input Controls

Input controls are the interactive components in your app's user interface. Android provides a wide variety of controls you can use in your UI, such as buttons, text fields, seek bars, checkboxes, zoom buttons, toggle buttons, and many more.

http://developer.android.com/guide/topics/ui/controls.html

# Buttons

A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.

 

http://developer.android.com/guide/topics/ui/controls/button.html



9

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented. |
|---|---|
| | ## Custom Components<br><br>Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)`. To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you use to construct your UI.<br><br>If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.<br><br>Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

### Fully Customized Components

Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.

Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).

http://developer.android.com/guide/topics/ui/custom-components.html

Through Android OS functionality, the Motorola Touchscreen Products control the visual style of the button/key (or any other input control). In this way, the background or color of the button/key can be made transparent such that it will be laid over the main image, the main image will be partially visible beneath the button/key and the screen will show a composite image of the two.

### Styling Your Button

The appearance of your button (background image and font) may vary from one device to another, because devices by different manufacturers often have different default styles for input controls.

You can control exactly how your controls are styled using a theme that you apply to your entire application. For instance, to ensure that all devices running Android 4.0 and higher use the Holo theme in your app, declare `android:theme="@android:style/Theme.Holo"` in your manifest's `<application>` element. Also read the blog post, Holo Everywhere (http://android-developers.blogspot.com/2012/01/holo-everywhere.html) for information about using the Holo theme while supporting older devices.

http://developer.android.com/guide/topics/ui/controls/button.html

The Motorola Touchscreen Products use the Android OS to provide pre-defined styles and themes, such as a theme for creating transparent backgrounds through at least the



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

"Translucent theme."



For example, the alpha channel value can be separately set to better allow the computing device and corresponding hardware and software to provide transparent blending and merging.



12

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> **public void setAlpha (float alpha)**                    Added in API level 11
>
> Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

> **android:alpha**
>
> alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).
>
> Must be a floating point value, such as "1.2".
>
> This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.
>
> This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

Irrespective of a control's visual style, the Motorola Touchscreen Products will use Android OS to continue to monitor if there are any defined user events, such as a user clicking the button/key (or activating any other input control). The Motorola Touchscreen Products, including the Android OS, enable the button/key to trigger or activate an input function when the button/key is clicked or otherwise activated by a user, program, or the system. This functionality will vary depending on the needs of the user, program, or system.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Responding to Click Events

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick (/reference/android/R.attr.html#onClick)` attribute to the `<Button>` element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity (/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.

http://developer.android.com/guide/topics/ui/controls/button.html

## Event Listeners

An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.

http://developer.android.com/guide/topics/ui/ui-events.html

Through this and similar methods, the Motorola Touchscreen Products display and generate composite images. For example, the Motorola Moto X generates and displays a composite image using the alphanumeric keys being laid over a background image:



14

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Moto X PIN Input Screenshot.

Also, the Motorola Moto X can display a composite image of transparent graphical button/keys in the camera application to allow for greater screen viewing and user control. The main image is a live view outputted by the front camera while the key representations are the numerous buttons to activate settings, change functionality, get help, etc.,:



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**





**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | Motorola Moto X, Camera Screenshot.<br><br>In addition, the Motorola Moto X can display a composite image of transparent graphical button/keys in the Google Maps application to allow for greater screen viewing and user control.  The main image is the current map view, while the live representations are the various buttons/keys that allow the user to select different program options or functionality: |
|---|---|



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X, Google Maps Screenshot

Also, the Motorola Moto X can display a composite image of transparent buttons as shown in the Google Setup application.  The main image is the setup applications background image, while the key representations are the various "Get an account" and "Not now" buttons.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Google Account Setup Screenshot

These are only some examples of the many composite images provided by Motorola's Moto X that illustrate the Moto X displaying and generating a composite image with a main image (such as a background or program image) being drawn to the canvas, and a



19

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | button/key (or other input control), which activates an input function, being laid on top of the main image.  The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| wherein the screen peripheral system implements variable-pixel control to form the representation of at least one key and to form the main image, the variable-pixel control causing pixels selected to form the representation of at least one key in the composite image to depend on and be activated simultaneously with pixels selected to form the main image, such that the main image and the | The Motorola Touchscreen Products implement variable-pixel control to form the representation of at least one key and to form the main image, such that the pixels selected to form the key representation depend on and are activated simultaneously with pixels from the main image, and such that and the pixels of both the key representation and the main image are displayed simultaneously to form a composite image.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>For example, the Motorola Touchscreen Products use the Android OS to implement variable-pixel control to form the display at least through its animation and graphics |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| representation of at least one key are displayed simultaneously to form the composite image; | capabilities by animating, drawing, and updating each pixel to form a composite image based on variable values and inputs. This can allow individual pixels to be dedicated simultaneously to both the main image and the representation of at least one key. |
| --- | --- |
| | ## Animation and Graphics Overview

Android provides a variety of powerful APIs for applying animation to UI elements and drawing custom 2D and 3D graphics. The sections below provide an overview of the APIs and system capabilities available and help you decide with approach is best for your needs.

**Animation**

The Android framework provides two animation systems: property animation (introduced in Android 3.0) and view animation. Both animation systems are viable options, but the property animation system, in general, is the preferred method to use, because it is more flexible and offers more features. In addition to these two systems, you can utilize Drawable animation, which allows you to load drawable resources and display them one frame after another.

Property Animation
    Introduced in Android 3.0 (API level 11), the property animation system lets you animate properties of any object, including ones that are not rendered to the screen. The system is extensible and lets you animate properties of custom types as well.
View Animation
    View Animation is the older system and can only be used for Views. It is relatively easy to setup and offers enough capabilities to meet many application's needs.
Drawable Animation
    Drawable animation involves displaying `Drawable` resources one after another, like a roll of film. This method of animation is useful if you want to animate things that are easier to represent with Drawable resources, such as a progression of bitmaps.

http://developer.android.com/guide/topics/graphics/overview.html

The Motorola Touchscreen Products, including the Android OS, provide for a View class, and related classes, such as SurfaceView, animation, and drawing classes, that allow the user, program, or system to generate images and animations. In addition, View and |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | similar other classes listen for events from the user, program, or system, such that input controls can be activated and interacted with.  Thus, the View and similar other classes provide for drawing of objects as well as event handling.<br><br>**UI Overview**<br><br>All user interface elements in an Android app are built using View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) objects. A View (/reference/android/view/View.html) is an object that draws something on the screen that the user can interact with. A ViewGroup (/reference/android/view/ViewGroup.html) is an object that holds other View (/reference/android/view/View.html) (and ViewGroup (/reference/android/view/ViewGroup.html)) objects in order to define the layout of the interface.<br><br>Android provides a collection of both View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).<br><br>http://developer.android.com/guide/topics/ui/overview.html |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The ViewGroup /reference/android/view/ViewGroup.html) subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

## Developer Guides

For information about using this class to develop your application's user interface, read the User Interface (/guide/topics/ui/index.html) developer guide.

## Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html

The Motorola Touchscreen Products uses the Android OS to animate or draw images, input controls, and other objects to the touchscreen by continually drawing, refreshing, and updating the variable data associated with the particular pixels.  The animation functionality relies on a number of classes, such as ValueAnimator, ObjectAnimator, and AnimatorSet.



23

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



http://developer.android.com/guide/topics/graphics/prop-animation.html

The Property Animation can change individual pixel properties of the objects on the screen, such as their transparency, to generate and display a composite image on the screen.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animating Views

The property animation system allow streamlined animation of View objects and offers a few advantages over the view animation system. The view animation system transformed View objects by changing the way that they were drawn. This was handled in the container of each View, because the View itself had no properties to manipulate. This resulted in the View being animated, but caused no change in the View object itself. This led to behavior such as an object still existing in its original location, even though it was drawn on a different location on the screen. In Android 3.0, new properties and the corresponding getter and setter methods were added to eliminate this drawback.

The property animation system can animate Views on the screen by changing the actual properties in the View objects. In addition, Views also automatically call the `invalidate()` `(/reference/android/view/View.html#invalidate())` method to refresh the screen whenever its properties are changed. The new properties in the `View (/reference/android/view/View.html)` class that facilitate property animations are:

- `alpha`: Represents the alpha transparency on the View. This value is 1 (opaque) by default, with a value of 0 representing full transparency (not visible).

http://developer.android.com/guide/topics/graphics/prop-animation.html

One of the common user interface components is a button, which is a type of widget that acts as a key for the user to activate or press, to engage some functionality.  Like all input controls, the button or key inherits from the View class and therefore can be animated and drawn, with the properties of its pixels variably controlled by the user, program, or system.



25

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

public class

**Button**

extends TextView

Summary: Inherited XML Attrs | Inherited Constants | Inherited Fields | Ctors | Methods | Inherited Methods | [Expand All]

Added in API level 1

java.lang.Object
  ↳ android.view.View
    ↳ android.widget.TextView
      ↳ android.widget.Button

▶ Known Direct Subclasses
CompoundButton

▶ Known Indirect Subclasses
CheckBox, RadioButton, Switch, ToggleButton

http://developer.android.com/reference/android/widget/Button.html

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.



26

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html). To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you can use to construct your UI.

If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.

Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

http://developer.android.com/guide/topics/ui/custom-components.html

Because a button (and other input controls) inherits from the View class, its style can be altered, and can be drawn or animated, for example using the Android Animation and Canvas functionality and associated classes and procedures, in whatever way the user, program, or system decides.



27

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> ## Button style
>
> Every Button is styled using the system's default button background, which is often different from one device to another and from one version of the platform to another. If you're not satisfied with the default button style and want to customize it to match the design of your application, then you can replace the button's background image with a state list drawable (/guide/topics/resources/drawable-resource.html#StateList). A state list drawable is a drawable resource defined in XML that changes its image based on the current state of the button. Once you've defined a state list drawable in XML, you can apply it to your Button with the android:background (/reference/android/R.attr.html#background) attribute. For more information and an example, see State List Drawable (/guide/topics/resources/drawable-resource.html#StateList).

http://developer.android.com/reference/android/widget/Button.html

One customizable property is the button's transparency or opacity. Each pixel of the button/key representation can be blended with any image or images that occupy the same space on the touchscreen display, by controlling the alpha component of the button/key (or other input control). This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView, separately or together with other values.

For example, the alpha channel value can be separately set to better allow the computing device and corresponding hardware and software to provide transparent blending and merging.



28

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

---

**public void setAlpha (float alpha)**                                    Added in API level 11

Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

**android:alpha**

alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

---



29

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | public static final int **LayerDrawable_opacity**

Indicates the opacity of the layer. This can be useful to allow the system to enable drawing optimizations. The default value is translucent.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| opaque | -1 | Indicates that the layer is opaque and contains no transparent nor translucent pixels. |
| transparent | -2 | The layer is completely transparent (no pixel will be drawn.) |
| translucent | -3 | The layer has translucent pixels. |

This corresponds to the global attribute resource symbol opacity.

Constant Value: 0 (0x00000000)

http://developer.android.com/reference/android/R.styleable.html

This variable pixel control causes some or all pixels of the button/key (or other input control) representation to depend on and be activated simultaneously with pixels selected to form underlying the main image, such that the main image and the representation of at least one key are displayed simultaneously to form the composite image.

The View and other similar classes will continue to monitor and listen for events that activate the input zone. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Represents a push-button widget. Push-buttons can be pressed, or clicked, by the user to perform an action.

http://developer.android.com/reference/android/widget/Button.html

## Event Listeners

An event listener is an interface in the View (/reference/android/view/View.html) class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.

http://developer.android.com/guide/topics/ui/ui-events.html

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any



31

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | assertion that direct infringement of this claim is not present. |
|---|---|
| further wherein the variable-pixel control includes logical operators to provide different blending/merging effects such that individual pixels of the touch-activated input device can be dedicated simultaneously to both the main image and the representation of at least one key. | The Motorola Touchscreen Products implement variable-pixel control that includes logical operators to provide different blending/merging effects such that individual pixels of the touch activated input device can be dedicated simultaneously to both the main image and the representation of at least one key through hardware and software.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").<br><br>Each Motorola Touchscreen Product runs a version of the Android OS, which implements OpenGL ES.   For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>Therefore, the Motorola Moto X runs at least OpenGL ES 2.0.  This uses the OpenGL pipeline to render the images, controls, animations, and enact variable-pixel control using OpenGL algorithms and operations. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

# OpenGL ES

Android includes support for high performance 2D and 3D graphics with the Open Graphics Library (OpenGL®), specifically, the OpenGL ES API. OpenGL is a cross-platform graphics API that specifies a standard software interface for 3D graphics processing hardware. OpenGL ES is a flavor of the OpenGL specification intended for embedded devices. Android supports several versions of the OpenGL ES API:

- OpenGL ES 1.0 and 1.1 - This API specification is supported by Android 1.0 and higher.
- OpenGL ES 2.0 - This API specification is supported by Android 2.2 (API level 8) and higher.
- OpenGL ES 3.0 - This API specification is supported by Android 4.3 (API level 18) and higher.

http://developer.android.com/guide/topics/graphics/opengl.html

The blending and merging effects are achieved through these procedures and the use of the OpenGL pipeline and algorithms, values, and equations in OpenGL such as glBlendFunc(), glBlendFunci(), EXT_blend_logic_op, glBlendEquation(), glBlendEquationSeparate(), etc. These are designed to be run on embedded systems such as the Motorola Touchscreen Products.



33

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Description

Pixels can be drawn using a function that blends the incoming (source) RGBA values with the RGBA values that are already in the frame buffer (the destination values). Blending is initially disabled. Use `glEnable` and `glDisable` with argument GL_BLEND to enable and disable blending.

`glBlendFunc` defines the operation of blending for all draw buffers when it is enabled. `glBlendFunci` defines the operation of blending for a single draw buffer specified by `buf` when enabled for that draw buffer. `sfactor` specifies which method is used to scale the source color components. `dfactor` specifies which method is used to scale the destination color components. Both parameters must be one of the following symbolic constants: GL_ZERO, GL_ONE, GL_SRC_COLOR, GL_ONE_MINUS_SRC_COLOR, GL_DST_COLOR, GL_ONE_MINUS_DST_COLOR, GL_SRC_ALPHA, GL_ONE_MINUS_SRC_ALPHA, GL_DST_ALPHA, GL_ONE_MINUS_DST_ALPHA, GL_CONSTANT_COLOR, GL_ONE_MINUS_CONSTANT_COLOR, GL_CONSTANT_ALPHA, GL_ONE_MINUS_CONSTANT_ALPHA, GL_SRC_ALPHA_SATURATE, GL_SRC1_COLOR, GL_ONE_MINUS_SRC1_COLOR, GL_SRC1_ALPHA, and GL_ONE_MINUS_SRC1_ALPHA. The possible methods are described in the following table. Each method defines four scale factors, one each for red, green, blue, and alpha. In the table and in subsequent equations, first source, second source and destination color components are referred to as $R s_0 G s_0 B s_0 A s_0$, $R s_1 G s_1 B s_1 A s_1$ and $R d G d B d A d$, respectively. The color specified by `glBlendColor` is referred to as $R c G c B c A c$. They are understood to have integer values between 0 and $k R k G k B k A$, where

$k c = 2 m c - 1$

and $m R m G m B m A$ is the number of red, green, blue, and alpha bitplanes.

Source and destination scale factors are referred to as $s R s G s B s A$ and $d R d G d B d A$. The scale factors described in the table, denoted $f R f G f B f A$, represent either source or destination factors. All scale factors have range $0 1$.

To determine the blended RGBA values of a pixel, the system uses the following equations:

$R d = min k R R s s R + R d d R G d = min k G G s s G + G d d G B d = min k B B s s B + B d d B A d = min k A A s s A + A d d A$

http://www.opengl.org/sdk/docs/man/xhtml/glBlendFunc.xml



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

### 4.1.7  Blending

Blending combines the incoming *source* fragment's R, G, B, and A values with the *destination* R, G, B, and A values stored in the framebuffer at the fragment's $(x_w, y_w)$ location.

Source and destination values are combined according to the *blend equation*, quadruplets of source and destination weighting factors determined by the *blend functions*, and a constant *blend color* to obtain a new set of R, G, B, and A values, as described below.

The components of the source and destination values and blend factors are clamped to $[0, 1]$ prior to evaluating the blend equation. The resulting four values are sent to the next operation.

**Blend Equation**

Blending is controlled by the *blend equations*, defined by the commands

```
void BlendEquation( enum mode );
void BlendEquationSeparate( enum modeRGB,
    enum modeAlpha );
```



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> **BlendEquationSeparate** argument *modeRGB* determines the RGB blend function while *modeAlpha* determines the alpha blend equation. **BlendEquation** argument *mode* determines both the RGB and alpha blend equations. *modeRGB* and *modeAlpha* must each be one of FUNC_ADD, FUNC_SUBTRACT, FUNC_REVERSE_- SUBTRACT, MIN, or MAX.
>
> Unsigned normalized fixed-point destination (framebuffer) components are represented as described in section 2.1.6. Constant color components, floating-point destination components, and source (fragment) components are taken to be floating point values. If source components are represented internally by the GL as fixed-point values, they are also interpreted according to section 2.1.6.
>
> Prior to blending, unsigned normalized fixed-point color components undergo an implied conversion to floating-point using equation 2.1. This conversion must leave the values 0 and 1 invariant. Blending computations are treated as if carried out in floating-point and will be performed with a precision and dynamic range no lower than that used to represent destination components.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Mode | RGB Components | Alpha Component |
|---|---|---|
| FUNC_ADD | $R = R_s * S_r + R_d * D_r$ <br> $G = G_s * S_g + G_d * D_g$ <br> $B = B_s * S_b + B_d * D_b$ | $A = A_s * S_a + A_d * D_a$ |
| FUNC_SUBTRACT | $R = R_s * S_r - R_d * D_r$ <br> $G = G_s * S_g - G_d * D_g$ <br> $B = B_s * S_b - B_d * D_b$ | $A = A_s * S_a - A_d * D_a$ |
| FUNC_REVERSE_SUBTRACT | $R = R_d * D_r - R_s * S_r$ <br> $G = G_d * D_g - G_s * S_g$ <br> $B = B_d * D_b - B_s * S_b$ | $A = A_d * D_a - A_s * S_a$ |
| MIN | $R = \min(R_s, R_d)$ <br> $G = \min(G_s, G_d)$ <br> $B = \min(B_s, B_d)$ | $A = \min(A_s, A_d)$ |
| MAX | $R = \max(R_s, R_d)$ <br> $G = \max(G_s, G_d)$ <br> $B = \max(B_s, B_d)$ | $A = \max(A_s, A_d)$ |

Table 4.1: RGB and alpha blend equations.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Function | RGB Blend Factors $(S_r, S_g, S_b)$ or $(D_r, D_g, D_b)$ | Alpha Blend Factor $S_a$ or $D_a$ |
|---|---|---|
| ZERO | $(0,0,0)$ | $0$ |
| ONE | $(1,1,1)$ | $1$ |
| SRC_COLOR | $(R_s, G_s, B_s)$ | $A_s$ |
| ONE_MINUS_SRC_COLOR | $(1,1,1) - (R_s, G_s, B_s)$ | $1 - A_s$ |
| DST_COLOR | $(R_d, G_d, B_d)$ | $A_d$ |
| ONE_MINUS_DST_COLOR | $(1,1,1) - (R_d, G_d, B_d)$ | $1 - A_d$ |
| SRC_ALPHA | $(A_s, A_s, A_s)$ | $A_s$ |
| ONE_MINUS_SRC_ALPHA | $(1,1,1) - (A_s, A_s, A_s)$ | $1 - A_s$ |
| DST_ALPHA | $(A_d, A_d, A_d)$ | $A_d$ |
| ONE_MINUS_DST_ALPHA | $(1,1,1) - (A_d, A_d, A_d)$ | $1 - A_d$ |
| CONSTANT_COLOR | $(R_c, G_c, B_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_COLOR | $(1,1,1) - (R_c, G_c, B_c)$ | $1 - A_c$ |
| CONSTANT_ALPHA | $(A_c, A_c, A_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_ALPHA | $(1,1,1) - (A_c, A_c, A_c)$ | $1 - A_c$ |
| SRC_ALPHA_SATURATE | $(f, f, f)^1$ | $1$ |

Table 4.2: RGB and ALPHA source and destination blending functions and the corresponding blend factors. Addition and subtraction of triplets is performed component-wise.
$^1$ $f = \min(A_s, 1 - A_d)$.

Ex. 2, *OpenGL ES 3.0.2 Specifications, Section 4.1.7, pp. 174-178 (April 8, 2013)*

The blending algorithms use a series of logical operators based on at least separate alpha modes applying the results to the individual pixels of the button/key representation (or other input control) (e.g. "the source") and the main application or background image (e.g. "the destination") to create different blending/merging effects, such that individual pixels



38

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | of the touch-activated display are dedicated simultaneously to both the main application or background image and the representation of at least one button/key or other input control. In addition, the programmer can set the preferred logical operator to perform blending.<br><br>This is one example of how the Motorola Touchscreen Products have variable-pixel control that includes logical operators to provide different blending/merging effects such that individual pixels of the touch-activated input device can be dedicated simultaneously to both the main image and the representation of at least one key.   The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 2. The screen peripheral system of claim 1, wherein the variable-pixel control provides contrast adjustment between the representation of at least one key and the main image produced by the computing device. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the variable-pixel control provides contrast adjustment between the representation of at least one key and the main image produced by the computing device.<br><br>The transparency functionality described in claim 1 is variably controlled such that the transparency can be set to any floating-point decimal number between 0 and 1 or integers between 0 and 255.  This enables the transparency control to be set or altered to many, many different values such that the variable-pixel control can provide contrast adjustment |



39

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | between the representation of at least one key and the main image produced by the computing device.<br><br>public void **setAlpha** (float alpha)    Added in <u>API level 11</u><br><br>Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.<br><br>http://developer.android.com/reference/android/view/View.html<br><br>**android:alpha**<br><br>alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).<br><br>Must be a floating point value, such as "1.2".<br><br>This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.<br><br>This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).<br><br>http://developer.android.com/reference/android/view/View.html<br><br>This can be applied to any object or control, such as those that inherit from the View class or related classes, including a button, image button, key, or custom control (or any other input control). |
|---|---|



40

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## UI Overview

All user interface elements in an Android app are built using `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` objects. A `View (/reference/android/view/View.html)` is an object that draws something on the screen that the user can interact with. A `ViewGroup (/reference/android/view/View.html)` is an object that holds other `View (/reference/android/view/View.html)` (and `ViewGroup (/reference/android/view/ViewGroup.html)`) objects in order to define the layout of the interface.

http://developer.android.com/guide/topics/ui/overview.html

For example, the Motorola Moto X uses key representations that show a varying contrast during the phone setup to alert the user as to how to use certain features, such viewing and arranging applications.



Motorola Moto X Phone Setup Screenshot

The Motorola Touchscreen Products can use Android OS to achieve this effect and



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | implement this claim through various different classes, procedures, and programs. |
|---|---|
| | In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 3. The screen peripheral system of claim 2, wherein the contrast adjustment includes changing at least one of the thickness, brightness, and dotted-ness of the representation of at least one key. | The Motorola Touchscreen Products each implement a system as set forth in claim 2, wherein the contrast adjustment includes changing at least one of the thickness, brightness, and dotted-ness of the representation of at least one key.<br><br>The drawing and animating functionality described in claims 1 and 2 allow for input controls to be created with different border styles and changing effects such as brightness. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> **Borderless button**
>
> One design that can be useful is a "borderless" button. Borderless buttons resemble basic buttons except that they have no borders or background but still change appearance during different states, such as when clicked.
>
> To create a borderless button, apply the borderlessButtonStyle (/reference/android/R.attr.html#borderlessButtonStyle) style to the button. For example:
>
> ```
> <Button
>     android:id="@+id/button_send"
>     android:layout_width="wrap_content"
>     android:layout_height="wrap_content"
>     android:text="@string/button_send"
>     android:onClick="sendMessage"
>     style="?android:attr/borderlessButtonStyle" />
> ```

> **Custom background**
>
> If you want to truly redefine the appearance of your button, you can specify a custom background. Instead of supplying a simple bitmap or color, however, your background should be a state list resource that changes appearance depending on the button's current state.

http://developer.android.com/guide/topics/ui/controls/button.html

Similarly, an image button can be created and the user, program, or system can create any image, including setting the border style, and the thickness, brightness, and dotted-ness of the image button/key.





**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Displays a button with an image (instead of text) that can be pressed or clicked by the user. By default, an ImageButton looks like a regular `Button` (/reference/android/widget/Button.html), with the standard button background that changes color during different button states. The image on the surface of the button is defined either by the `android:src` attribute in the XML element or by the `setImageResource(int)` (/reference/android/widget/ImageView.html#setImageResource(int)) method.

To remove the standard button background image, define your own background image or set the background color to be transparent.

http://developer.android.com/reference/android/widget/ImageButton.html

Also, any control can be made custom and designed as specifically and uniquely as the user, program, or system requires.



44

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



http://developer.android.com/reference/android/widget/package-summary.html

For example, the Motorola Moto X uses key representations that show a varying contrast by changing at least the brightness of the key representation during the phone setup. The brightness of the transparent key representation is lessened farther from the center of the key representation.

Motorola Moto X Phone Setup Screenshot



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 5.  The screen peripheral system of claim 1, wherein the representation of at least one key includes a representation of a full keyboard. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the representation of at least one key includes a representation of a full keyboard.<br><br>The Motorola Touchscreen Products functionality using the Android OS described in claim 1 can be applied to any input control, and the image of which can be altered to be any representation, including a full keyboard, such that the user can activate any alphanumeric key and use the same blending techniques to create a composite image of the key representation of a full keyboard and a main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | ## Buttons<br><br>A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.<br><br>Alarm    ⏰    ⏰ Alarm<br><br>http://developer.android.com/guide/topics/ui/controls/button.html<br><br>Using such techniques, a representation of a full keyboard can be made as part of a composite image: |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X PIN Unlock Screenshot.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Ex. 1, Moto X User Guide, 33.

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any



49

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | assertion that direct infringement of this claim is not present. |
|---|---|
| 7. The screen peripheral system of claim 1, wherein the computing device forms the composite image by merging the representation of at least one key with the main image. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the computing device forms the composite image by merging the representation of at least one key with the main image.<br><br>The blending functionality described in claim 1 also allows for merging of images using alpha channel data.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 8. The screen peripheral system of claim 7, wherein the computing device merges the representation of at least one key with the main image by using a bit-block-type transfer operation. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the computing device merges the representation of at least one key with the main image by using a bit-block-type transfer operation.<br><br>The blending functionality described in claim 1 can be described as a bit-block-type transfer operation as described in the patent where the algorithms provided by each Motorola Touchscreen Product through the OpenGL ES functionality provides an efficient method of performing logical combination of up to three sets of pixels on raster-based display devices such that the resulting pixels depend on and simultaneously represent both the main image and the key representation. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 9. The screen peripheral system of claim 8, wherein the bit-block-type transfer operation performs logical combinations of three sets of pixels:<br>(a) the pixels of the main image;<br>(b) the pixels of the representation of at least one key; and<br>(c) optionally, an image mask for controlling which pixels of the main image will be merged with which pixels of the representation of at least one key. | The Motorola Touchscreen Products each implement a system as set forth in claims 1 and 8, wherein the bit-block-type transfer operation performs logical combinations of three sets of pixels: (a) the pixels of the main image; (b) the pixels of the representation of at least one key; and (c) optionally, an image mask for controlling which pixels of the main image will be merged with which pixels of the representation of at least one key.<br><br>The blending functionality described in claims 1 and 8 can be described as a bit-block-type transfer operation as described in the patent where the pixels of the source (e.g. the key representation) and the pixels of the destination (e.g. the main image) are blended and merged, optionally using an image mask, such as an appropriate frame buffer or similar structure to hold the data for the composite image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Description

Pixels can be drawn using a function that blends the incoming (source) RGBA values with the RGBA values that are already in the frame buffer (the destination values). Blending is initially disabled. Use `glEnable` and `glDisable` with argument GL_BLEND to enable and disable blending.

`glBlendFunc` defines the operation of blending for all draw buffers when it is enabled. `glBlendFunci` defines the operation of blending for a single draw buffer specified by *buf* when enabled for that draw buffer. *sfactor* specifies which method is used to scale the source color components. *dfactor* specifies which method is used to scale the destination color components. Both parameters must be one of the following symbolic constants: GL_ZERO, GL_ONE, GL_SRC_COLOR, GL_ONE_MINUS_SRC_COLOR, GL_DST_COLOR, GL_ONE_MINUS_DST_COLOR, GL_SRC_ALPHA, GL_ONE_MINUS_SRC_ALPHA, GL_DST_ALPHA, GL_ONE_MINUS_DST_ALPHA, GL_CONSTANT_COLOR, GL_ONE_MINUS_CONSTANT_COLOR, GL_CONSTANT_ALPHA, GL_ONE_MINUS_CONSTANT_ALPHA, GL_SRC_ALPHA_SATURATE, GL_SRC1_COLOR, GL_ONE_MINUS_SRC1_COLOR, GL_SRC1_ALPHA, and GL_ONE_MINUS_SRC1_ALPHA. The possible methods are described in the following table. Each method defines four scale factors, one each for red, green, blue, and alpha. In the table and in subsequent equations, first source, second source and destination color components are referred to as $R s_0 G s_0 B s_0 A s_0$, $R s_1 G s_1 B s_1 A s_1$ and $R d G d B d A d$, respectively. The color specified by `glBlendColor` is referred to as $R c G c B c A c$. They are understood to have integer values between 0 and $k R k G k B k A$, where

$k c = 2 m c - 1$

and $m R m G m B m A$ is the number of red, green, blue, and alpha bitplanes.

Source and destination scale factors are referred to as $s R s G s B s A$ and $d R d G d B d A$. The scale factors described in the table, denoted $f R f G f B f A$, represent either source or destination factors. All scale factors have range $0 1$.

To determine the blended RGBA values of a pixel, the system uses the following equations:

$R d = \min k R R s s R + R d d R G d = \min k G G s s G + G d d G B d = \min k B B s s B + B d d B A d = \min k A A s s A + A d d A$

http://www.opengl.org/sdk/docs/man/xhtml/glBlendFunc.xml



52

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

### 4.1.7   Blending

Blending combines the incoming *source* fragment's R, G, B, and A values with the *destination* R, G, B, and A values stored in the framebuffer at the fragment's $(x_w, y_w)$ location.

Source and destination values are combined according to the *blend equation*, quadruplets of source and destination weighting factors determined by the *blend functions*, and a constant *blend color* to obtain a new set of R, G, B, and A values, as described below.

The components of the source and destination values and blend factors are clamped to $[0, 1]$ prior to evaluating the blend equation. The resulting four values are sent to the next operation.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Mode | RGB Components | Alpha Component |
|------|---------------|-----------------|
| FUNC_ADD | $R = R_s * S_r + R_d * D_r$<br>$G = G_s * S_g + G_d * D_g$<br>$B = B_s * S_b + B_d * D_b$ | $A = A_s * S_a + A_d * D_a$ |
| FUNC_SUBTRACT | $R = R_s * S_r - R_d * D_r$<br>$G = G_s * S_g - G_d * D_g$<br>$B = B_s * S_b - B_d * D_b$ | $A = A_s * S_a - A_d * D_a$ |
| FUNC_REVERSE_SUBTRACT | $R = R_d * D_r - R_s * S_r$<br>$G = G_d * D_g - G_s * S_g$<br>$B = B_d * D_b - B_s * S_b$ | $A = A_d * D_a - A_s * S_a$ |
| MIN | $R = \min(R_s, R_d)$<br>$G = \min(G_s, G_d)$<br>$B = \min(B_s, B_d)$ | $A = \min(A_s, A_d)$ |
| MAX | $R = \max(R_s, R_d)$<br>$G = \max(G_s, G_d)$<br>$B = \max(B_s, B_d)$ | $A = \max(A_s, A_d)$ |

Table 4.1: RGB and alpha blend equations.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Function | RGB Blend Factors $(S_r, S_g, S_b)$ or $(D_r, D_g, D_b)$ | Alpha Blend Factor $S_a$ or $D_a$ |
|---|---|---|
| ZERO | $(0, 0, 0)$ | $0$ |
| ONE | $(1, 1, 1)$ | $1$ |
| SRC_COLOR | $(R_s, G_s, B_s)$ | $A_s$ |
| ONE_MINUS_SRC_COLOR | $(1, 1, 1) - (R_s, G_s, B_s)$ | $1 - A_s$ |
| DST_COLOR | $(R_d, G_d, B_d)$ | $A_d$ |
| ONE_MINUS_DST_COLOR | $(1, 1, 1) - (R_d, G_d, B_d)$ | $1 - A_d$ |
| SRC_ALPHA | $(A_s, A_s, A_s)$ | $A_s$ |
| ONE_MINUS_SRC_ALPHA | $(1, 1, 1) - (A_s, A_s, A_s)$ | $1 - A_s$ |
| DST_ALPHA | $(A_d, A_d, A_d)$ | $A_d$ |
| ONE_MINUS_DST_ALPHA | $(1, 1, 1) - (A_d, A_d, A_d)$ | $1 - A_d$ |
| CONSTANT_COLOR | $(R_c, G_c, B_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_COLOR | $(1, 1, 1) - (R_c, G_c, B_c)$ | $1 - A_c$ |
| CONSTANT_ALPHA | $(A_c, A_c, A_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_ALPHA | $(1, 1, 1) - (A_c, A_c, A_c)$ | $1 - A_c$ |
| SRC_ALPHA_SATURATE | $(f, f, f)^1$ | $1$ |

Table 4.2: RGB and ALPHA source and destination blending functions and the corresponding blend factors. Addition and subtraction of triplets is performed component-wise.

[1] $f = \min(A_s, 1 - A_d)$.

Ex. 2, *OpenGL ES 3.0.2 Specifications, Section 4.1.7, pp. 174-178 (April 8, 2013)*

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 10. The screen peripheral system of claim 1, wherein each pixel of the touch-activated input device is contributed 100% by either the pixels of the main image or the pixels of the representation of the at least one key to form the composite image. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein each pixel of the touch-activated input device is contributed 100% by either the pixels of the main image or the pixels of the representation of the at least one key to form the composite image.<br><br>The blending functionality described in claim 1 can operate by taking data from the pixels of the source (e.g. the key representation) and the pixels of the destination (e.g. the main image) only such that 100% of the appropriate composite image data is from either the destination or the source.  For example, the OpenGL ES functions used by the Motorola Touchscreen Products allow for a combination of alpha channel information such that the blending is the combination of the [alpha value] of the destination plus [1 – the alpha value] of the source.  Thus, if the alpha value is 70%, then the composite image 70% of the destination and (1-70%) or 30% of the source.  This example uses parameters SRC_ALPHA and ONE_MINUS_SOURCE_ALPHA to create the blend factor and the FUNC_ADD mode. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

### 4.1.7 Blending

Blending combines the incoming *source* fragment's R, G, B, and A values with the *destination* R, G, B, and A values stored in the framebuffer at the fragment's $(x_w, y_w)$ location.

Source and destination values are combined according to the *blend equation*, quadruplets of source and destination weighting factors determined by the *blend functions*, and a constant *blend color* to obtain a new set of R, G, B, and A values, as described below.

The components of the source and destination values and blend factors are clamped to $[0, 1]$ prior to evaluating the blend equation. The resulting four values are sent to the next operation.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Mode | RGB Components | Alpha Component |
|---|---|---|
| FUNC_ADD | $R = R_s * S_r + R_d * D_r$ <br> $G = G_s * S_g + G_d * D_g$ <br> $B = B_s * S_b + B_d * D_b$ | $A = A_s * S_a + A_d * D_a$ |
| FUNC_SUBTRACT | $R = R_s * S_r - R_d * D_r$ <br> $G = G_s * S_g - G_d * D_g$ <br> $B = B_s * S_b - B_d * D_b$ | $A = A_s * S_a - A_d * D_a$ |
| FUNC_REVERSE_SUBTRACT | $R = R_d * D_r - R_s * S_r$ <br> $G = G_d * D_g - G_s * S_g$ <br> $B = B_d * D_b - B_s * S_b$ | $A = A_d * D_a - A_s * S_a$ |
| MIN | $R = \min(R_s, R_d)$ <br> $G = \min(G_s, G_d)$ <br> $B = \min(B_s, B_d)$ | $A = \min(A_s, A_d)$ |
| MAX | $R = \max(R_s, R_d)$ <br> $G = \max(G_s, G_d)$ <br> $B = \max(B_s, B_d)$ | $A = \max(A_s, A_d)$ |

Table 4.1: RGB and alpha blend equations.



58

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Function | RGB Blend Factors $(S_r, S_g, S_b)$ or $(D_r, D_g, D_b)$ | Alpha Blend Factor $S_a$ or $D_a$ |
|---|---|---|
| ZERO | $(0, 0, 0)$ | $0$ |
| ONE | $(1, 1, 1)$ | $1$ |
| SRC_COLOR | $(R_s, G_s, B_s)$ | $A_s$ |
| ONE_MINUS_SRC_COLOR | $(1, 1, 1) - (R_s, G_s, B_s)$ | $1 - A_s$ |
| DST_COLOR | $(R_d, G_d, B_d)$ | $A_d$ |
| ONE_MINUS_DST_COLOR | $(1, 1, 1) - (R_d, G_d, B_d)$ | $1 - A_d$ |
| SRC_ALPHA | $(A_s, A_s, A_s)$ | $A_s$ |
| ONE_MINUS_SRC_ALPHA | $(1, 1, 1) - (A_s, A_s, A_s)$ | $1 - A_s$ |
| DST_ALPHA | $(A_d, A_d, A_d)$ | $A_d$ |
| ONE_MINUS_DST_ALPHA | $(1, 1, 1) - (A_d, A_d, A_d)$ | $1 - A_d$ |
| CONSTANT_COLOR | $(R_c, G_c, B_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_COLOR | $(1, 1, 1) - (R_c, G_c, B_c)$ | $1 - A_c$ |
| CONSTANT_ALPHA | $(A_c, A_c, A_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_ALPHA | $(1, 1, 1) - (A_c, A_c, A_c)$ | $1 - A_c$ |
| SRC_ALPHA_SATURATE | $(f, f, f)^1$ | $1$ |

Table 4.2: RGB and ALPHA source and destination blending functions and the corresponding blend factors. Addition and subtraction of triplets is performed component-wise.
[1] $f = \min(A_s, 1 - A_d)$.

Ex. 2, *OpenGL ES 3.0.2 Specifications, Section 4.1.7, pp. 174-178 (April 8, 2013)*

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation,



59

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 12. The screen peripheral system of claim 1, wherein the composite image includes a blended shadow of the representation of at least one key and the main image, or a clear space around a blended area to highlight the area of blending. | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the composite image includes a blended shadow of the representation of at least one key and the main image, or a clear space around a blended area to highlight the area of blending.<br><br>The blending and transparency functionalities described in claim 1 are variably controlled such that the transparency can be set to any floating-point decimal number between 0 and 1 or integers between 0 and 255.  This enables the transparency control to be set or altered to many, many different values to create an appearance of a blending shadow or a clear space around a blended area to highlight the area of blending.<br><br>The Motorola Touchscreen Products functionality using the Android OS described in claim 1 can be applied to any input control, and the image of which can be altered to be any representation, including a variety of visual effects.<br><br>**ImageButton**<br>extends ImageView |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Displays a button with an image (instead of text) that can be pressed or clicked by the user. By default, an ImageButton looks like a regular `Button` `(/reference/android/widget/Button.html)`, with the standard button background that changes color during different button states. The image on the surface of the button is defined either by the `android:src` attribute in the XML element or by the `setImageResource(int)` `(/reference/android/widget/ImageView.html#setImageResource(int))` method.

To remove the standard button background image, define your own background image or set the background color to be transparent.

http://developer.android.com/reference/android/widget/ImageButton.html

### Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.



61

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

**android:background**

A drawable to use as the background. This can be either a reference to a full drawable resource (such as a PNG image, 9-patch, XML state list description, etc), or a solid color such as "#ff000000" (black).

May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".

This corresponds to the global attribute resource symbol background (/reference/android/R.attr.html#background).

**Related Methods**
setBackgroundResource(int)

http://developer.android.com/reference/android/view/View.html

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.

# Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html). To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you can use to construct your UI.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.
>
> Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

> ## Fully Customized Components
>
> Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.
>
> Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).

http://developer.android.com/guide/topics/ui/custom-components.html

For example, the Motorola Moto X shows blended shadows during the phone setup.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 13. The screen peripheral system of claim 12, wherein the computing device controls the lightness/darkness of the blended shadow by controlling the blending of pixels of the at least one key representation and the main image. | The Motorola Touchscreen Products each implement a system as set forth in claim 12, wherein the computing device controls the lightness/darkness of the blended shadow by controlling the blending of pixels of the at least one key representation and the main image.<br><br>The blending and transparency functionalities described in claim 12 allow for creation of different lighting and darkness effects by controlling the blending of pixels of the key representation and the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | 

Motorola Moto X Phone Setup Screenshot

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 14.  The screen peripheral system of claim 1, wherein the computing device executes a | The Motorola Touchscreen Products each implement a system as set forth in claim 1, wherein the computing device forms the composite image by merging the representation of at least one key with the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| software application, the main image being an output image produced by the software application executed by the computing device. | All Android OS versions above 3.0 are hardware accelerated, whereby graphical operations are run through the computing means, such as the Motorola Touchscreen Product's graphical processing unit, and associated hardware and software. |

All Android OS versions above 3.0 are hardware accelerated, whereby graphical operations are run through the computing means, such as the Motorola Touchscreen Product's graphical processing unit, and associated hardware and software.

# Hardware Acceleration

Beginning in Android 3.0 (API level 11), the Android 2D rendering pipeline supports hardware acceleration, meaning that all drawing operations that are performed on a `View` (/reference/android/view/View.html)'s canvas use the GPU.

http://developer.android.com/guide/topics/graphics/hardware-accel.html

For example, the Motorola Moto X runs Android OS 4.2.2 and its computing means includes an Adreno 320 graphics processor, along with other related hardware and software.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 19. A method of superimposing a representation of at least one key over a main image provided by a computing device, the method comprising: | Motorola makes and sells touchscreen cellular handsets and related devices that perform a method for displaying and generating composite images ("Motorola Touchscreen Products"[2]) through hardware and software.<br><br>The Motorola Touchscreen Products perform a method of superimposing a representation of at least one key over a main image provided by a computing device.   a touch-activated input device for generating and displaying composite images visible to a user, the touch-activated input device comprising a plurality of pixels.<br><br>For example, the Motorola Moto X is a computing device with an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor, along with other related hardware and software, to generate images.  In addition, the Motorola Moto X contains an AMOLED capacitive touchscreen that displays images through a plurality of pixels, and responds to user touch events.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Ex. _, Moto X User Guide, 16-23.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs on the Android 4.2.2 ("Jelly Bean") operating system, which enables the device to generate and display a composite |

[2] The Motorola Touchscreen Products include all Motorola phones sold, offered for sale, used and/or imported into the United States that include a touchscreen feature and run a version of the Android operating system such that it allows for generating main images, input controls such as button or keys, and a composite of both.  The Motorola Touchscreen Products include without limitation at least the Moto X, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handset currently under development that include a touchscreen feature that allows for generating and displaying composite images.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | image visible to a user of the screen peripheral system.<br><br>The Android OS is an open-source operating system that is based on Linux and uses a customized version of the Java programming language.  Documentation describing the functionality, use, and programming of Android OS is freely available on the Internet.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>The Motorola Touchscreen Products use the Android OS to generate and display images, keys, buttons, and other graphical input controls through at least the View, ViewGroup, animation, drawing, and other related classes.<br><br>**UI Overview**<br><br>All user interface elements in an Android app are built using View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) objects. A View (/reference/android/view/View.html) is an object that draws something on the screen that the user can interact with. A ViewGroup (/reference/android/view/ViewGroup.html) is an object that holds other View (/reference/android/view/View.html) (and ViewGroup (/reference/android/view/ViewGroup.html)) objects in order to define the layout of the interface.<br><br>Android provides a collection of both View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).<br><br>http://developer.android.com/guide/topics/ui/overview.html |
|---|---|



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The ViewGroup (/reference/android/view/ViewGroup.html) subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

### Developer Guides

For information about using this class to develop your application's user interface, read the User Interface (/guide/topics/ui/index.html) developer guide.

### Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | assertion that direct infringement of this claim is not present. |
|---|---|
| (a) using variable-pixel control to form a representation of at least one key, the representation of at least one key activating an input function, and to form the main image,<br><br>the variable-pixel control causing pixels selected to form the representation of at least one key to be activated simultaneously with pixels selected to form the main image; and | The Motorola Touchscreen Products use variable-pixel control to form the representation of at least one key and to form the main image, such that the representation of at least one key activates an input function.<br><br>The variable-pixel control causes pixels selected to form the representation of at least one key to be activated simultaneously with pixels selected to form the main image.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>The Motorola Touchscreen Products, including the Android OS, use variable-pixel control to form composite images at least through its animation and graphics capabilities by animating, drawing, and updating each pixel to form a composite image based on variable values, thereby allowing individual pixels to be dedicated simultaneously to both the main image and the representation of at least one key.  In addition, the one key or input control will activate an input function and can be activated simultaneously with pixels of the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animation and Graphics Overview

Android provides a variety of powerful APIs for applying animation to UI elements and drawing custom 2D and 3D graphics. The sections below provide an overview of the APIs and system capabilities available and help you decide with approach is best for your needs.

### Animation

The Android framework provides two animation systems: property animation (introduced in Android 3.0) and view animation. Both animation systems are viable options, but the property animation system, in general, is the preferred method to use, because it is more flexible and offers more features. In addition to these two systems, you can utilize Drawable animation, which allows you to load drawable resources and display them one frame after another.

Property Animation

    Introduced in Android 3.0 (API level 11), the property animation system lets you animate properties of any object, including ones that are not rendered to the screen. The system is extensible and lets you animate properties of custom types as well.

View Animation

    View Animation is the older system and can only be used for Views. It is relatively easy to setup and offers enough capabilities to meet many application's needs.

Drawable Animation

    Drawable animation involves displaying `Drawable` resources one after another, like a roll of film. This method of animation is useful if you want to animate things that are easier to represent with Drawable resources, such as a progression of bitmaps.

http://developer.android.com/guide/topics/graphics/overview.html

The Motorola Touchscreen Products, including the Android OS, provide for a View class, and related classes, such as SurfaceView, that allow the user, program, or system to generate images and animations.  In addition, View and similar other classes listen for events from the user, program, or system such that input controls can be activated and interacted with.  Thus, the View and similar other classes provide for drawing of objects as well as event handling.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## UI Overview

All user interface elements in an Android app are built using `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` objects. A `View (/reference/android/view/View.html)` is an object that draws something on the screen that the user can interact with. A `ViewGroup (/reference/android/view/ViewGroup.html)` is an object that holds other `View (/reference/android/view/View.html)` (and `ViewGroup (/reference/android/view/ViewGroup.html)`) objects in order to define the layout of the interface.

Android provides a collection of both `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The `ViewGroup (/reference/android/view/ViewGroup.html)` subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

**Developer Guides**

For information about using this class to develop your application's user interface, read the User Interface (/guide/topics/ui/index.html) developer guide.

**Using Views**

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

The Motorola Touchscreen Products use the Android OS to animate or draw images, input controls, and other objects to the touchscreen by continually drawing, refreshing, and updating the variable data associated with the particular pixels.  The animation functionality relies on a number of classes, such as ValueAnimator, ObjectAnimator, and AnimatorSet.



http://developer.android.com/guide/topics/graphics/prop-animation.html

The Property Animation can change individual pixel properties of the objects on the screen, such as their transparency, to generate and display a composite image on the screen.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animating Views

The property animation system allow streamlined animation of View objects and offers a few advantages over the view animation system. The view animation system transformed View objects by changing the way that they were drawn. This was handled in the container of each View, because the View itself had no properties to manipulate. This resulted in the View being animated, but caused no change in the View object itself. This led to behavior such as an object still existing in its original location, even though it was drawn on a different location on the screen. In Android 3.0, new properties and the corresponding getter and setter methods were added to eliminate this drawback.

The property animation system can animate Views on the screen by changing the actual properties in the View objects. In addition, Views also automatically call the `invalidate()` `(/reference/android/view/View.html#invalidate())` method to refresh the screen whenever its properties are changed. The new properties in the `View (/reference/android/view/View.html)` class that facilitate property animations are:

- `alpha`: Represents the alpha transparency on the View. This value is 1 (opaque) by default, with a value of 0 representing full transparency (not visible).

http://developer.android.com/guide/topics/graphics/prop-animation.html

One of the common user interface components is a button, which is a type of widget that acts as a key for the user to activate or press, to engage some functionality.  Like all input controls, the button or key inherits from the View class and therefore can be animated and drawn, with the properties of its pixels variably controlled by the user, program, or system.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | public class **Button** extends TextView     Summary: Inherited XML Attrs \| Inherited Constants \| Inherited Fields \| Ctors \| Methods \| Inherited Methods \| [Expand All]      Added in API level 1 <br><br> java.lang.Object<br> ↳ android.view.View<br>    ↳ android.widget.TextView<br>      ↳ android.widget.Button <br><br> ▶ Known Direct Subclasses<br> CompoundButton <br><br> ▶ Known Indirect Subclasses<br> CheckBox, RadioButton, Switch, ToggleButton <br><br> http://developer.android.com/reference/android/widget/Button.html <br><br> In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented. |



77

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html). To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you use to construct your UI.

If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.

Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

http://developer.android.com/guide/topics/ui/custom-components.html

Because a button (and other input controls) inherits from the View class, its style can be altered, and can be drawn or animated, for example using the Android Animation and Canvas functionality and associated classes and procedures, in whatever way the user, program, or system decides.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Button style

Every Button is styled using the system's default button background, which is often different from one device to another and from one version of the platform to another. If you're not satisfied with the default button style and want to customize it to match the design of your application, then you can replace the button's background image with a state list drawable (/guide/topics/resources/drawable-resource.html#StateList). A state list drawable is a drawable resource defined in XML that changes its image based on the current state of the button. Once you've defined a state list drawable in XML, you can apply it to your Button with the `android:background` (/reference/android/R.attr.html#background) attribute. For more information and an example, see State List Drawable (/guide/topics/resources/drawable-resource.html#StateList).

http://developer.android.com/reference/android/widget/Button.html

One customizable property is the button's transparency or opacity. Each pixel of the button/key representation can be blended with any image or images that occupy the same space on the touchscreen display, by controlling the alpha component of the button/key (or other input control). This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView, separately or together with other values. For example, the alpha channel value can be separately set to better allow the computing device and corresponding hardware and software to provide transparent blending and merging.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

public void setAlpha (float alpha)                                    Added in API level 11

Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

android:alpha

alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

public static final int **LayerDrawable_opacity**

Indicates the opacity of the layer. This can be useful to allow the system to enable drawing optimizations. The default value is translucent.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| opaque | -1 | Indicates that the layer is opaque and contains no transparent nor translucent pixels. |
| transparent | -2 | The layer is completely transparent (no pixel will be drawn.) |
| translucent | -3 | The layer has translucent pixels. |

This corresponds to the global attribute resource symbol opacity.

Constant Value: 0 (0x00000000)

http://developer.android.com/reference/android/R.styleable.html

This variable pixel control causes some or all pixels of the button/key representation (or other input control) to depend on and be activated simultaneously with pixels selected to form underlying the main image, such that the main image and the representation of at least one key are displayed simultaneously to form the composite image.

The View and other similar classes will continue to monitor and listen for events that activate the input zone.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Represents a push-button widget. Push-buttons can be pressed, or clicked, by the user to perform an action.

http://developer.android.com/reference/android/widget/Button.html

## Event Listeners

An event listener is an interface in the View (/reference/android/view/View.html) class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.

http://developer.android.com/guide/topics/ui/ui-events.html

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other



82

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| (b) generating and displaying a composite image visible to a user of the screen peripheral system,<br><br>the composite image simultaneously including<br><br>the representation of at least one key and the main image produced by the computing device,<br><br>the representation of at least one key being superimposed on the main image; | The Motorola Touchscreen Products use hardware and software to generate and display a composite image that is visible to the user of a screen peripheral system.  The composite image simultaneously includes a representation of at least one key and a main image provided by the computing device.  The key representation is superimposed over the main image.<br><br>The Motorola Touchscreen Products are screen peripheral systems with a peripheral interactive touchscreen and functionality to connect to peripheral devices.<br><br>Using the Motorola Moto X as an example, the Motorola Touchscreen Products have a separate interactive touchscreen from their processors and allows for connectivity to other devices through its Bluetooth 4.0 and microUSB 2.0 technologies.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>The Motorola Touchscreen Product uses a computing device to produce composite images.  For example, the Motorola Moto X contains an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor along with other related hardware and software that control the display output.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>This allows for providing main images, such as the default background image shown below: |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Ex. 1, Moto X User Guide, 2.

The Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs Android 4.2.2.

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

The Motorola Touchscreen Products use the Android OS and generates and displays images, animations, and responds to events through the touch-activated screen.  For example, the Motorola Touch Products use the Android OS and provide functionality for rendering images and input controls to the touch-activated screen.  This will allow for the rendering of a main image, such as a background or program image.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Canvas and Drawables

The Android framework APIs provides a set 2D drawing APIs that allow you to render your own custom graphics onto a canvas or to modify existing Views to customize their look and feel. When drawing 2D graphics, you'll typically do so in one of two ways:

a. Draw your graphics or animations into a View object from your layout. In this manner, the drawing of your graphics is handled by the system's normal View hierarchy drawing process — you simply define the graphics to go inside the View.

b. Draw your graphics directly to a Canvas. This way, you personally call the appropriate class's `onDraw()` method (passing it your Canvas), or one of the Canvas `draw...()` methods (like `drawPicture()`). In doing so, you are also in control of any animation.

http://developer.android.com/guide/topics/graphics/2d-graphics.html

In addition, the Motorola Touchscreen Products use the Android OS and allow for input controls, such as buttons or keys (which can be represented by text, icons, or images) that allow for activating an input function.  These button/keys can be drawn to the screen with a transparent or semi-transparent background, controlled by the user, program, or system, and laid over the main image.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

# Input Controls

Input controls are the interactive components in your app's user interface. Android provides a wide variety of controls you can use in your UI, such as buttons, text fields, seek bars, checkboxes, zoom buttons, toggle buttons, and many more.

http://developer.android.com/guide/topics/ui/controls.html

# Buttons

A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.

 

http://developer.android.com/guide/topics/ui/controls/button.html



86

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.

## Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: `View` `(/reference/android/view/View.html)` and `ViewGroup` `(/reference/android/view/ViewGroup.html)`. To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you use to construct your UI.

If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.

Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Fully Customized Components

Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.

Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).

http://developer.android.com/guide/topics/ui/custom-components.html

Through Android OS functionality, the Motorola Touchscreen Products control the visual style of the button/key (or any other input control).  In this way, the background or color of the button/key can be made transparent such that it will be laid over the main image, the main image will be partially visible beneath the button/key and the screen will show a composite image of the two.

## Styling Your Button

The appearance of your button (background image and font) may vary from one device to another, because devices by different manufacturers often have different default styles for input controls.

You can control exactly how your controls are styled using a theme that you apply to your entire application. For instance, to ensure that all devices running Android 4.0 and higher use the Holo theme in your app, declare `android:theme="@android:style/Theme.Holo"` in your manifest's `<application>` element. Also read the blog post, Holo Everywhere (http://android-developers.blogspot.com/2012/01/holo-everywhere.html) for information about using the Holo theme while supporting older devices.

http://developer.android.com/guide/topics/ui/controls/button.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

The Motorola Touchscreen Products use the Android OS to provide pre-defined styles and themes, such as a theme for creating transparent backgrounds through at least the "Translucent theme."

## Styles and Themes

A style is a collection of properties that specify the look and format for a View (/reference/android/view/View.html) or window. A style can specify properties such as height, padding, font color, font size, background color, and much more. A style is defined in an XML resource that is separate from the XML that specifies the layout.

Just as Android provides other built-in resources, there are many pre-defined themes that you can use, to avoid writing them yourself. For example, you can use the Dialog theme and make your Activity appear like a dialog box:

```
<activity android:theme="@android:style/Theme.Dialog">
```

Or if you want the background to be transparent, use the Translucent theme:

```
<activity android:theme="@android:style/Theme.Translucent">
```

http://developer.android.com/guide/topics/ui/themes.html

For example, the alpha channel value can be separately set to better allow the computing



89

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

device and corresponding hardware and software to provide transparent blending and merging.

> **public void setAlpha (float alpha)**                    Added in API level 11
>
>   Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

> **android:alpha**
>
>   alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).
>
>   Must be a floating point value, such as "1.2".
>
>   This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.
>
>   This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

Through this and similar methods, the Motorola Touchscreen Products display and generate composite images.  For example, the Motorola Moto X generates and displays a composite image using the alphanumeric keys being laid over a background image:



90

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Moto X PIN Input Screenshot.

Also, the Motorola Moto X can display a composite image of transparent graphical button/keys in the camera application to allow for greater screen viewing and user control. The main image is a live view outputted by the front camera while the key representations are the numerous buttons to activate settings, change functionality, get help, etc.,:



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**





**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | Motorola Moto X, Camera Screenshot. |
|  | In addition, the Motorola Moto X can display a composite image of transparent graphical button/keys in the Google Maps application to allow for greater screen viewing and user control.  The main image is the current map view, while the live representations are the various buttons/keys that allow the user to select different program options or functionality: |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X, Google Maps Screenshot

Also, the Motorola Moto X can display a composite image of transparent buttons as shown in the Google Setup application.  The main image is the setup applications background image, while the key representations are the various "Get an account" and "Not now" buttons.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Google Account Setup Screenshot

These are only some examples of the many composite images provided by Motorola's Moto X that illustrate the Moto X displaying and generating a composite image with a main image (such as a background or program image) being drawn to the canvas, and a



95

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | button/key (or other input control), which activates an input function, being laid on top of the main image.  The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| wherein the variable-pixel control allows individual pixels to be dedicated simultaneously to both the main image and the representation of at least one key. | The Motorola Touchscreen Products have variable-pixel control that allows individual pixels to be dedicated simultaneously to both the main image and the representation of at least one key.<br><br>For example, the Motorola Touchscreen Products use the Android OS to implement variable-pixel control to form the display at least through its animation and graphics capabilities by animating, drawing, and updating each pixel to form a composite image based on variable values and inputs.  This can allow individual pixels to be dedicated simultaneously to both the main image and the representation of at least one key. |



96

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animation and Graphics Overview

Android provides a variety of powerful APIs for applying animation to UI elements and drawing custom 2D and 3D graphics. The sections below provide an overview of the APIs and system capabilities available and help you decide with approach is best for your needs.

### Animation

The Android framework provides two animation systems: property animation (introduced in Android 3.0) and view animation. Both animation systems are viable options, but the property animation system, in general, is the preferred method to use, because it is more flexible and offers more features. In addition to these two systems, you can utilize Drawable animation, which allows you to load drawable resources and display them one frame after another.

Property Animation
> Introduced in Android 3.0 (API level 11), the property animation system lets you animate properties of any object, including ones that are not rendered to the screen. The system is extensible and lets you animate properties of custom types as well.

View Animation
> View Animation is the older system and can only be used for Views. It is relatively easy to setup and offers enough capabilities to meet many application's needs.

Drawable Animation
> Drawable animation involves displaying `Drawable` resources one after another, like a roll of film. This method of animation is useful if you want to animate things that are easier to represent with Drawable resources, such as a progression of bitmaps.

http://developer.android.com/guide/topics/graphics/overview.html

The Motorola Touchscreen Products, including the Android OS, provide for a View class, and related classes, such as SurfaceView, animation, and drawing classes, that allow the user, program, or system to generate images and animations. In addition, View and similar other classes listen for events from the user, program, or system, such that input controls can be activated and interacted with. Thus, the View and similar other classes provide for drawing of objects as well as event handling.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## UI Overview

All user interface elements in an Android app are built using `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` objects. A `View (/reference/android/view/View.html)` is an object that draws something on the screen that the user can interact with. A `ViewGroup (/reference/android/view/ViewGroup.html)` is an object that holds other `View (/reference/android/view/View.html)` (and `ViewGroup (/reference/android/view/ViewGroup.html)`) objects in order to define the layout of the interface.

Android provides a collection of both `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The `ViewGroup (/reference/android/view/ViewGroup.html)` subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

**Developer Guides**

For information about using this class to develop your application's user interface, read the User Interface (/guide/topics/ui/index.html) developer guide.

**Using Views**

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

The Motorola Touchscreen Products use the Android OS to animate or draw images, input controls, and other objects to the touchscreen by continually drawing, refreshing, and updating the variable data associated with the particular pixels.  The animation functionality relies on a number of classes, such as ValueAnimator, ObjectAnimator, and AnimatorSet.



http://developer.android.com/guide/topics/graphics/prop-animation.html

The Property Animation can change individual pixel properties of the objects on the screen, such as their transparency, to generate and display a composite image on the screen.



99

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animating Views

The property animation system allow streamlined animation of View objects and offers a few advantages over the view animation system. The view animation system transformed View objects by changing the way that they were drawn. This was handled in the container of each View, because the View itself had no properties to manipulate. This resulted in the View being animated, but caused no change in the View object itself. This led to behavior such as an object still existing in its original location, even though it was drawn on a different location on the screen. In Android 3.0, new properties and the corresponding getter and setter methods were added to eliminate this drawback.

The property animation system can animate Views on the screen by changing the actual properties in the View objects. In addition, Views also automatically call the `invalidate()` `(/reference/android/view/View.html#invalidate())` method to refresh the screen whenever its properties are changed. The new properties in the `View (/reference/android/view/View.html)` class that facilitate property animations are:

- `alpha`: Represents the alpha transparency on the View. This value is 1 (opaque) by default, with a value of 0 representing full transparency (not visible).

http://developer.android.com/guide/topics/graphics/prop-animation.html

Similarly, the button/input zone transparency or opacity can be customized. Each pixel of the button/input zone representation can be blended with any image or images that occupy the same space on the display, by controlling the alpha component of the button/input zone or other input control.  This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView for example.

public void **setAlpha** (float alpha)                                    Added in API level 11

Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

http://developer.android.com/reference/android/view/View.html

> **android:alpha**
>
> alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).
>
> Must be a floating point value, such as "1.2".
>
> This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.
>
> This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

> **public static final int LayerDrawable_opacity**
>
> Indicates the opacity of the layer. This can be useful to allow the system to enable drawing optimizations. The default value is translucent.
>
> Must be one of the following constant values.
>
> | Constant | Value | Description |
> |---|---|---|
> | opaque | -1 | Indicates that the layer is opaque and contains no transparent nor translucent pixels. |
> | transparent | -2 | The layer is completely transparent (no pixel will be drawn.) |
> | translucent | -3 | The layer has translucent pixels. |
>
> This corresponds to the global attribute resource symbol opacity.
>
> Constant Value: 0 (0x00000000)

http://developer.android.com/reference/android/R.styleable.html



101

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

This means causes individual pixels of the button/input zone representation to depend on and be activated simultaneously with pixels selected to form the main image, such that the main image and the representation of at least one input zone are displayed simultaneously.

Irrespective of any controls transparency or visual style, the Motorola Touchscreen Products will use the Android OS to continue to monitor if there are any defined user events, such as a user clicking the button/input zone (or activating any other input control). The Motorola Touchscreen Products enable the button/input zone to trigger or activate an input function when the button/input zone is clicked or otherwise activated by a user, program, or the system, using the Android OS. This functionality will vary depending on the needs of the user, program, or system.

### Responding to Click Events

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick (/reference/android/R.attr.html#onClick)` attribute to the <Button> element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity (/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.

http://developer.android.com/guide/topics/ui/controls/button.html

### Event Listeners

An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | http://developer.android.com/guide/topics/ui/ui-events.html<br><br>This is one example of how the Motorola Touchscreen Products implement variable-pixel control that allows individual pixels to be dedicated simultaneously to both the main image and the representation of one key. The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 20. The method of claim 19, wherein the step of (b) includes the step of merging the representation of at least one key with the main image. | The Motorola Touchscreen Products each implement a system as set forth in claim 19, wherein the step of (b) includes the step of merging the representation of at least one key with the main image.<br><br>The blending functionality described in claim 19, step (b), also allows for merging of images.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | the same result. |
|---|---|
| 21. The method of claim 20, wherein said merging includes using a bit-block-type transfer operation. | The Motorola Touchscreen Products each implement a system as set forth in claims 19 and 20 wherein said merging includes using a bit-block-type transfer operation.<br><br>The merging functionality described in claim 20 can be described as a bit-block-type transfer operation as described in the patent where the algorithms provided by each Motorola Touchscreen Product through the OpenGL ES functionality provides an efficient method of performing logical combination of up to three sets of pixels on raster-based display devices such that the resulting pixels depend on and simultaneously represent both the main image and the key representation.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 22. The method of claim 21, wherein (b) further includes combining three sets of pixels: (aa) the pixels of the main image; (bb) the pixels of the representation of at least one key; and | The Motorola Touchscreen Products each implement a system as set forth in claims 19, 20, and 21, wherein claim 19, step (b), further includes combining three sets of pixels: (aa) the pixels of the main image; (bb) the pixels of the representation of at least one key; and (cc) optionally, an image mask for controlling which pixels of the main image will be merged with which pixels of the representation of at least one key.<br><br>The blending functionality described in claims 19, 20, and 21 can be described as a bit- |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| (cc) optionally, an image mask for controlling which pixels of the main image will be merged with which pixels of the representation of at least one key. | block-type transfer operation as described in the patent where the pixels of the source (e.g. the key representation) and the pixels of the destination (e.g. the main image) are blended or merged, optionally using an image mask, such as an appropriate frame buffer or similar structure to hold the data for the composite image. |

## Description

Pixels can be drawn using a function that blends the incoming (source) RGBA values with the RGBA values that are already in the frame buffer (the destination values). Blending is initially disabled. Use glEnable and glDisable with argument GL_BLEND to enable and disable blending.

glBlendFunc defines the operation of blending for all draw buffers when it is enabled. glBlendFunci defines the operation of blending for a single draw buffer specified by *buf* when enabled for that draw buffer. *sfactor* specifies which method is used to scale the source color components. *dfactor* specifies which method is used to scale the destination color components. Both parameters must be one of the following symbolic constants: GL_ZERO, GL_ONE, GL_SRC_COLOR, GL_ONE_MINUS_SRC_COLOR, GL_DST_COLOR, GL_ONE_MINUS_DST_COLOR, GL_SRC_ALPHA, GL_ONE_MINUS_SRC_ALPHA, GL_DST_ALPHA, GL_ONE_MINUS_DST_ALPHA, GL_CONSTANT_COLOR, GL_ONE_MINUS_CONSTANT_COLOR, GL_CONSTANT_ALPHA, GL_ONE_MINUS_CONSTANT_ALPHA, GL_SRC_ALPHA_SATURATE, GL_SRC1_COLOR, GL_ONE_MINUS_SRC1_COLOR, GL_SRC1_ALPHA, and GL_ONE_MINUS_SRC1_ALPHA. The possible methods are described in the following table. Each method defines four scale factors, one each for red, green, blue, and alpha. In the table and in subsequent equations, first source, second source and destination color components are referred to as R s0 G s0 B s0 A s0 , R s1 G s1 B s1 A s1 and R d G d B d A d , respectively. The color specified by glBlendColor is referred to as R c G c B c A c . They are understood to have integer values between 0 and k R k G k B k A , where

k c = 2 m c - 1

and m R m G m B m A is the number of red, green, blue, and alpha bitplanes.

Source and destination scale factors are referred to as s R s G s B s A and d R d G d B d A . The scale factors described in the table, denoted f R f G f B f A , represent either source or destination factors. All scale factors have range 0 1 .

To determine the blended RGBA values of a pixel, the system uses the following equations:

R d = min k R R s s R + R d d R G d = min k G G s s G + G d d G B d = min k B B s s B + B d d B A d = min k A A s s A + A d d A



http://www.opengl.org/sdk/docs/man/xhtml/glBlendFunc.xml

### 4.1.7   Blending

Blending combines the incoming *source* fragment's R, G, B, and A values with the *destination* R, G, B, and A values stored in the framebuffer at the fragment's $(x_w, y_w)$ location.

Source and destination values are combined according to the *blend equation*, quadruplets of source and destination weighting factors determined by the *blend functions*, and a constant *blend color* to obtain a new set of R, G, B, and A values, as described below.

The components of the source and destination values and blend factors are clamped to $[0, 1]$ prior to evaluating the blend equation. The resulting four values are sent to the next operation.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Mode | RGB Components | Alpha Component |
|---|---|---|
| FUNC_ADD | $R = R_s * S_r + R_d * D_r$<br>$G = G_s * S_g + G_d * D_g$<br>$B = B_s * S_b + B_d * D_b$ | $A = A_s * S_a + A_d * D_a$ |
| FUNC_SUBTRACT | $R = R_s * S_r - R_d * D_r$<br>$G = G_s * S_g - G_d * D_g$<br>$B = B_s * S_b - B_d * D_b$ | $A = A_s * S_a - A_d * D_a$ |
| FUNC_REVERSE_SUBTRACT | $R = R_d * D_r - R_s * S_r$<br>$G = G_d * D_g - G_s * S_g$<br>$B = B_d * D_b - B_s * S_b$ | $A = A_d * D_a - A_s * S_a$ |
| MIN | $R = \min(R_s, R_d)$<br>$G = \min(G_s, G_d)$<br>$B = \min(B_s, B_d)$ | $A = \min(A_s, A_d)$ |
| MAX | $R = \max(R_s, R_d)$<br>$G = \max(G_s, G_d)$<br>$B = \max(B_s, B_d)$ | $A = \max(A_s, A_d)$ |

Table 4.1: RGB and alpha blend equations.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| Function | RGB Blend Factors $(S_r, S_g, S_b)$ or $(D_r, D_g, D_b)$ | Alpha Blend Factor $S_a$ or $D_a$ |
|---|---|---|
| ZERO | $(0, 0, 0)$ | $0$ |
| ONE | $(1, 1, 1)$ | $1$ |
| SRC_COLOR | $(R_s, G_s, B_s)$ | $A_s$ |
| ONE_MINUS_SRC_COLOR | $(1, 1, 1) - (R_s, G_s, B_s)$ | $1 - A_s$ |
| DST_COLOR | $(R_d, G_d, B_d)$ | $A_d$ |
| ONE_MINUS_DST_COLOR | $(1, 1, 1) - (R_d, G_d, B_d)$ | $1 - A_d$ |
| SRC_ALPHA | $(A_s, A_s, A_s)$ | $A_s$ |
| ONE_MINUS_SRC_ALPHA | $(1, 1, 1) - (A_s, A_s, A_s)$ | $1 - A_s$ |
| DST_ALPHA | $(A_d, A_d, A_d)$ | $A_d$ |
| ONE_MINUS_DST_ALPHA | $(1, 1, 1) - (A_d, A_d, A_d)$ | $1 - A_d$ |
| CONSTANT_COLOR | $(R_c, G_c, B_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_COLOR | $(1, 1, 1) - (R_c, G_c, B_c)$ | $1 - A_c$ |
| CONSTANT_ALPHA | $(A_c, A_c, A_c)$ | $A_c$ |
| ONE_MINUS_CONSTANT_ALPHA | $(1, 1, 1) - (A_c, A_c, A_c)$ | $1 - A_c$ |
| SRC_ALPHA_SATURATE | $(f, f, f)^1$ | $1$ |

Table 4.2: RGB and ALPHA source and destination blending functions and the corresponding blend factors. Addition and subtraction of triplets is performed component-wise.
[1] $f = \min(A_s, 1 - A_d)$.

Ex. 2, *OpenGL ES 3.0.2 Specifications, Section 4.1.7, pp. 174-178 (April 8, 2013)*

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | the same result. |
|---|---|
| | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 24. The method of claim 19, wherein the composite image includes a blended shadow of the representation of at least one key and the main image. | The Motorola Touchscreen Products each implement a system as set forth in claim 19, wherein the composite image includes a blended shadow of the representation of at least one key and the main image.<br><br>The blending, merging, and transparency functionalities described in claim 19 are variably controlled such that the transparency can be set to any floating-point decimal number between 0 and 1 or integers between 0 and 255. This enables the transparency control to be set or altered to many, many different values to create an appearance of a blending shadow.<br><br>The Motorola Touchscreen Products functionality using the Android OS described in claim 19 can be applied to any input control, and the image of which can be altered to be any representation and used to create a variety of effects.<br><br>ImageButton<br>extends ImageView |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Displays a button with an image (instead of text) that can be pressed or clicked by the user. By default, an ImageButton looks like a regular `Button (/reference/android/widget/Button.html)`, with the standard button background that changes color during different button states. The image on the surface of the button is defined either by the `android:src` attribute in the XML element or by the `setImageResource(int) (/reference/android/widget/ImageView.html#setImageResource(int))` method.

To remove the standard button background image, define your own background image or set the background color to be transparent.

http://developer.android.com/reference/android/widget/ImageButton.html

**Using Views**

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

**android:background**

A drawable to use as the background. This can be either a reference to a full drawable resource (such as a PNG image, 9-patch, XML state list description, etc), or a solid color such as "#ff000000" (black).

May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".

This corresponds to the global attribute resource symbol background (/reference/android/R.attr.html#background).

**Related Methods**
setBackgroundResource(int)

http://developer.android.com/reference/android/view/View.html

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.

# Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html). To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you can use to construct your UI.



111

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.
>
> Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

> ### Fully Customized Components
>
> Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.
>
> Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).

http://developer.android.com/guide/topics/ui/custom-components.html

For example, the Motorola Moto X shows blended shadows during the phone setup.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different



114

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 25. The method of claim 24, wherein (b) includes controlling the lightness/darkness of the blended shadow by controlling the blending of pixels of the at least one key representation and the main image. | The Motorola Touchscreen Products each implement a system as set forth in claim 24, wherein claim 19, step b, includes controlling the lightness/darkness of the blended shadow by controlling the blending of pixels of the at least one key representation and the main image.<br><br>The blending and transparency functionalities described in claim 24 allow for creation of different lighting and darkness effects by controlling the blending of pixels of the key representation and the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 26. A screen peripheral system, comprising: | Motorola makes and sells touchscreen cellular handsets and related devices that display and generate composite images ("Motorola Touchscreen Products"[3]) through hardware and software.  The Motorola Touchscreen Products are screen peripheral systems with a peripheral interactive touchscreen and functionality to connect to peripheral devices.  To the extent this preamble is found to be a limitation, the Motorola Touchscreen Products each implement a system as set forth in the claim limitations below.<br><br>Using the Motorola Moto X as an example, the Motorola Touchscreen Products have a separate interactive touchscreen from their processors and allows for connectivity to other devices through its Bluetooth 4.0 and microUSB 2.0 technologies.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any |

---

[3] The Motorola Touchscreen Products include all Motorola phones sold, offered for sale, used and/or imported into the United States that include a touchscreen feature and run a version of the Android operating system such that it allows for generating main images, input controls such as button or keys, and a composite of both.  The Motorola Touchscreen Products include without limitation at least the Moto X, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handset currently under development that include a touchscreen feature that allows for generating and displaying composite images.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | assertion that direct infringement of this claim is not present. |
|---|---|
| means for computing, the means for computing providing a main image; | The Motorola Touchscreen Products has the claimed means for computing, that uses a processor, graphics processor, or combination, for providing a main image, along with related hardware and software.<br><br>For example, the Motorola Moto X contains an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor along with other related hardware and software that control the display output.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>This allows for providing main images, such as the default background image shown below:<br><br> |

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | Ex. 1, Moto X User Guide, 2.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for displaying a composite image visible to a user of the screen peripheral system, the means for displaying also being for input to the means for computing, wherein the means for displaying comprises a plurality of pixels, | The Motorola Touchscreen Products have the claimed means for displaying a composite image visible to a user of the screen peripheral system, the means for displaying also being for input to the computing means, and the means for display comprises a plurality of pixels.<br><br>For example, the Motorola Moto X has an X8 Mobile Computing System with a Qualcomm Snapdragon S4 Pro processor chip and an Adreno 320 graphics processor, along with other related hardware and software, to generate images.  In addition, the Motorola Moto X contains an AMOLED capacitive touchscreen that displays images through a plurality of pixels, and responds to user touch events.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Ex. _, Moto X User Guide, 16-23.<br><br>The Motorola Moto X AMOLED touch-activated display comprises a plurality of pixels; particularly, it displays 720 x 1280 pixels, with approximately 312 ppi pixel density.  It responds to a variety of user touch events through the display. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Moto X User Guide, p. 9.

All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs on the Android 4.2.2 ("Jelly Bean") operating system, which enables the device to generate and display a composite image visible to a user of the screen peripheral system.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

The Android OS is an open-source operating system that is based on Linux and uses a customized version of the Java programming language.  Documentation describing the functionality, use, and programming of Android OS is freely available on the Internet.

The Motorola Touchscreen Products use the Android OS to generate and display images, keys, buttons, and other graphical input controls through at least the View, ViewGroup, animation, drawing, and other related classes.

## UI Overview

All user interface elements in an Android app are built using `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` objects. A `View (/reference/android/view/View.html)` is an object that draws something on the screen that the user can interact with. A `ViewGroup (/reference/android/view/ViewGroup.html)` is an object that holds other `View (/reference/android/view/View.html)` (and `ViewGroup (/reference/android/view/ViewGroup.html)`) objects in order to define the layout of the interface.

Android provides a collection of both `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)` subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html



121

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The `ViewGroup` `(/reference/android/view/ViewGroup.html)` subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

## Developer Guides

For information about using this class to develop your application's user interface, read the User Interface `(/guide/topics/ui/index.html)` developer guide.

## Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html

The Motorola Touchscreen Products use the Android OS to include means for input objects, such as buttons or input zones, to activate an input function when the button/input zone is clicked or otherwise activated by a user, program, or the system. Thus, the means for displaying the composite image are also means for input to the computing means.

## Responding to Click Events

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick` `(/reference/android/R.attr.html#onClick)` attribute to the `<Button>` element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity` `(/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | http://developer.android.com/guide/topics/ui/controls/button.html |
| | **Event Listeners**<br><br>An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI. |
| | http://developer.android.com/guide/topics/ui/ui-events.html |
| | The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs. |
| | In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
| | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| the composite image simultaneously including:<br><br>a representation of at least one input zone, the representation | The Motorola Touchscreen Products use hardware and software to form a composite image that simultaneously includes a representation of at least one input zone, which activates an input function, and a main image provided by the means for computing. The input zone representation and associated input zone is laid over the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| of at least one input zone activating an input function; and<br><br>the main image provided by the means for computing, the representation of at least one input zone being laid over the main image; | The Motorola Touchscreen Products use the Android OS and generates and displays images, animations, and responds to events through the touch-activated screen. For example, the Motorola Touch Products use the Android OS and provide functionality for rendering images and input controls to the touch-activated screen. This will allow for the rendering of a main image, such as a background or program image.<br><br>**Canvas and Drawables**<br><br>The Android framework APIs provides a set 2D drawing APIs that allow you to render your own custom graphics onto a canvas or to modify existing Views to customize their look and feel. When drawing 2D graphics, you'll typically do so in one of two ways:<br><br>a. Draw your graphics or animations into a View object from your layout. In this manner, the drawing of your graphics is handled by the system's normal View hierarchy drawing process — you simply define the graphics to go inside the View.<br>b. Draw your graphics directly to a Canvas. This way, you personally call the appropriate class's `onDraw()` method (passing it your Canvas), or one of the Canvas `draw...()` methods (like `drawPicture()`). In doing so, you are also in control of any animation.<br><br>http://developer.android.com/guide/topics/graphics/2d-graphics.html<br><br>In addition, the Motorola Touchscreen Products use the Android OS and allow for input |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | controls, such as buttons or keys (which can be represented by text, icons, or images) that wait for user input and thus constitute an input zone.  These controls allow for activating an input function.  These buttons/input zones can be drawn to the screen with a transparent or semi-transparent background, controlled by the user, program, or system, and laid over the main image.   The Motorola Touchscreen Products, using the Android OS, will monitor for user events such as when a user clicks or touches the input zone on the touchscreen display.<br><br>**Input Controls**<br><br>Input controls are the interactive components in your app's user interface. Android provides a wide variety of controls you can use in your UI, such as buttons, text fields, seek bars, checkboxes, zoom buttons, toggle buttons, and many more.<br><br>http://developer.android.com/guide/topics/ui/controls.html |
|---|---|



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

# Buttons

A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.

  

http://developer.android.com/guide/topics/ui/controls/button.html

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.



126

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html). To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you can use to construct your UI.

If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.

Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

### Fully Customized Components

Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.

Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | http://developer.android.com/guide/topics/ui/custom-components.html<br><br>Through Android OS functionality, the Motorola Touchscreen Products control the visual style of the input zone such as a button/key (or any other input control).  In this way, the background or color of the input zone can be made transparent such that it will be laid over the main image, the main image will be partially visible beneath the button/input zone and the screen will show a composite image of the two.<br><br>**Styling Your Button**<br><br>The appearance of your button (background image and font) may vary from one device to another, because devices by different manufacturers often have different default styles for input controls.<br><br>You can control exactly how your controls are styled using a theme that you apply to your entire application. For instance, to ensure that all devices running Android 4.0 and higher use the Holo theme in your app, declare `android:theme="@android:style/Theme.Holo"` in your manifest's `<application>` element. Also read the blog post, Holo Everywhere (http://android-developers.blogspot.com/2012/01/holo-everywhere.html) for information about using the Holo theme while supporting older devices.<br><br>http://developer.android.com/guide/topics/ui/controls/button.html<br><br>The Motorola Touchscreen Products use the Android OS to provide pre-defined styles and themes, such as a theme for creating transparent backgrounds through at least the "Translucent theme." |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Styles and Themes

A style is a collection of properties that specify the look and format for a `View (/reference/android/view/View.html)` or window. A style can specify properties such as height, padding, font color, font size, background color, and much more. A style is defined in an XML resource that is separate from the XML that specifies the layout.

Just as Android provides other built-in resources, there are many pre-defined themes that you can use, to avoid writing them yourself. For example, you can use the `Dialog` theme and make your Activity appear like a dialog box:

```
<activity android:theme="@android:style/Theme.Dialog">
```

Or if you want the background to be transparent, use the Translucent theme:

```
<activity android:theme="@android:style/Theme.Translucent">
```

http://developer.android.com/guide/topics/ui/themes.html

Irrespective of its visual style, the Motorola Touchscreen Products will use Android OS to continue to monitor if there are any defined user events, such as a user clicking the input zone (or activating any other input control). The Motorola Touchscreen Products, including the Android OS, enable the input zone to trigger or activate an input function when the input zone is clicked or otherwise activated by a user, program, or the system. This functionality will vary depending on the needs of the user, program, or system.



129

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

**Responding to Click Events**

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick (/reference/android/R.attr.html#onClick)` attribute to the `<Button>` element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity (/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.

http://developer.android.com/guide/topics/ui/controls/button.html

**Event Listeners**

An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.

http://developer.android.com/guide/topics/ui/ui-events.html

Through this and similar methods, the Motorola Touchscreen Products display and generate composite images.  For example, the Motorola Moto X generates and displays a composite image using the alphanumeric keys being laid over a background image:



130

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Moto X PIN Input Screenshot.

Also, the Motorola Moto X can display a composite image of transparent graphical button/keys in the camera application to allow for greater screen viewing and user control. The main image is a live view outputted by the front camera while the key representations are the numerous buttons to activate settings, change functionality, get help, etc.,:



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**





**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | Motorola Moto X, Camera Screenshots.<br><br>In addition, the Motorola Moto X can display a composite image of transparent graphical button/keys in the Google Maps application to allow for greater screen viewing and user control.  The main image is the current map view, while the live representations are the various buttons/keys that allow the user to select different program options or functionality: |
| --- | --- |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X, Google Maps Screenshot

Also, the Motorola Moto X can display a composite image of transparent buttons as shown in the Google Setup application.  The main image is the setup applications background image, while the key representations are the various "Get an account" and "Not now" buttons.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Google Account Setup Screenshot

These are only some examples of the many composite images provided by Motorola's Moto X that illustrate the Moto X displaying and generating a composite image with a main image (such as a background or program image) being drawn to the canvas, and a



135

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | button/key (or other input control), which activates an input function, being laid on top of the main image.  The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| wherein pixels selected to form the representation of at least one input zone are activated simultaneously with pixels selected to form the main image, such that the main image and the representation of at least one input zone are displayed simultaneously to form the composite image; | The Motorola Touchscreen Products implements the means wherein pixels selected to form the representation of at least one input zone are activated simultaneously with pixels selected to form the main image, such that the main image and the input zone representation are displayed simultaneously to form a composite image.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>The Motorola Touchscreen Products, including the Android OS, provide for a View class, and related classes, such as SurfaceView, that allow the user, program, or system to generate images and animations.  In addition, View and similar other classes listen for events from the user, program, or system such that input controls can be activated and |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

interacted with.  Thus, the View and similar other classes provide for drawing of objects as well as event handling.

## UI Overview

All user interface elements in an Android app are built using View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) objects. A View (/reference/android/view/View.html) is an object that draws something on the screen that the user can interact with. A ViewGroup (/reference/android/view/ViewGroup.html) is an object that holds other View (/reference/android/view/View.html) (and ViewGroup (/reference/android/view/ViewGroup.html) objects in order to define the layout of the interface.

Android provides a collection of both View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The `ViewGroup` `(/reference/android/view/ViewGroup.html)` subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

## Developer Guides

For information about using this class to develop your application's user interface, read the User Interface `(/guide/topics/ui/index.html)` developer guide.

## Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html

The Motorola Touchscreen Products use the Android OS to animate or draw images, input controls, and other objects to the touchscreen by continually drawing, refreshing, and updating the variable data associated with the particular pixels. The animation functionality relies on a number of classes, such as the View, Canvas, or Animator functions and the related classes and functions.

One of the common user interface components is a button, which is a type of widget that acts as an input zone as it awaits the user to activate or press, to engage some functionality. Like all input controls, the button or input zone inherits from the View class and therefore can be animated and drawn, with the properties of its pixels variably controlled by the user, program, or system.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  |  |
|---|---|
|  | public class          Summary: Inherited XML Attrs | Inherited Constants | **Button**        Inherited Fields | Ctors | Methods | Inherited Methods | extends TextView                           [Expand All]                                              **Added in API level 1**<br><br>java.lang.Object<br>   ↳ android.view.View<br>      ↳ android.widget.TextView<br>         ↳ android.widget.Button<br><br>▶ Known Direct Subclasses<br>   CompoundButton<br><br>▶ Known Indirect Subclasses<br>   CheckBox, RadioButton, Switch, ToggleButton<br><br>http://developer.android.com/reference/android/widget/Button.html<br><br>Because a button (and other input controls) inherits from the View class, its style can be altered, and can be drawn or animated, for example using the Android Animation and Canvas functionality and associated classes and procedures, in whatever way the user, program, or system decides. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

> ## Button style
>
> Every Button is styled using the system's default button background, which is often different from one device to another and from one version of the platform to another. If you're not satisfied with the default button style and want to customize it to match the design of your application, then you can replace the button's background image with a state list drawable (/guide/topics/resources/drawable-resource.html#StateList). A state list drawable is a drawable resource defined in XML that changes its image based on the current state of the button. Once you've defined a state list drawable in XML, you can apply it to your Button with the `android:background` `(/reference/android/R.attr.html#background)` attribute. For more information and an example, see State List Drawable (/guide/topics/resources/drawable-resource.html#StateList).

http://developer.android.com/reference/android/widget/Button.html

In addition to the predefined input controls, such as buttons, custom controls can be designed and implemented.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

# Custom Components

Android offers a sophisticated and powerful componentized model for building your UI, based on the fundamental layout classes: `View (/reference/android/view/View.html)` and `ViewGroup (/reference/android/view/ViewGroup.html)`. To start with, the platform includes a variety of prebuilt View and ViewGroup subclasses — called widgets and layouts, respectively — that you can use to construct your UI.

If none of the prebuilt widgets or layouts meets your needs, you can create your own View subclass. If you only need to make small adjustments to an existing widget or layout, you can simply subclass the widget or layout and override its methods.

Creating your own View subclasses gives you precise control over the appearance and function of a screen element. To give an idea of the control you get with custom views, here are some examples of what you could do

## Fully Customized Components

Fully customized components can be used to create graphical components that appear however you wish. Perhaps a graphical VU meter that looks like an old analog gauge, or a sing-a-long text view where a bouncing ball moves along the words so you can sing along with a karaoke machine. Either way, you want something that the built-in components just won't do, no matter how you combine them.

Fortunately, you can easily create components that look and behave in any way you like, limited perhaps only by your imagination, the size of the screen, and the available processing power (remember that ultimately your application might have to run on something with significantly less power than your desktop workstation).



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

http://developer.android.com/guide/topics/ui/custom-components.html

One customizable property is the button's transparency or opacity.  Each pixel of the button/input zone (or other input control) representation can be blended with any image or images that occupy the same space on the touchscreen display, by controlling the alpha component of the button/input zone. (or other input control).  This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView, separately or together with other values.

For example, the alpha channel value can be separately set to better allow the computing device and corresponding hardware and software to provide transparent blending and merging.

> **public void setAlpha (float alpha)**                          Added in API level 11
>
>    Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

> **android:alpha**
>
>    alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).
>
>    Must be a floating point value, such as "1.2".
>
>    This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.
>
>    This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

public static final int **LayerDrawable_opacity**

Indicates the opacity of the layer. This can be useful to allow the system to enable drawing optimizations. The default value is translucent.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| opaque | -1 | Indicates that the layer is opaque and contains no transparent nor translucent pixels. |
| transparent | -2 | The layer is completely transparent (no pixel will be drawn.) |
| translucent | -3 | The layer has translucent pixels. |

This corresponds to the global attribute resource symbol opacity.

Constant Value: 0 (0x00000000)

http://developer.android.com/reference/android/R.styleable.html

This causes some or all pixels selected to form the button/input zone representation to depend on and be activated simultaneously with pixels selected to form the underlying main image, such that the main image and the representation of at least one input-zone are displayed simultaneously to form the composite image.

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| further wherein individual pixels of the means for displaying can be dedicated simultaneously to both the main image and the representation of at least one input zone. | The Motorola Touchscreen Products have means wherein individual pixels of the display means can be dedicated simultaneously to both the main image and the representation of at least one input zone through hardware and software.<br><br>All Motorola Touchscreen Products operate a version of the Android Operating System ("Android OS").  For example, the Motorola Moto X runs Android 4.2.2.<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>For example, the Android has the means at least through its animation and graphics capabilities to display and simultaneously dedicate both the main image and the input zone representation by animating and drawing each pixel of both the main image and the input zone representation to form a composite image, thereby allowing individual pixels to be dedicated simultaneously to both the main image and the representation of at least one input zone.   In addition, the one input zone or input control will activate an input function and can be activated simultaneously with pixels of the main image. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animation and Graphics Overview

Android provides a variety of powerful APIs for applying animation to UI elements and drawing custom 2D and 3D graphics. The sections below provide an overview of the APIs and system capabilities available and help you decide with approach is best for your needs.

### Animation

The Android framework provides two animation systems: property animation (introduced in Android 3.0) and view animation. Both animation systems are viable options, but the property animation system, in general, is the preferred method to use, because it is more flexible and offers more features. In addition to these two systems, you can utilize Drawable animation, which allows you to load drawable resources and display them one frame after another.

Property Animation
  Introduced in Android 3.0 (API level 11), the property animation system lets you animate properties of any object, including ones that are not rendered to the screen. The system is extensible and lets you animate properties of custom types as well.
View Animation
  View Animation is the older system and can only be used for Views. It is relatively easy to setup and offers enough capabilities to meet many application's needs.
Drawable Animation
  Drawable animation involves displaying `Drawable` resources one after another, like a roll of film. This method of animation is useful if you want to animate things that are easier to represent with Drawable resources, such as a progression of bitmaps.

http://developer.android.com/guide/topics/graphics/overview.html

The Motorola Touchscreen Products, including the Android OS, provide for a View class, and related classes, such as SurfaceView, that allow the user, program, or system to generate images and animations. In addition, View and similar other classes listen for events from the user, program, or system such that input controls can be activated and interacted with. Thus, the View and similar other classes provide for drawing of objects as well as event handling.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## UI Overview

All user interface elements in an Android app are built using View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) objects. A View (/reference/android/view/View.html) is an object that draws something on the screen that the user can interact with. A ViewGroup (/reference/android/view/ViewGroup.html) is an object that holds other View (/reference/android/view/View.html) (and ViewGroup (/reference/android/view/ViewGroup.html)) objects in order to define the layout of the interface.

Android provides a collection of both View (/reference/android/view/View.html) and ViewGroup (/reference/android/view/ViewGroup.html) subclasses that offer you common input controls (such as buttons and text fields) and various layout models (such as a linear or relative layout).

http://developer.android.com/guide/topics/ui/overview.html

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The ViewGroup (/reference/android/view/ViewGroup.html) subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

### Developer Guides

For information about using this class to develop your application's user interface, read the User Interface (/guide/topics/ui/index.html) developer guide.

### Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

The Motorola Touchscreen Products use the Android OS to animate or draw images, input controls, and other objects to the touchscreen by continually drawing, refreshing, and updating the variable data associated with the particular pixels. The animation functionality relies on a number of classes, such as ValueAnimator, ObjectAnimator, and AnimatorSet, as well as the Canvas, View, and other related classes and functions.



http://developer.android.com/guide/topics/graphics/prop-animation.html

The Property Animation can change individual pixel properties of the objects on the screen, such as their transparency, to generate and display a composite image on the screen.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Animating Views

The property animation system allow streamlined animation of View objects and offers a few advantages over the view animation system. The view animation system transformed View objects by changing the way that they were drawn. This was handled in the container of each View, because the View itself had no properties to manipulate. This resulted in the View being animated, but caused no change in the View object itself. This led to behavior such as an object still existing in its original location, even though it was drawn on a different location on the screen. In Android 3.0, new properties and the corresponding getter and setter methods were added to eliminate this drawback.

The property animation system can animate Views on the screen by changing the actual properties in the View objects. In addition, Views also automatically call the `invalidate()` `(/reference/android/view/View.html#invalidate())` method to refresh the screen whenever its properties are changed. The new properties in the `View (/reference/android/view/View.html)` class that facilitate property animations are:

- `alpha`: Represents the alpha transparency on the View. This value is 1 (opaque) by default, with a value of 0 representing full transparency (not visible).

http://developer.android.com/guide/topics/graphics/prop-animation.html

Similarly, the button/input zone transparency or opacity can be customized. Each pixel of the button/input zone representation can be blended with any image or images that occupy the same space on the display, by controlling the alpha component of the button/input zone or other input control.  This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView for example.

**public void setAlpha (float alpha)**          Added in API level 11

Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

**android:alpha**

alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol alpha ./reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

**public static final int LayerDrawable_opacity**

Indicates the opacity of the layer. This can be useful to allow the system to enable drawing optimizations. The default value is translucent.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| opaque | -1 | Indicates that the layer is opaque and contains no transparent nor translucent pixels. |
| transparent | -2 | The layer is completely transparent (no pixel will be drawn.) |
| translucent | -3 | The layer has translucent pixels. |

This corresponds to the global attribute resource symbol opacity.

Constant Value: 0 (0x00000000)



149

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

http://developer.android.com/reference/android/R.styleable.html

This means causes individual pixels of the button/input zone representation to depend on and be activated simultaneously with pixels selected to form the main image, such that the main image and the representation of at least one input zone are displayed simultaneously.

Irrespective of any control's transparency or visual style, the Motorola Touchscreen Products use the Android OS to continue to monitor if there are any defined user events, such as a user clicking the button/input zone (or activating any other input control). The Motorola Touchscreen Products use the Android OS to enable the button/input zone to trigger or activate an input function when the button/input zone is clicked or otherwise activated by a user, program, or the system.  This functionality will vary depending on the needs of the user, program, or system.

## Responding to Click Events

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick (/reference/android/R.attr.html#onClick)` attribute to the <Button> element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity (/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.

http://developer.android.com/guide/topics/ui/controls/button.html



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | **Event Listeners**<br><br>An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.<br><br>http://developer.android.com/guide/topics/ui/ui-events.html<br><br>This is one example of how the Motorola Touchscreen Products has the means wherein individual pixels of the display means can be dedicated simultaneously to both the main image and the representation of at least one input zone. The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.<br><br>In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents. The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 27. The system of claim 26, wherein the representation of at least one input zone comprises at least one key of a keyboard. | The Motorola Touchscreen Products each implement a system as set forth in claim 26, wherein the representation of at least one input zone comprises at least one key of a keyboard. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | The Motorola Touchscreen Products functionality using the Android OS described in claim 1 can be applied to any input control, and the image of which can be altered to be any representation, including one key from a keyboard.<br><br>**Buttons**<br><br>A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.<br><br>Alarm   🕐   🕐 Alarm<br><br>http://developer.android.com/guide/topics/ui/controls/button.html<br><br>**ImageButton**<br>extends ImageView |



152

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## Class Overview

Displays a button with an image (instead of text) that can be pressed or clicked by the user. By default, an ImageButton looks like a regular `Button (/reference/android/widget/Button.html)`, with the standard button background that changes color during different button states. The image on the surface of the button is defined either by the `android:src` attribute in the XML element or by the `setImageResource(int) (/reference/android/widget/ImageView.html#setImageResource(int))` method.

To remove the standard button background image, define your own background image or set the background color to be transparent.

http://developer.android.com/reference/android/widget/ImageButton.html

**Using Views**

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files. There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | **android:background**<br><br>A drawable to use as the background. This can be either a reference to a full drawable resource (such as a PNG image, 9-patch, XML state list description, etc), or a solid color such as "#ff000000" (black).<br><br>May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".<br><br>May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".<br><br>This corresponds to the global attribute resource symbol background</br>(/reference/android/R.attr.html#background).<br><br>**Related Methods**<br>setBackgroundResource(int)<br><br>http://developer.android.com/reference/android/view/View.html<br><br>Using such techniques, a representation of a key from a keyboard can be made as part of a composite image: |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Moto X PIN Unlock Screen.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Ex. 1, Moto X User Guide, 33.

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | assertion that direct infringement of this claim is not present. |
|---|---|
| 28. The system of claim 26, wherein the representation of at least one input zone comprises a contact zone. | The Motorola Touchscreen Products each implement a system as set forth in claim 26, wherein the representation of at least one input zone comprises a contact zone.<br><br>The Motorola Touchscreen Products functionality using the Android OS described in claim 26 can be applied to any input control, which can be placed anywhere on the touchscreen display.  Additionally, the Android OS will monitor with event handling for user events within the area of the input control's parameters or some other specified region.<br><br>For example, the Motorola Moto X shows contact zones during the phone setup to alert the user as to how to use certain features, such viewing and arranging applications.<br><br><br>Motorola Moto X Phone Setup Screenshot |



157

**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Phone Setup Screenshot

These contact zones are based on the same functionality described for the button/input zones (or other input controls).  The control can be styled in any one of numerous ways using Android OS.  And irrespective of its visual style, the Motorola Touchscreen Products will use Android OS to continue to monitor if there are any defined user events, such as a user clicking the button/key/input zone (or activating any other input control).  The Motorola Touchscreen Products, including the Android OS, enable the



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

button/key/input zone to trigger or activate an input function when the button/key/input zone is clicked or otherwise activated by a user, program, or the system.  This functionality will vary depending on the needs of the user, program, or system.

## Responding to Click Events

When the user clicks a button, the `Button (/reference/android/widget/Button.html)` object receives an on-click event.

To define the click event handler for a button, add the `android:onClick (/reference/android/R.attr.html#onClick)` attribute to the `<Button>` element in your XML layout. The value for this attribute must be the name of the method you want to call in response to a click event. The `Activity (/reference/android/app/Activity.html)` hosting the layout must then implement the corresponding method.

http://developer.android.com/guide/topics/ui/controls/button.html

## Event Listeners

An event listener is an interface in the `View (/reference/android/view/View.html)` class that contains a single callback method. These methods will be called by the Android framework when the View to which the listener has been registered is triggered by user interaction with the item in the UI.

http://developer.android.com/guide/topics/ui/ui-events.html

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

|  | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 29. The system of claim 26, wherein the representation of at least one input zone comprises a button. | The Motorola Touchscreen Products each implement a system as set forth in claim 26, wherein the representation of at least one input zone comprises a button.<br><br>The Motorola Touchscreen Products functionality using the Android OS described in claim 26 can be applied to any input control, and the image of which can be altered to be any representation. The Motorola Touchscreen Products use the Android OS, which specifically allows for button input controls.<br><br>**Buttons**<br><br>A button consists of text or an icon (or both text and an icon) that communicates what action occurs when the user touches it.<br><br>Alarm ⏰ ⏰ Alarm<br><br>http://developer.android.com/guide/topics/ui/controls/button.html |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

## ImageButton
extends ImageView

## Class Overview

Displays a button with an image (instead of text) that can be pressed or clicked by the user. By default, an ImageButton looks like a regular Button (/reference/android/widget/Button.html), with the standard button background that changes color during different button states. The image on the surface of the button is defined either by the android:src attribute in the XML element or by the setImageResource(int) (/reference/android/widget/ImageView.html#setImageResource(int)) method.

To remove the standard button background image, define your own background image or set the background color to be transparent.

http://developer.android.com/reference/android/widget/ImageButton.html

One customizable property is the button's transparency or opacity.  Each pixel of the button representation can be blended with any image or images that occupy the same space on the touchscreen display, by controlling the alpha component of the button (or other input control).  This can be set, controlled, and modified at design or run time through a variety of different controls set through procedure calls that interact with a variety of classes, such as View or SurfaceView, separately or together with other values.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

For example, the alpha channel value can be separately set to better allow the computing device and corresponding hardware and software to provide transparent blending and merging.

> **public void setAlpha** (float alpha)                      Added in <u>API level 11</u>
>
> Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

http://developer.android.com/reference/android/view/View.html

> **android:alpha**
>
> alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).
>
> Must be a floating point value, such as "1.2".
>
> This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.
>
> This corresponds to the global attribute resource symbol alpha (/reference/android/R.attr.html#alpha).

http://developer.android.com/reference/android/view/View.html

For example, the Motorola Moto X can display a composite image of transparent buttons and a main image as shown in the Google Setup application.  The main image is the setup applications background image, while the key representations are the various "Get an account" and "Not now" buttons.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



Motorola Moto X Google Account Setup Screenshot

The Motorola Touchscreen Products can use Android OS to achieve this effect and implement this claim through various different classes, procedures, and programs.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation,



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 30. The system of claim 26, wherein the means for displaying a composite image comprises a touch screen. | The Motorola Touchscreen Products each implement a system as set forth in claim 26, wherein the means for displaying a composite image comprises a touch screen.<br><br>The Motorola Touchscreen Products each contain a display means comprising a touch screen.  For example, the Motorola Moto X has an AMOLED touch-activated display that responds to a variety of user touch events through the display. |



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**



http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html; Ex. 1, Moto X User Guide, 9.

In addition to the Motorola Touchscreen Products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Touchscreen Products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.



**Exhibit C (Claim Chart for U.S. Patent No. 6,121,960)**

| | |
|---|---|
| | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Touchscreen Products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| U.S. Patent No. 7,382,771 | (Motorola Handsets and Related Devices with Mobile Hotspot Feature) |
|---|---|
| 1. A mobile wireless hot spot system, comprising: | Motorola makes and sells 3G and 4G cellular handsets and related devices that include Mobile Wi-Fi hotspot feature (the "Motorola Mobile Hotspot products"[1]).  Motorola's Mobile Hotspot products provide a mobile hotspot system that allows short-range client devices to wirelessly connect to the Internet.<br><br>To the extent this preamble is found to be a limitation, the Motorola Mobile Hotspot products each perform a method as set forth in the claim elements below.<br><br>Using the Motorola Moto X as an example, the Motorola Mobile Hotspot Products include a long-range internet interface (e.g., a 3G or 4G cellular interface) and a short-range high-speed wireless access point (e.g., via Wi-Fi) that cooperate to provide a mobile wireless hotspot system. |

---

[1] The Motorola Mobile Hotspot products include all Motorola phones sold, offered for sale, used and/or imported into the United States that include a Mobile Hotspot feature that provides Internet service from a 3G or 4G connection to client devices over a Wi-Fi connection.  The Motorola Mobile Hotspot products include, but are not limited to, at least the (1) Moto X, Moto G, Moto G with 4G LTE, Moto E, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handset currently under development that include a Mobile Hotspot feature that provides Internet service from a 3G or 4G connection to client devices over a Wi-Fi connection.

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**



Ex. 1, Moto X User Guide at 12, 48.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

In addition to the Motorola Mobile Hotspot products literally infringing this preamble, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

| | |
|---|---|
| a) a short-range, high-speed wireless access point operative to communicate with short-range client | Each of the Motorola Mobile Hotspot products include hardware and software that provide a short-range, high-speed wireless access point operative to communicate with short-range client devices (e.g., Wi-Fi-enabled phones, tablet computers, desktop computers, portable computers and the like). |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| devices; | For example, the Moto X phone includes a Qualcomm Atheros WCN3680 802.11ac Combo Wi-Fi/Bluetooth/FM chip solution that provides a short-range, high-speed wireless access for short-range client devices, e.g., Wi-Fi enabled devices. |
|---|---|
| | WCN3680 integrates three wireless technologies into a single device optimized for the throughput, size, and energy efficiency needs of mobile and embedded devices. |
| | • Dual-band 2.4 GHz and 5 GHz wireless local area network (WLAN) compliant with the IEEE 802.11 a/b/g/n/ac specification |
| | • Bluetooth® (BT) compliant with the Bluetooth specification version 4.0 (BR/EDR+BLE) and ANT+ Support. |
| | • Worldwide FM radio, with Rx and Tx modes supporting the Radio Data System (RDS) for Europe and the Radio Broadcast Data System (RBDS) for the USA |
| | http://www.atheros.com/mobile/technology.php?nav1=12&product=124 |
| | "Wi-Fi |
| | 802.11a/g/b/n/ac (dual band capable), mobile hotspot" |
| | http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html |
| | To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | In addition to the Motorola Mobile Hotspot products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |

3

Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature

| | |
|---|---|
| b) a long-range, wireless Internet access interface operative to communicate with the Internet; and | Each Motorola Mobile Hotspot product includes hardware and software that provides a long-range, wireless Internet access interface (e.g., a 3G and/or 4G cellular interface) operative to communicate with the Internet.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that provides a long-range, wireless Internet access interface operative to communicate with the Internet (e.g., through a 3G and/or 4G cellular interface).<br><br>"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"<br><br>"Networks<br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
| c) a Local Area Network (LAN) routing system managing the data path between said wireless | Each Motorola Mobile Hotspot product includes hardware and software that provides a Local Area Network (LAN) routing system managing the data path between said wireless access point and said Internet access interface. |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| access point and said Internet access interface, | **Wi-Fi hotspot**<br><br>Your can make your phone a Wi-Fi hotspot to provide portable, convenient internet access to other Wi-Fi enabled devices.<br><br>**Note:** Keep it secure. To protect your phone and hotspot from unauthorized access, it is strongly recommended that you set up hotspot security (WPA2 is the most secure), including password.<br><br>**Find it:** Apps ⊙ → ■ **Settings** → **More** → **Tethering & portable hotspot** and check **Portable Wi-Fi hotspot**.<br><br>**1** Your phone turns off **Wi-Fi** power and uses the mobile network for Internet access. Touch **Set up Wi-Fi Hotspot** to set up security:<br><br>   • **Network SSID**: Enter a unique name for your hotspot.<br><br>   • **Security**: Select the type of security you want: **Open** or **WPA2**. For **WPA2**, enter a unique password that others will need to access your Wi-Fi hotspot.<br><br>   **Note:** WPA2 is recommended by IEEE.<br><br>   • **Hotspot frequency band**: If you notice interference after your hotspot has been active for a while, try different channels.<br><br>   • **Password**: Create a password with at least eight characters.<br><br>**2** Touch **Save** when the settings are complete.<br><br>When your Wi-Fi hotspot is active, other Wi-Fi enabled devices can connect by entering your hotspot's **SSID**, selecting a **Security** type, and entering the correct **Password**.<br><br>**Wireless display**<br><br>Mirror your phone's screen to an HDTV without any cords—with minimal setup. | |

5

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| | |
|---|---|
| | Ex. 1, Moto X User Guide at 50.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result |
| wherein said mobile wireless hotspot system is a stand-alone system that enables client devices configured for short-range, high-speed wireless Internet access to use said mobile wireless hotspot system to access the Internet without the need to access an external service controller server. | Each Motorola Mobile Hotspot product is a stand-alone system that enables client devices configured for short-range, high-speed wireless Internet access to use said mobile wireless hotspot system to access the Internet without the need to access an external service controller server.<br><br>For example, the Moto X phone is a stand-alone system that provides a hotspot system that does not require any external controller and provides Internet access to one or more multiple client devices with the Internet (e.g., through a 3G and/or 4G cellular interface).<br><br>• **Wi-Fi hotspot:** To make your phone a hotspot, touch **More** → **Tethering & portable hotspot**, then check **Portable Wi-Fi hotspot**. You can change hotspot security.<br>Ex. 1, Moto X User Guide at 48.<br><br>Wi-Fi hotspot<br>Your can make your phone a Wi-Fi hotspot to provide portable, convenient internet access to other Wi-Fi enabled devices. |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

**Note:** Keep it secure. To protect your phone and hotspot from unauthorized access, it is strongly recommended that you set up hotspot security (WPA2 is the most secure), including password.

**Find it:** Apps ⋯ → ▪ **Settings** → **More** → **Tethering & portable hotspot** and check **Portable Wi-Fi hotspot**.

1  Your phone turns off **Wi-Fi** power and uses the mobile network for Internet access. Touch **Set up Wi-Fi Hotspot** to set up security:

   • **Network SSID**: Enter a unique name for your hotspot.

   • **Security**: Select the type of security you want: **Open** or **WPA2**. For **WPA2**, enter a unique password that others will need to access your Wi-Fi hotspot.

   **Note:** WPA2 is recommended by IEEE.

   • **Hotspot frequency band**: If you notice interference after your hotspot has been active for a while, try different channels.

   • **Password**: Create a password with at least eight characters.

2  Touch **Save** when the settings are complete.

When your Wi-Fi hotspot is active, other Wi-Fi enabled devices can connect by entering your hotspot's **SSID**, selecting a **Security** type, and entering the correct **Password**.

**Wireless display**

Mirror your phone's screen to an HDTV without any cords—with minimal setup.

Ex. 1, Moto X User Guide at 50.

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers,

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| | |
|---|---|
| | parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim limitation, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
| 2. The system of claim 1, wherein said short-range, high-speed wireless access point uses 802.11 as a wireless standard. | Each Motorola Mobile Hotspot product meets the system of claim 1 and further includes hardware and software for performing the method of claim 1, wherein the short-range, high-speed wireless access point uses 802.11 as a wireless standard.<br><br>Using the Moto X as an example, the short-range, high-speed wireless access point uses 802.11.<br><br>"Wi-Fi<br>802.11a/g/b/n/ac (dual band capable), mobile hotspot"<br><br>Ex. 10, http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| 3. The system of claim 1, wherein said hotspot system is integrated into a vehicle such that passengers in said vehicle are capable of accessing the Internet using said client devices. | Each Motorola Mobile Hotspot product meets the system of claim 1 and further can be integrated into a vehicle such that passengers in said vehicle are capable of accessing the Internet using said client devices.  Motorola offers for sale mechanisms for integrating the Mobile Hotspot products into vehicles and contributes and induces such integrations.<br><br>Using the Moto X phone as an example, Motorola offers for sale a vehicle mount for integrating the Moto X into a vehicle:<br><br> |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

# Navigation Dock for Moto X by Griffin

## Give your wheel a hand

- Window and dash mount
- Enables Car Mode

## $39.95

Ex. 9, http://www.motorola.com/us/accessories-docks/Navigation-Dock-for-Moto-X-by-Griffin/griffin-navigation-dock-moto-x.html

To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

In addition to the Motorola Mobile Hotspot products literally infringing this claim, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result.

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| 4. The system of claim 1, further comprising local content module that stores content that can be accessed by said client devices directly through said high-speed access point. | Motorola Mobile Hotspot products meet the system of claim 1 and further include hardware and software that provide a local content module that stores content that can be accessed by the client devices directly through said high-speed (e.g., Wi-Fi) access point.<br><br>For example, Motorola Mobile Hotspot products also support Wi-Fi Direct or Wi-Fi Peer-to-Peer for allowing content on the products to be accessed directly by a client.  By way of further example, the Moto X includes a Migrate application that can be loaded onto a client device and allows a client device (e.g., a new Motorola phone) to access content (e.g., photos, music, text, call history, contacts) stored on a Motorola Mobile Hotspot product (e.g., an old Motorola Android phone) through its Wi-Fi interface. |

Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature



## Old phone to new phone

Moving your photos, music, text & call history, contacts and more from your old Android™ phone is quick and painless—we promise.

On your old Android phone, download the Motorola Migrate app on Google Play™ to get started. Then on your new phone, touch Apps ⦂ → **Migrate**.

Touch **Start** on your old phone. Touch **Next** on your new phone. Scan the QR code on your new phone using your old phone to transfer your info.

**Tip:** If you don't migrate right after setting up your Moto X, you can always do it later.

Touch here to get started.

Ex. 1, Moto X User Guide at 7.

"Wi-Fi peer-to-peer (P2P) allows Android 4.0 (API level 14) or later devices with the appropriate hardware to connect directly to each other via Wi-Fi without an intermediate access point (Android's Wi-Fi P2P framework complies with the Wi-Fi Alliance's Wi-Fi Direct™ certification

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| | program).  Using these APIs, you can discover and connect to other devices when each device supports Wi-Fi P2P, then communicate over a speedy connection across distances much longer than a Bluetooth connection. This is useful for applications that share data among users, such as a multiplayer game or a photo sharing application.<br><br>The Wi-Fi Direct APIs consist of the following main parts:<br><br>• Methods that allow you to discover, request, and connect to peers are defined in the `WifiP2pManager` class.<br>• Listeners that allow you to be notified of the success or failure of `WifiP2pManager` method calls. When calling `WifiP2pManager` methods, each method can receive a specific listener passed in as a parameter.<br>• Intents that notify you of specific events detected by the Wi-Fi P2P framework, such as a dropped connection or a newly discovered peer."<br><br>Ex. 8, http://developer.android.com/guide/topics/connectivity/wifip2p.html#creating-br<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
|---|---|
| 7. The system of claim 4, | Motorola Mobile Hotspot products include hardware and software that provide a short-range, high-speed wireless |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| | |
|---|---|
| wherein said system includes a short-range, high-speed wireless access interface to enable said system to download updates to said local content module using a fixed high-speed wireless access point. | access interface to enable said system to download updates to said local content module using a fixed high-speed wireless access point.<br><br>For example, the Moto X phone includes a Wi-Fi interface that downloads updates to the content module software (e.g., the Migrate app, Android operating system, firmware and other software).  The Moto X phone can also connect to the Internet using the Wi-Fi interface to update the module's content (e.g., photos, music, etc.) using a fixed high-speed access point.<br><br>## Update your phone<br>Use your phone or computer to check, download, and install phone software updates:<br><br>• Using your phone:<br><br>If your phone notifies you about an update, follow the instructions to download and install it.<br><br>To manually check for updates, touch Apps (⋯) → Settings → About phone → System updates.<br><br>Your phone downloads updates over your Wi-Fi connection (if available) or mobile network. We recommend that you download updates when you have a Wi-Fi connection. Remember, these updates can be quite large (25MB or more) and may not be available in all countries. If the mobile network updates are not available in your country, update using a computer.<br><br>Ex. 1, Moto X User Guide at 15.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, |

14

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

| | |
|---|---|
| | parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
| 18. The system of claim 1, including a WAN Interface providing high-speed Internet access, a long range wireless Internet access interface (WAN) manager coupled to said WAN interface, and monitoring a WAN connection of said WAN Interface in order to provide a continuous connection to the Internet. | Each Motorola Mobile Hotspot product includes a WAN Interface providing high-speed Internet access, a long range wireless Internet access interface (WAN) manager coupled to the WAN interface, and monitoring a WAN connection of said WAN Interface in order to provide a continuous connection to the Internet.  For example, the Moto X phone, which conforms to 3GPP2 and/or 3GPP cellular standards, includes software that monitors 3G and/or 4G (LTE) cellular connections and automatically stays connected and/or reconnects to a cellular network when a cellular connection loses strength or is disconnected.<br><br>By way of example, with respect to 4G LTE operation, the Moto X phone monitors the WAN connection of the WAN Interface (e.g., the link quality) with various base stations in the network and negotiates handovers in order to provide a continuous connection to the Internet: |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**



Ex. 7, Introduction to LTE, Qualcomm University (TV80-W2560-1 Rev. A)


"**4.2.1 UE states and state transitions including inter RAT**

A UE is in RRC_CONNECTED when an RRC connection has been established. ...

The UE:

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

- Monitors a Paging channel and/ or System Information Block Type 1 contents to detect system information change, for ETWS capable UEs, ETWS notification, and for CMAS capable UEs, CMAS notification;

- Monitors control channels associated with the shared data channel to determine if data is scheduled for it;

- Provides channel quality and feedback information;

- Performs neighbouring cell measurements and measurement reporting; "

3GPP TS 36.331, Section 4.2.1


**5.3.1.3 Connected mode mobility**

....

The network triggers the handover procedure e.g. based on radio conditions, load. To facilitate this, the network may configure the UE to perform measurement reporting (possibly including the configuration of measurement gaps).

...

After receiving the handover message, the UE attempts to access the target PCell at the first available RACH occasion according to Random Access resource selection defined in TS 36.321 [6], i.e. the handover is asynchronous. Consequently, when allocating a dedicated preamble for the random access in the target PCell, E-UTRA shall ensure it is available from the first RACH occasion the UE may use. Upon successful completion of the handover, the UE sends a message used to confirm the handover.

....

**5.3.3 RRC connection establishment**

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

**5.3.3.3 Actions related to transmission of RRCConnectionRequest message**

The UE shall continue cell re-selection related measurements as well as cell re-selection evaluation. If the conditions for

cell re-selection are fulfilled, the UE shall perform cell re-selection as specified in 5.3.3.5.

**5.4 Inter-RAT mobility**

**5.4.1 Introduction**

....

For the (network controlled) inter RAT mobility from E-UTRA for a UE in RRC_CONNECTED, a single procedure is defined that supports both handover, cell change order with optional network assistance (NACC) and enhanced CS fallback to CDMA2000 1xRTT. In case of mobility to CDMA2000, the eNB decides when to move to the other RAT while the target RAT determines to which cell the UE shall move.

**5.4.2 Handover to E-UTRA**

....

If the UE is able to comply with the configuration included in the RRCConnectionReconfiguration message, the UE shall:

....

1> if the RRCConnectionReconfiguration message includes the measConfig:

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

|  | 2> perform the measurement configuration procedure as specified in 5.5.2;<br><br>....<br><br>2> apply the parts of the measurement and the radio resource configuration that require the UE to know the SFN of the target PCell (e.g. measurement gaps, periodic CQI reporting, scheduling request configuration, sounding RS configuration), if any, upon acquiring the SFN of the target PCell;<br><br>**5.4.3 Mobility from E-UTRA**<br>....<br><br>E-UTRAN initiates the handover from E-UTRA preparation request procedure to a UE in RRC_CONNECTED, possibly in response to a MeasurementReport message or CS fallback indication for the UE, by sending a HandoverFromEUTRAPreparationRequest message.<br><br>3GPP TS 36.331, Sections 5.3 et seq., 5.4 et seq.<br><br>**5.5 Measurements**<br><br>**5.5.1 Introduction**<br><br>The UE reports measurement information in accordance with the measurement configuration as provided by E- UTRAN. E-UTRAN provides the measurement configuration applicable for a UE in RRC_CONNECTED by means of dedicated signalling, i.e. using the RRCConnectionReconfiguration message.<br><br>The UE can be requested to perform the following types of measurements:<br><br>- Intra-frequency measurements: measurements at the downlink carrier frequency(ies) of the serving cell(s). |

**Exhibit D U.S. Patent No. 7,382,771 vs. Motorola Handsets with Mobile Hotspot Feature**

|  | - Inter-frequency measurements: measurements at frequencies that differ from any of the downlink carrier frequency(ies) of the serving cell(s).<br><br>- Inter-RAT measurements of UTRA frequencies.<br><br>- Inter-RAT measurements of GERAN frequencies.<br><br>- Inter-RAT measurements of CDMA2000 HRPD or CDMA2000 1xRTT frequencies.<br><br>3GPP TS 36.331, Sections 5.5 et seq.<br><br>To the extent that Motorola does not directly infringe any part of this limitation or this claim, Motorola infringes this claim indirectly by inducing or contributing to the direct infringement including by Motorola's customers, parties who develop, license, sell, or otherwise provide applications to and for the Motorola Mobile Hotspot products, or other applicable parties.  IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>In addition to the Motorola Mobile Hotspot products literally infringing this claim, such products also infringe under the doctrine of equivalents.  The above-described functionality of the Motorola Mobile Hotspot products is at most insubstantially different from the claimed functionality and performs the same function in the same way to achieve the same result. |
| --- | --- |

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| U.S. Patent No. 7,564,784 | (Motorola's GPRS Handset Infringement) |
|---|---|
| 1. 1. A method for communicating between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, | To the extent the preamble is a limitation, Motorola makes and sells cellular handsets (the "Motorola GPRS Handsets"[1]) that practice a method for communicating between a mobile station (i.e. handset) and a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity<br><br>Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations and communicate between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow connection on a packet data channel of a General Packet Radio Service between the mobile station and the radio resource entity.  The Motorola GPRS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1.<br><br>**Networks**<br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |

---

[1] The Motorola GPRS Handsets include all Motorola phones sold, offered for sale, used and/or imported into the United States that are configured to communicate via GPRS.  For example, Motorola GPRS Handsets include those that are sold by and made for use with AT&T, Tmobile, and US Cellular networks.   The GPRS Handsets include, but are not limited to, at least the Moto G, Moto G with 4G LTE, Moto E, Moto X, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handsets currently under development that are capable of using and/or establishing a GPRS temporary block flow connection.



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



2

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| said method comprising: transmitting radio link control (RLC) data blocks from the mobile station to the radio resource entity during a first active data transfer period using the uplink TBF connection; | The Motorola GPRS Handsets practice a method comprising transmitting radio link control (RLC) data blocks from the mobile station to the radio resource entity during a first active data transfer period using the uplink TBF connection.

For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection.

For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130.

    For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.

    For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.

    For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.

For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.

    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.

    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and |



4

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | operation of uplink TBF in extended uplink TBF mode. *Id.* at 148-149.

For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode. *Id.* at 148.

For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available. *Id.* at 148.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element |



**Exhibit E (Claim Chart for U.S. Patent No. 7,564,784)**

| | is not present. |
|---|---|
| and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | The Motorola GPRS Handsets practice a method comprising maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows. *Id.* at 130-158.<br><br>For example, section 9.3 specifies operation during RLC data block transfer. *Id.* at 145. More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode. *Id.* at 147.<br><br>For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode. *Id.* at 148-149.<br><br>For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008). The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode. *Id.* at 148.<br><br>For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID.  *Id.* at 132.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 2. The method of claim 1, further comprising exchanging information between the mobile station and the radio resource | The Motorola GPRS Handsets perform a method comprising exchanging information between the mobile station and the radio resource entity to cause the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period.<br><br>The 3GPP standards, including but not limited to  3GPP TS 44.060 version 6.14.0 Release 6 indicate that |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| entity to cause the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period. | information is exchanged between the mobile station and the RRC that causes the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period.  For example, information is exchanged in extended uplink TBF mode described in section 9.3.1.3 [147], acknowledged mode operation described in section 9.3.2 [149-154], and in unacknowledged mode described in section 9.3.3 [154-156].<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application,  Network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>    When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 3. The method of claim 2, further comprising creating a control connection between the mobile station and the radio resource entity, wherein said information is transferred over the control connection. | The Motorola GPRS Handsets perform a method comprising creating a control connection between the mobile station and the radio resource entity, wherein said information is transferred over the control connection.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>    When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 4. The method of claim 1, | The Motorola GPRS Handsets perform a method comprising receiving uplink transfer permission from the radio |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| further comprising: receiving uplink transfer permission from the radio resource entity at the mobile station during the passive period; upon having one or more RLC data blocks ready for transmission during the passive period and having uplink transmission permission, transmitting the one or more RLC data blocks to the radio resource entity during a second active data transfer period that follows the passive period. | resource entity at the mobile station during the passive period; upon having one or more RLC data blocks ready for transmission during the passive period and having uplink transmission permission, transmitting the one or more RLC data blocks to the radio resource entity during a second active data transfer period that follows the passive period.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 6. The method of claim 1, further comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets perform a method comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  | network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>According to section 9.3.2.3 Operation of uplink Temporary Block Flow<br><br>The mobile station shall transmit an RLC/MAC block in each assigned uplink data block. RLC/MAC control blocks have preference to RLC data blocks, i.e. temporarily replacing the PDTCH with PACCH.<br>The network shall send PACKET UPLINK ACK/NACK messages when needed.  The mobile station shall indicate a transmit window stall condition when $V(S) = V(A) + WS$. Upon detecting a transmit window stall condition, the mobile station shall set the Stall indicator (SI) bit in all subsequent uplink RLC data blocks for this TBF until the stall condition ceases to exist.<br>Upon detecting the stall condition the mobile station shall also start timer T3182 for the TBF. Timer T3182 shall be stopped upon reception of a PACKET UPLINK ACK/NACK message that makes $V(S) < V(A) + WS$. If timer T3182 expires, the mobile station shall decrement counter N3102 by PAN_DEC, and proceed as follows:<br>- If there are no other ongoing uplink TBFs and one or no ongoing downlink TBFs perform an abnormal release with access retry (see sub-clause 8.7.2) (*A/Gb mode*) or 3GPP TS 44.160.<br>- If there one or more other ongoing uplink TBFs or multiple ongoing downlink TBFs, perform a multiple TBF abnormal release with access retry (see sub-clause 8.7.4).<br>Whenever the mobile station receives a PACKET UPLINK ACK/NACK message that allows the advancement of $V(S)$ or $V(A)$, the mobile station shall increment N3102 by PAN_INC, however N3102 shall never exceed the value PAN_MAX. Upon cell reselection the mobile station shall set counter N3102 to the value PAN_MAX. When $N3102 \leq 0$ is reached, the mobile station shall perform an abnormal release with cell re-selection (see sub-clause 9.4.2). If PAN_DEC or PAN_INC is set to the value 0, counter N3102 shall be disabled.<br>A mobile station operating with an exclusive allocation shall start or restart timer T3184 upon reception of a PACKET UPLINK ACK/NACK message. If timer T3184 expires, the mobile station shall perform an abnormal release with access retry (see sub-clause 9.4.2). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. <br><br> To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 7. A mobile station for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, the mobile station comprising: | To the extent the preamble is a limitation, Motorola makes and sells mobile stations (cellular handsets) for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity. <br><br> Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations and communicate between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow connection on a packet data channel of a General Packet Radio Service between the mobile station and the radio resource entity.  The Motorola GRPS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1. <br><br> **Networks** <br> GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE <br><br> http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



15

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a transceiver to transmit wireless communications to and receive wireless communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications; | The Motorola GRPS Handsets comprise a transceiver to transmit wireless communications to and receive wireless communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that transmits and receives wireless communications via data channels and control channels (e.g., through a 3G and/or 4G cellular interface). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**



http://www.qualcomm.com/snapdragon/features

"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a controller to control transmission of radio link control (RLC) data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection | The Motorola GPRS Handsets comprise a controller to control transmission of radio link control (RLC) data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes a controller to control transmission of radio link control data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection.<br><br>http://www.qualcomm.com/snapdragon/features<br><br>"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro |



18

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

<table>
<tr>
<td></td>
<td>

(1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection.

For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130.

> For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.

> For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.

> For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.

For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.

> For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.

</td>
</tr>
</table>



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.<br><br>For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148. |
| To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. | |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| and to maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | The Motorola GRPS Handsets comprise a controller to maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. <br><br> For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes a controller to control transmission and connections, including the uplink TBF connection. <br><br> For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. <br><br> For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158. <br><br>     For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147. <br><br>     For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149. <br><br>     For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID. *Id.* at 132.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 9. The mobile station of | The Motorola GPRS Handsets comprise a controller further configured to exchange information with the radio |



**Exhibit E (Claim Chart for U.S. Patent No. 7,564,784)**

| claim 7, wherein the controller is further configured to exchange information with the radio resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period. | resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows. *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24. *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode. *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 10. The mobile station of claim 9, wherein said controller is further configured to set up a control channel with the radio resource entity, and wherein said information is transferred over the control channel. | The Motorola GPRS Handsets comprise a controller further configured to set up a control channel with the radio resource entity, and wherein said information is transferred over the control channel.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application,  Network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode: |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br><br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br><br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br><br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as |



**Exhibit E (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 12. The mobile station of claim 7, wherein the controller is further configured to send a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets perform a method comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows. *Id.* at 130-158.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>According to section 9.3.2.3 Operation of uplink Temporary Block Flow<br><br>The mobile station shall transmit an RLC/MAC block in each assigned uplink data block. RLC/MAC control blocks have preference to RLC data blocks, i.e. temporarily replacing the PDTCH with PACCH.<br>The network shall send PACKET UPLINK ACK/NACK messages when needed.  The mobile station shall indicate a transmit window stall condition when V(S) = V(A) + WS. Upon detecting a transmit window stall condition, the mobile station shall set the Stall indicator (SI) bit in all subsequent uplink RLC data blocks for this TBF until the stall condition ceases to exist.<br>Upon detecting the stall condition the mobile station shall also start timer T3182 for the TBF. Timer T3182 shall be stopped upon reception of a PACKET UPLINK ACK/NACK message that makes V(S) < V(A) + WS. If timer T3182 expires, the mobile station shall decrement counter N3102 by PAN_DEC, and proceed as follows:<br>- If there are no other ongoing uplink TBFs and one or no ongoing downlink TBFs perform an abnormal release with access retry (see sub-clause 8.7.2) (*A/Gb mode*) or 3GPP TS 44.160.<br>- If there one or more other ongoing uplink TBFs or multiple ongoing downlink TBFs, perform a multiple TBF abnormal release with access retry (see sub-clause 8.7.4).<br>Whenever the mobile station receives a PACKET UPLINK ACK/NACK message that allows the advancement of V(S) or V(A), the mobile station shall increment N3102 by PAN_INC, however N3102 shall never exceed the value PAN_MAX. Upon cell reselection the mobile station shall set counter N3102 to the value PAN_MAX. When N3102 ≤ 0 is reached, the mobile station shall perform an abnormal release with cell re-selection (see sub-clause 9.4.2). If PAN_DEC or PAN_INC is set to the value 0, counter N3102 shall be disabled.<br>A mobile station operating with an exclusive allocation shall start or restart timer T3184 upon reception of a PACKET UPLINK ACK/NACK message. If timer T3184 expires, the mobile station shall perform an abnormal release with access retry (see sub-clause 9.4.2).<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | |
| 19. A mobile station for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, the mobile station comprising: | To the extent the preamble is a limitation, Motorola makes and sells mobile stations for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity.<br><br>Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations for communicating with a radio resource entity of a telecommunication system via an uplink TBF connection on a packet data channel of a GPRS between the mobile station and the radio resource entity.  The Motorola GRPS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1.<br><br>**Networks**<br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



29

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| an antenna; | The Motorola GPRS Handsets comprise at least one antenna.  Each of the GRPS handsets has an (internal) antenna for communicating via a cellular network.  Using the Motorola Moto X as an example, communications over GSM/GPRS/EDGE are through an antenna.<br><br>**Networks**<br><br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a transceiver including an RF transmitter and RF receiver operatively coupled to the antenna to transmit RF communications to and receive RF communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications; | The Motorola GRPS Handsets comprise a transceiver including an RF transmitter and RF receiver operatively coupled to the antenna to transmit RF communications to and receive RF communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that transmits and receives wireless communications via data channels and control channels (e.g., through a 3G and/or 4G cellular interface). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**



http://www.qualcomm.com/snapdragon/features

"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

RF cellular communications on the above mentioned networks occur via data channels and control channels associated with such communications per 3GPP specification, including but not limited to 3GPP TS 44.060 version 6.14.0 Release 6.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's



32

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a controller, operatively coupled to the RF transmitter and RF receiver; | The Motorola GPRS Handsets comprise a controller operatively coupled to the RF transmitter and RF receiver.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes such a controller.<br><br><br>http://www.qualcomm.com/snapdragon/features |



33

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | "Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)" |
| | "Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE" |
| | http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html |
| | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| and memory, having machine-readable instructions stored therein, configured to be executed by the controller to cause the mobile station to perform operations including, transmitting radio link control (RLC) data blocks to the radio resource entity during a first active data transfer | The Motorola GPRS Handsets comprise a memory, having machine-readable instructions stored therein, configured to be executed by the controller to cause the mobile station to perform operations including, transmitting radio link control (RLC) data blocks to the radio resource entity during a first active data transfer period using the uplink TBF connection and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes or accesses memory with such instructions stored therein.   The Moto X phone also includes 2 GB of RAM and 16 or 32 GB of non-volatile memory. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| period using the uplink TBF connection and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | <br><br>http://www.qualcomm.com/snapdragon/features<br><br>"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"<br><br>"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"<br><br>"Memory: 2 GB RAM, 16 GB standard, 32 GB version available online."<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130.<br><br>    For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.<br><br>    For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.<br><br>    For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>    For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID. Id. at 132. |
| | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 21. The mobile station of claim 19, wherein | The Motorola GPRS Handsets comprise a controller wherein execution of the instructions performs further operations comprising exchanging information with the radio resource entity via the transceiver using at least one |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| execution of the instructions performs further operations comprising exchanging information with the radio resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period. | data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>    When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 22. The mobile station of claim 21, wherein execution of the instructions performs further operations comprising setting up a control channel with the radio resource entity, and transferring said information over the control channel. | The Motorola GPRS Handsets execute instructions setting up a control channel with the radio resource entity, and transferring said information over the control channel.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode: |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  | When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter. |
|  | During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring. |
|  | The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160). |
|  | NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.* |
|  | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|  | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 24. The mobile station of claim 19, wherein execution of the instructions performs further operations comprising sending a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets execute instructions that perform further operations comprising sending a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>    For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.<br><br>    For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| |
|---|
| According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID. *Id.* at 132. |

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| U.S. Patent No. 6,170,073 | Motorola's Infringement: accused '073 devices |
|---|---|
| 1. An encoder for digital communication, comprising: | Motorola makes and sells 4G LTE cellular handsets and related devices that comply with 4G LTE, 3GPP, and related wireless standards (the "accused '073 devices[1]"). Should it be found that this preamble is limiting, the accused '073 devices comprise an encoder for digital communication.  As one example and without limitation, the accused '073 devices, such as the Moto X device, implement 4G LTE and/or 3GPP communication codecs comprising an encoder for digital communication: <br><br> • **Speed:** Browse and navigate at 4G LTE network speeds. See **"Browse"** on page 37 and **"Locate & navigate"** on page 44. <br><br> Ex. 1 (Moto X User Guide) at 1. <br><br> To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |

[1] The accused '073 devices include all Motorola phones sold, offered for sale, used and/or imported into the United States that are configured to connect to and communicate with 4G LTE networks, including products conforming with 3GPP standards (e.g., 3GPP and related standards).  The Motorola 4G LTE Products include, but are not limited to, at least the (1) Moto X, Moto G, Moto G with 4G LTE, Moto E, Atrix HD, Photon Q 4G LTE, and Electrify M; and (2) any handsets or tablets made, used, sold, offered for sale that support 3GPP and related standards, including any operational handset or tablet computers currently under development.



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for encoding data into digital signals representative of said data, | The accused '073 devices comprise a means for encoding data into digital signals representative of said data. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, e.g. a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the accused '073 devices encode data according to the EFR codec:<br><br>An AMR speech codec capable UE shall support all source rates listed in Table 1.<br><br>**Table 1: Source codec bit-rates for the AMR codec.**<br><br>| Codec mode | Source codec bit-rate |<br>|---|---|<br>| AMR_12.20 | 12,20 kbit/s (GSM EFR) |<br>| AMR_10.20 | 10,20 kbit/s |<br>| AMR_7.95 | 7,95 kbit/s |<br>| AMR_7.40 | 7,40 kbit/s (IS-641) |<br>| AMR_6.70 | 6,70 kbit/s (PDC-EFR) |<br>| AMR_5.90 | 5,90 kbit/s |<br>| AMR_5.15 | 5,15 kbit/s |<br>| AMR_4.75 | 4,75 kbit/s |<br>| AMR_SID | 1,80 kbit/s (see note 1) |<br><br>NOTE 1:  Assuming SID frames are continously transmitted<br>NOTE 2:  GSM-EFR is the 3GPP TS 26.090 Enhanced Full Rate Speech Codec (also identical to the TIA TDMA-US1 Enhanced speech codec)<br>NOTE 3:  IS-641is the TIA/EIA IS-641 TDMA Enhanced Full Rate Speech Codec<br>NOTE 4:  PDC-EFR is the ARIB 6.7 kbit/s Enhanced Full Rate Speech Codec |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | Ex. 2, (3GPP TS 26.071) at 8. <br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. <br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for classifying the digital signals into first and second classes indicative of their influence on data quality, and | The accused '073 devices comprise a means for classifying the digital signals into first and second classes indicative of their influence on data quality . The element is read pursuant to 35 U.S.C § 112(f). The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |



Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, comprise bits selected according to their influence on data quality:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.

Ex. 3 (3GPP T5 45.003) at 35.



3GPP TS 45.003 version 10.0.0 Release 10          292          ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder**
**(subjective importance of encoded bits) (after preliminary channel coding)**
**(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
To the extent this limitation is found to not literally be present, it is present under the
doctrine of equivalents because each accused Motorola device performs substantially the



6

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for error detection encoding capable of generating at least two error detection codes, wherein the at least two error detection codes respectively correspond to the first and second classes and wherein said first and second classes are overlapping. | The accused '073 devices comprise a means for error detection encoding capable of generating at least two error detection codes, wherein the at least two error detection codes respectively correspond to the first and second classes and wherein said first and second classes are overlapping. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec overlapping classes 1a and 1b, which are protected by two error detection codes respectively, the codes being generated by the accused '073 devices:<br><br>For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>Ex. 3 (3GPP T5 45.003) at 35.<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 2. An encoder according to claim 1, wherein the data is speech and the digital signals are classified according to their importance to speech quality. | The accused '073 devices comprise the encoder of claim 1, as explained above, and further comprise functionality wherein the data is speech and the digital signals are classified according to their importance to speech quality.   The accused '073 devices perform the method according to claim 35, as shown above, and include functionality wherein the data is speech and the digital signals are classified according to their importance to speech quality.  As an example and without limitation, the EFR codec operates on data that is speech: |



Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3.
The digital signals are classified (*e.g.*, classes 1a, 1b, 2) according to their importance to speech quality:



3GPP TS 45.003 version 10.0.0 Release 10          292          ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder**
**(subjective importance of encoded bits) (after preliminary channel coding)**
**(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the



10

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 3. An encoder according to claim 1 comprising a first coding means generating the first class and a second coding means for generating the second class and sequentially operable to the first coding means. | The accused '073 devices comprise an encoder according to claim 1, as explained above, and further comprise a first coding means generating the first class and a second coding means for generating the second class and sequentially operable to the first coding means. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, e.g. a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implementing the EFR codec generate the first class in a speech encoder and the second class in a channel encoder operating sequentially to the speech encoder: |



TCH/EFS
(Enhanced full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface 0

| TCH/HS (half rate speech TCH) | TCH/FS (full rate speech TCH) | data TCHs | PDTCH(1-4) |

speech frame
112 bits
**3.2**

speech frame
260 bits
**3.1**

data frame
N0 bits
**3.n.1**

RLC block
Q0 bits
**5.1.n.1**

CS-1  others

Interface 1

cyclic code
+ tail
in: 112 bits
out: 121 bits
**3.2.1**

cyclic code
+ tail
in: 260 bits
out: 267 bits
**3.1.2.1**

+tail
in: N0 bits
out: N1 bits
**3.n.2**

Fire code
+tail
in: 184 bits
out: 228 bits
**4.1.2**

cyclic code
+ tail
in: Q0 bits
out: Q1 bits
**5.1.n.2**

others  CS-4

Interface 2

convolutional
code
k=7, 2 classes
in: 121 bits
out: 228 bits
**3.2.2**

convolutional
code
k=5, 2 classes
in: 267 bits
out: 456 bits
**3.1.2.2**

convolutional
code
k=5, rate r
in: N1 bits
out: 456 bits
**3.n.3**

convolutional
code
k=5, rate 1/2
in: 228 bits
out: 456 bits
**4.1.3**

convolutional
code
k=5, rate r
in: Q1 bits
out: 456 bits
**5.1.n.3**

Interface 3

TCH/F2.4  others

reordering and partitioning
+stealing flag
in: 228 bits
out: 4 blocks
**3.2.3**

reordering and partitioning
+stealing flag
in: 456 bits
out: 8 blocks
**3.1.3**

reordering and partitioning
+code identifier
in: 456 bits
out: 8 blocks
**5.1.n.4 → 4.1.4**

block diagonal
interleaving
in: 4 blocks
out: pairs of
blocks
**3.2.3**

block diagonal
interleaving
in: 8 blocks
out: pairs of
blocks
**3.1.3**

diagonal interleaving
+ stealing flags
in: 456 bits
out: 4 blocks
diagonally interleaved
to depth 19, starting
on consecutive bursts
**3.n.4**

block rectangular
interleaving
in: 8 blocks
out: pairs of
blocks
**5.1.n.4 → 4.1.4**

Interface 4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.



Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 4. An encoder according to claim 3, wherein the first coding means is a speech encoder and the second coding means is a channel encoder. | The accused '073 devices comprise an encoder according to claim 3, as explained above, and further comprise functionality wherein the first coding means is a speech encoder and the second coding means is a channel encoder.   As an example and without limitation, the accused '073 devices implementing the EFR codec generate the first class in a speech encoder and the second class in a channel encoder: |



Case 0:13-cv-61358-DMM   Document 178-1   Entered on FLSD Docket 07/08/2014   Page 392 of 525



TCH/EFS (Enhanced full rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface 0

| TCH/HS (half rate speech TCH) | TCH/FS (full rate speech TCH) | data TCHs | PDTCH(1-4) |

speech frame
112 bits
**3.2**

speech frame
260 bits
**3.1**

data frame
N0 bits
**3.n.1**

RLC block
Q0 bits
**5.1.n.1**

CS-1   others

Interface 1

cyclic code
+ tail
in: 112 bits
out: 121 bits
**3.2.1**

cyclic code
+ tail
in: 260 bits
out: 267 bits
**3.1.2.1**

+tail
in: N0 bits
out: N1 bits
**3.n.2**

Fire code
+tail
in: 184 bits
out: 228 bits
**4.1.2**

cyclic code
+ tail
in: Q0 bits
out: Q1 bits
**5.1.n.2**

others   CS-4

Interface 2

convolutional code
k=7, 2 classes
in: 121 bits
out: 228 bits
**3.2.2**

convolutional code
k=5, 2 classes
in: 267 bits
out: 456 bits
**3.1.2.2**

convolutional code
k=5, rate r
in: N1 bits
out: 456 bits
**3.n.3**

convolutional code
k=5, rate 1/2
in: 228 bits
out: 456 bits
**4.1.3**

convolutional code
k=5, rate r
in: Q1 bits
out: 456 bits
**5.1.n.3**

Interface 3

TCH/F2.4   others

reordering and partitioning
+stealing flag
in: 228 bits
out: 4 blocks
**3.2.3**

reordering and partitioning
+stealing flag
in: 456 bits
out: 8 blocks
**3.1.3**

reordering and partitioning
+code identifier
in: 456 bits
out: 8 blocks
**5.1.n.4 → 4.1.4**

block diagonal interleaving
in: 4 blocks
out: pairs of blocks
**3.2.3**

block diagonal interleaving
in: 8 blocks
out: pairs of blocks
**3.1.3**

diagonal interleaving
+ stealing flags
in: 456 bits
out: 4 blocks
diagonally interleaved
to depth 19, starting
on consecutive bursts
**3.n.4**

block rectangular interleaving
in: 8 blocks
out: pairs of blocks
**5.1.n.4 → 4.1.4**

Interface 4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.



**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 5. An encoder according to claim 1 comprising means for receiving frame formatted digital signals. | The accused '073 devices comprise an encoder according to claim 1, as described above, and further comprise a means for receiving frame formatted digital signals.   The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, e.g. a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec including 260 bit frames: |





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 6. A decoder for digital communication, including: | Should it be found that this preamble is limiting, the accused '073 devices comprise a decoder for digital communication.  As an example and without limitation, the accused '073 devices implement an EFR codec decoder as part of compliance with 4G LTE and/or 3GPP or related standards:<br><br>Figure 4: Simplified block diagram of the GSM enhanced full rate decoder<br><br>Ex. 4 (GSM 06.60) at 41. |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| | |
|---|---|
| means for receiving encoded digital signals classified into first | The accused '073 devices comprise a means for receiving encoded digital signals classified into first and second digital signal classes corresponding to the importance of |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| and second digital signal classes corresponding to the importance of said digital signals, wherein said first and second classes are overlapping; | said digital signals, wherein said first and second classes are overlapping. The element is read pursuant to 35 U.S.C § 112(f). The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |



Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, overlap and comprise bits selected according to their influence on data quality:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.

Ex. 3 (3GPP T5 45.003) at 35.



23

3GPP TS 45.003 version 10.0.0 Release 10     292     ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder (subjective importance of encoded bits) (after preliminary channel coding) (Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
On the receiver end, the encoding process is reversed to perform decoding operations:



24

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| error detection decoding means for | The accused '073 devices comprise a  error detection decoding means for generating error |
| --- | --- |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| generating error signals corresponding to the respective first and second digital signal classes, and | signals corresponding to the respective first and second digital signal classes . The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator:<br><br>5.1    **Error detection**<br><br>An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.<br><br>4    **General**<br><br>The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure.<br><br>The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution.<br><br>The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks.<br><br>Ex. 5 (GSM 06.61) at 8-9.<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for estimating received digital signal quality responsive to the error signals generated by the error detection decoding means. | The accused '073 devices comprise a means for estimating received digital signal quality responsive to the error signals generated by the error detection decoding means.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator, where a frame estimated to have insufficient quality may be marked by such an indicator responsive to the decoding: <br><br> **5.1      Error detection** <br><br> An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4. <br><br> **4      General** <br><br> The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure. <br><br> The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution. <br><br> The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks. <br><br> Ex. 5 (GSM 06.61) at 8-9. <br> To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 7. A decoder according to claim 6, further comprising means for determining the utility of the received digital signals dependent on a result of the quality estimating means. | The accused '073 devices comprise a decoder according to claim 6, as explained above, and further comprise a means for determining the utility of the received digital signals dependent on a result of the quality estimating means.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the value of the BFI flag and related data are used in the EFR decoder process to determine the utility of a frame: |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

---

**5.1      Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**5.2      Lost speech frames**

Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.

**5.3      First lost SID frame**

A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].

**5.4      Subsequent lost SID frames**

For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.

For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution.

---

Ex. 5 (GSM 06.61) at 8-9.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other



29

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 12. A decoder according to claim 6 wherein said digital signals are representative of speech and are classified in accordance with their importance to speech quality. | The accused '073 devices comprise a decoder according to claim 6 as explained above, and further comprise functionality wherein said digital signals are representative of speech and are classified in accordance with their importance to speech quality.   As an example and without limitation, the EFR codec operates on data that is speech: |



Case 0:13-cv-61358-DMM   Document 178-1   Entered on FLSD Docket 07/08/2014   Page 408 of 525

TCH/EFS (full
(Enhanced full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface
0

| TCH/HS<br>(half rate<br>speech TCH) | TCH/FS<br>(full rate<br>speech TCH) | data TCHs | PDTCH(1-4) |
|---|---|---|---|
| speech frame<br>112 bits<br>**3.2** | speech frame<br>260 bits<br>**3.1** | data frame<br>N0 bits<br>**3.n.1** | RLC block<br>Q0 bits<br>**5.1.n.1** |

Interface
1                                                                    CS-1    others

| cyclic code<br>+ tail<br>in: 112 bits<br>out: 121 bits<br>**3.2.1** | cyclic code<br>+ tail<br>in: 260 bits<br>out: 267 bits<br>**3.1.2.1** | +tail<br>in: N0 bits<br>out: N1 bits<br>**3.n.2** | Fire code<br>+tail<br>in: 184 bits<br>out: 228 bits<br>**4.1.2** | cyclic code<br>+ tail<br>in: Q0 bits<br>out: Q1 bits<br>**5.1.n.2** |

Interface
2                                                                    others   CS-4

| convolutional<br>code<br>k=7, 2 classes<br>in: 121 bits<br>out: 228 bits<br>**3.2.2** | convolutional<br>code<br>k=5, 2 classes<br>in: 267 bits<br>out: 456 bits<br>**3.1.2.2** | convolutional<br>code<br>k=5, rate r<br>in: N1 bits<br>out: 456 bits<br>**3.n.3** | convolutional<br>code<br>k=5, rate 1/2<br>in: 228 bits<br>out: 456 bits<br>**4.1.3** | convolutional<br>code<br>k=5, rate r<br>in: Q1 bits<br>out: 456 bits<br>**5.1.n.3** |

Interface
3                                          TCH/F2.4   others

| reordering and partitioning<br>+stealing flag<br>in: 228 bits<br>out: 4 blocks<br>**3.2.3** | reordering and partitioning<br>+stealing flag<br>in: 456 bits<br>out: 8 blocks<br>**3.1.3** | reordering and partitioning<br>+code identifier<br>in: 456 bits<br>out: 8 blocks<br>**5.1.n.4 → 4.1.4** |
|---|---|---|

| block diagonal<br>interleaving<br>in: 4 blocks<br>out: pairs of<br>blocks<br>**3.2.3** | block diagonal<br>interleaving<br>in: 8 blocks<br>out: pairs of<br>blocks<br>**3.1.3** | diagonal interleaving<br>+ stealing flags<br>in: 456 bits<br>out: 4 blocks<br>diagonally interleaved<br>to depth 19, starting<br>on consecutive bursts<br>**3.n.4** | block rectangular<br>interleaving<br>in: 8 blocks<br>out: pairs of<br>blocks<br>**5.1.n.4 → 4.1.4** |

Interface
4
encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.
The digital signals are classified (*e.g.*, classes 1a, 1b, 2) according to their importance to speech quality:



3GPP TS 45.003 version 10.0.0 Release 10      292      ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of encoded full rate speech parameters for the channel encoder (subjective importance of encoded bits) (after preliminary channel coding) (Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| **CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC)** | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| **CLASS 1b: 132 bits (protected)** | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the



32

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. <br><br> To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 13. A decoder according to claim 12, wherein the digital signals are formatted into speech frames comprising speech parameters. | The accused '073 devices comprise a decoder according to claim 12 as described above and further comprise functionality wherein the digital signals are formatted into speech frames comprising speech parameters.   As an example and without limitation, the accused '073 devices implement the EFR codec, which includes speech frames: |



TCH/EFS (full
rate speech TCH)

| speech frame |
| --- |
| 244 bits |
| 3.1 |

| cyclic code |
| --- |
| + repetition |
| in: 244 bits |
| out: 260 bits |
| 3.1.1 |

Interface
0

| TCH/HS | TCH/FS | | data TCHs | | PDTCH(1-4) |
| --- | --- | --- | --- | --- | --- |
| (half rate speech TCH) | (full rate speech TCH) | | | | |

| speech frame | speech frame | | data frame | | RLC block |
| --- | --- | --- | --- | --- | --- |
| 112 bits | 260 bits | | N0 bits | | Q0 bits |
| 3.2 | 3.1 | | 3.n.1 | | 5.1.n.1 |

CS-1    others

Interface
1

| cyclic code | cyclic code | | +tail | Fire code | cyclic code |
| --- | --- | --- | --- | --- | --- |
| + tail | + tail | | in: N0 bits | +tail | + tail |
| in: 112 bits | in: 260 bits | | out: N1 bits | in: 184 bits | in: Q0 bits |
| out: 121 bits | out: 267 bits | | 3.n.2 | out: 228 bits | out: Q1 bits |
| 3.2.1 | 3.1.2.1 | | | 4.1.2 | 5.1.n.2 |

others    CS-4

Interface
2

| convolutional code | convolutional code | | convolutional code | convolutional code | convolutional code |
| --- | --- | --- | --- | --- | --- |
| k=7, 2 classes | k=5, 2 classes | | k=5, rate r | k=5, rate 1/2 | k=5, rate r |
| in: 121 bits | in: 267 bits | | in: N1 bits | in: 228 bits | in: Q1 bits |
| out: 228 bits | out: 456 bits | | out: 456 bits | out: 456 bits | out: 456 bits |
| 3.2.2 | 3.1.2.2 | | 3.n.3 | 4.1.3 | 5.1.n.3 |

Interface
3

TCH/F2.4   others

| reordering and partitioning | reordering and partitioning | | | reordering and partitioning |
| --- | --- | --- | --- | --- |
| +stealing flag | +stealing flag | | | +code identifier |
| in: 228 bits | in: 456 bits | | | in: 456 bits |
| out: 4 blocks | out: 8 blocks | | | out: 8 blocks |
| 3.2.3 | 3.1.3 | | | 5.1.n.4 → 4.1.4 |

| block diagonal interleaving | block diagonal interleaving | | diagonal interleaving + stealing flags | block rectangular interleaving |
| --- | --- | --- | --- | --- |
| in: 4 blocks | in: 8 blocks | | in: 456 bits | in: 8 blocks |
| out: pairs of blocks | out: pairs of blocks | | out: 4 blocks | out: pairs of blocks |
| 3.2.3 | 3.1.3 | | diagonally interleaved to depth 19, starting on consecutive bursts | 5.1.n.4 → 4.1.4 |
| | | | 3.n.4 | |

Interface
4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 14. A decoder according to claim 12, further including a speech decoder for decoding the received digital signals into speech. | The accused '073 devices comprise a decoder according to claim 12 as described above and further comprise a speech decoder for decoding the received digital signals into speech.   As an example and without limitation, the accused '073 devices implement the EFR codec, which decodes speech frames into speech:<br><br>*(figure)*<br><br>(GSM 06 051.)<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the |

35



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 18. Communication apparatus including; | Should this preamble be found to be limiting, the accused '073 devices comprise a communication apparatus. As an example and without limitations, each '073 accused device is capable of communication over cellular networks. |
| an encoder for digital speech communication comprising, | The accused '073 devices comprise an encoder for digital communication. As one example and without limitation, the accused '073 devices, such as the Moto X device, implement 4G LTE and/or 3GPP communication codecs comprising an encoder for digital communication:<br><br>• **Speed:** Browse and navigate at 4G LTE network speeds. See **"Browse"** on page 37 and **"Locate & navigate"** on page 44.<br><br>Ex. 1 (Moto X User Guide) at 1.<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

|  | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| means for encoding speech data into digital signals representative of said data, | The accused '073 devices comprise a means for encoding data into digital signals representative of said data. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, e.g. a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the accused '073 devices encode data according to the EFR codec: |



37

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

An AMR speech codec capable UE shall support all source rates listed in Table 1.

**Table 1: Source codec bit-rates for the AMR codec.**

| Codec mode | Source codec bit-rate |
|---|---|
| AMR_12.20 | 12,20 kbit/s (GSM EFR) |
| AMR_10.20 | 10,20 kbit/s |
| AMR_7.95 | 7,95 kbit/s |
| AMR_7.40 | 7,40 kbit/s (IS-641) |
| AMR_6.70 | 6,70 kbit/s (PDC-EFR) |
| AMR_5.90 | 5,90 kbit/s |
| AMR_5.15 | 5,15 kbit/s |
| AMR_4.75 | 4,75 kbit/s |
| AMR_SID | 1,80 kbit/s (see note 1) |

NOTE 1:   Assuming SID frames are continously transmitted
NOTE 2:   GSM-EFR is the 3GPP TS 26.090 Enhanced Full Rate Speech Codec (also identical to the TIA TDMA-US1 Enhanced speech codec)
NOTE 3:   IS-641is the TIA/EIA IS-641 TDMA Enhanced Full Rate Speech Codec
NOTE 4:   PDC-EFR is the ARIB 6.7 kbit/s Enhanced Full Rate Speech Codec

Ex. 2, (3GPP TS 26.071) at 8.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for classifying the digital signals into first and second digital signal classes indicative of their influence on data quality, and | The accused '073 devices comprise a means for classifying the digital signals into first and second classes indicative of their influence on data quality. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |



```
                                      (Enh.) full
                                    rate speech TCH)
                                   ┌──────────────┐
                                   │ speech frame │
                                   │   244 bits   │
                                   │     3.1      │
                                   └──────────────┘
                                          │
                                   ┌──────────────┐
                                   │ cyclic code  │
                                   │ + repetition │
                                   │ in: 244 bits │
                                   │ out: 260 bits│
                                   │     3.1.1    │
                                   └──────────────┘
Interface ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
    0          TCH/HS         TCH/FS                                      PDTCH(1-4)
             (half rate     (full rate           data TCHs
            speech TCH)    speech TCH)
           ┌──────────┐  ┌──────────┐           ┌──────────┐           ┌──────────┐
           │speech    │  │speech    │           │data frame│           │RLC block │
           │frame     │  │frame     │           │ N0 bits  │           │ Q0 bits  │
           │112 bits  │  │260 bits  │           │   3.n.1  │           │ 5.1.n.1  │
           │   3.2    │  │   3.1    │           └──────────┘           └──────────┘
           └──────────┘  └──────────┘                          CS-1  ┌─── others
Interface ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
    1       │             │                      │            │          │
        ┌──────────┐  ┌──────────┐  ┌──────────┐ ┌──────────┐┌──────────┐
        │cyclic    │  │cyclic    │  │+tail     │ │Fire code ││cyclic    │
        │code      │  │code      │  │in: N0 bits│ │+tail     ││code      │
        │+ tail    │  │+ tail    │  │out: N1   │ │in: 184   ││+ tail    │
        │in: 112   │  │in: 260   │  │bits      │ │bits      ││in: Q0 bits│
        │bits      │  │bits      │  │   3.n.2  │ │out: 228  ││out: Q1 bits│
        │out: 121  │  │out: 267  │  └──────────┘ │bits      ││ 5.1.n.2  │
        │bits      │  │bits      │               │   4.1.2  │└──────────┘
        │  3.2.1   │  │ 3.1.2.1  │               └──────────┘   others ┌─ CS-4
        └──────────┘  └──────────┘                                     │
Interface ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
    2       │             │                      │            │          │
        ┌──────────┐  ┌──────────┐  ┌──────────┐ ┌──────────┐┌──────────┐
        │convol.   │  │convol.   │  │convol.   │ │convol.   ││convol.   │
        │code      │  │code      │  │code      │ │code      ││code      │
        │k=7, 2    │  │k=5, 2    │  │k=5, rate r│ │k=5, rate ││k=5, rate r│
        │classes   │  │classes   │  │in: N1    │ │1/2       ││in: Q1 bits│
        │in: 121   │  │in: 267   │  │bits      │ │in: 228   ││out: 456  │
        │bits      │  │bits      │  │out: 456  │ │bits      ││bits      │
        │out: 228  │  │out: 456  │  │bits      │ │out: 456  ││ 5.1.n.3  │
        │bits      │  │bits      │  │  3.n.3   │ │bits      │└──────────┘
        │  3.2.2   │  │ 3.1.2.2  │  └──────────┘ │  4.1.3   │
        └──────────┘  └──────────┘               └──────────┘
Interface ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
    3       │             │         TCH/F2.4   others                    │
        ┌──────────┐  ┌──────────┐                              ┌──────────────┐
        │reordering│  │reordering│                              │reordering and│
        │and       │  │and       │                              │partitioning  │
        │partition.│  │partition.│                              │+code identifier│
        │+stealing │  │+stealing │                              │in: 456 bits  │
        │flag      │  │flag      │                              │out: 8 blocks │
        │in: 228   │  │in: 456   │                              │5.1.n.4→4.1.4 │
        │bits      │  │bits      │                              └──────────────┘
        │out: 4    │  │out: 8    │                                      │
        │blocks    │  │blocks    │                                      │
        │  3.2.3   │  │  3.1.3   │                                      │
        └──────────┘  └──────────┘                                      │
            │             │         ┌──────────────┐                    │
        ┌──────────┐  ┌──────────┐  │diagonal      │          ┌──────────────┐
        │block     │  │block     │  │interleaving  │          │block         │
        │diagonal  │  │diagonal  │  │+ stealing    │          │rectangular   │
        │interleav.│  │interleav.│  │flags         │          │interleaving  │
        │in: 4     │  │in: 8     │  │in: 456 bits  │          │in: 8 blocks  │
        │blocks    │  │blocks    │  │out: 4 blocks │          │out: pairs of │
        │out: pairs│  │out: pairs│  │diagonally    │          │blocks        │
        │of blocks │  │of blocks │  │interleaved   │          │5.1.n.4→4.1.4 │
        │  3.2.3   │  │  3.1.3   │  │to depth 19,  │          └──────────────┘
        └──────────┘  └──────────┘  │starting on   │
                                    │consecutive   │
                                    │bursts  3.n.4 │
                                    └──────────────┘
Interface ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
    4                        encryption unit
```

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, comprise bits selected according to their influence on data quality:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.

Ex. 3 (3GPP T5 45.003) at 35.



3GPP TS 45.003 version 10.0.0 Release 10     292     ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder**
**(subjective importance of encoded bits) (after preliminary channel coding)**
**(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the



42

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for error detection encoding adapted to generate at least two error detection codes that respectively correspond to the first and second digital signal classes, and wherein said first and second classes are overlapping, and | The accused '073 devices comprise a means for error detection encoding adapted to generate at least two error detection codes that respectively correspond to the first and second digital signal classes, and wherein said first and second classes are overlapping. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec overlapping classes 1a and 1b, which are protected by two error detection codes respectively, the codes being generated by the accused '073 devices:<br><br>For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1)..,s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>Ex. 3 (3GPP T5 45.003) at 35.<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most |



43

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| a decoder for digital speech communication, comprising, | The accused '073 devices comprise a decoder for digital speech communication.  As an example and without limitation, the accused '073 devices implement an EFR codec decoder as part of compliance with 4G LTE and/or 3GPP or related standards:<br><br>Figure 4: Simplified block diagram of the GSM enhanced full rate decoder<br><br>Ex. 4 (GSM 06.60) at 41. |





Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| | |
|---|---|
| means for receiving encoded digital signals from said encoder, | The accused '073 devices comprise a means for receiving encoded digital signals from said encoder. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused |



45

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |





Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, overlap and comprise bits selected according to their influence on data quality:

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



|  | For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>Ex. 3 (3GPP T5 45.003) at 35. |



3GPP TS 45.003 version 10.0.0 Release 10     292     ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder**
**(subjective importance of encoded bits) (after preliminary channel coding)**
**(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| **CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC)** | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| **CLASS 1b: 132 bits (protected)** | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
On the receiver end, the encoding process is reversed to perform decoding operations:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| error detection decoding means for | The accused '073 devices comprise a error detection decoding means for generating error |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| generating error signals from the at least two error detection codes corresponding to respective digital signal classes, | signals from the at least two error detection codes corresponding to respective digital signal classes. The element is read pursuant to 35 U.S.C § 112(f). The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software. As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator: |
|---|---|

**5.1      Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**4      General**

The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure.

The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution.

The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks.

Ex. 5 (GSM 06.61) at 8-9.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola,



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| means for estimating the quality of the received digital signals responsive to the error signals generated by the error detection decoding means, and | The accused '073 devices comprise a means for estimating the quality of the received digital signals responsive to the error signals generated by the error detection decoding means.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator, where a frame estimated to have insufficient quality may be marked by such an indicator responsive to the decoding:<br><br>**5.1      Error detection**<br><br>An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.<br><br>**4      General**<br><br>The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure.<br><br>The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution.<br><br>The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks.<br><br>Ex. 5 (GSM 06.61) at 8-9.<br>To the extent this limitation is found to not literally be present, it is present under the |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| means for determining the utility of the received digital signals dependent on a result of the quality estimating means. | The accused '073 devices a means for determining the utility of the received digital signals dependent on a result of the quality estimating means.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the value of the BFI flag and related data are used in the EFR decoder process to determine the utility of a frame: |



**5.1      Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**5.2      Lost speech frames**

Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.

**5.3      First lost SID frame**

A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].

**5.4      Subsequent lost SID frames**

For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.

For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution.

Ex. 5 (GSM 06.61) at 8-9.
To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other



54

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 19. Communication apparatus according to claim 18, comprising a first coding means generating the first class and a second coding means for generating the second class and sequentially operable to the first coding means. | The accused '073 devices comprise a communication apparatus according to claim 18 as explained above and further comprise a first coding means generating the first class and a second coding means for generating the second class and sequentially operable to the first coding means. As an example and without limitation, the accused '073 devices implementing the EFR codec generate the first class in a speech encoder and the second class in a channel encoder operating sequentially to the speech encoder: |



Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3.



TCH/EFS (full
rate (Enhanced Full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface
0

| TCH/HS<br>(half rate<br>speech TCH) | TCH/FS<br>(full rate<br>speech TCH) | data TCHs | PDTCH(1-4) |
|---|---|---|---|
| speech frame<br>112 bits<br>**3.2** | speech frame<br>260 bits<br>**3.1** | data frame<br>N0 bits<br>**3.n.1** | RLC block<br>Q0 bits<br>**5.1.n.1** |

CS-1    others

Interface
1

| cyclic code<br>+ tail<br>in: 112 bits<br>out: 121 bits<br>**3.2.1** | cyclic code<br>+ tail<br>in: 260 bits<br>out: 267 bits<br>**3.1.2.1** | +tail<br>in: N0 bits<br>out: N1 bits<br>**3.n.2** | Fire code<br>+tail<br>in: 184 bits<br>out: 228 bits<br>**4.1.2** | cyclic code<br>+ tail<br>in: Q0 bits<br>out: Q1 bits<br>**5.1.n.2** |

others    CS-4

Interface
2

| convolutional<br>code<br>k=7, 2 classes<br>in: 121 bits<br>out: 228 bits<br>**3.2.2** | convolutional<br>code<br>k=5, 2 classes<br>in: 267 bits<br>out: 456 bits<br>**3.1.2.2** | convolutional<br>code<br>k=5, rate r<br>in: N1 bits<br>out: 456 bits<br>**3.n.3** | convolutional<br>code<br>k=5, rate 1/2<br>in: 228 bits<br>out: 456 bits<br>**4.1.3** | convolutional<br>code<br>k=5, rate r<br>in: Q1 bits<br>out: 456 bits<br>**5.1.n.3** |

Interface
3

TCH/F2.4   others

| reordering and partitioning<br>+stealing flag<br>in: 228 bits<br>out: 4 blocks<br>**3.2.3** | reordering and partitioning<br>+stealing flag<br>in: 456 bits<br>out: 8 blocks<br>**3.1.3** | | reordering and partitioning<br>+code identifier<br>in: 456 bits<br>out: 8 blocks<br>**5.1.n.4 → 4.1.4** |

| block diagonal<br>interleaving<br>in: 4 blocks<br>out: pairs of<br>blocks<br>**3.2.3** | block diagonal<br>interleaving<br>in: 8 blocks<br>out: pairs of<br>blocks<br>**3.1.3** | diagonal interleaving<br>+ stealing flags<br>in: 456 bits<br>out: 4 blocks<br>diagonally interleaved<br>to depth 19, starting<br>on consecutive bursts<br>**3.n.4** | block rectangular<br>interleaving<br>in: 8 blocks<br>out: pairs of<br>blocks<br>**5.1.n.4 → 4.1.4** |

Interface
4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

Ex. 3.
To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



57

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| 20. Communication apparatus according to claim 18 comprising means for processing frame formatted digital signals. | The accused '073 devices comprise the communication apparatus of claim 18 as explained above, and further include a means for processing frame formatted digital signals.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the accused '073 devices implement the EFR codec including 260 bit frames: |





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 21. Communication apparatus according to claim 18 including;<br><br>means for receiving encoded digital signals classified into first and second digital signal classes corresponding to importance of said digital signals, and | The accused '073 devices comprise a communication apparatus of claim 18 as explained above and further comprise a means for receiving encoded digital signals classified into first and second digital signal classes corresponding to importance of said digital signals. The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.   As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |



60

Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, overlap and comprise bits selected according to their influence on data quality:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>Ex. 3 (3GPP T5 45.003) at 35. |



**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder
(subjective importance of encoded bits) (after preliminary channel coding)
(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
On the receiver end, the encoding process is reversed to perform decoding operations:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| | |
|---|---|
| error detection decoding means for | The accused '073 devices comprise an error detection decoding means for generating an |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| generating an error signal corresponding to respective first and second digital signal classes. | error signal corresponding to respective first and second digital signal classes.  The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator: |
|---|---|

**5.1    Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**4    General**

The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure.

The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution.

The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks.

Ex. 5 (GSM 06.61) at 8-9.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct



65

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 22. Communication apparatus according to claim 21, further comprising means for determining the utility of the received digital signals dependent on a result of the quality estimating means. | The accused '073 devices comprise a communication apparatus according to claim 21 as explained above and further comprise a means for determining the utility of the received digital signals dependent on a result of the quality estimating means.   The element is read pursuant to 35 U.S.C § 112(f).  The '073 accused devices include structure performing the function corresponding to this limitation, including a processor and software, *e.g.* a Qualcomm Snapdragon processor and associated baseband circuitry and software.  As an example and without limitation, the value of the BFI flag and related data are used in the EFR decoder process to determine the utility of a frame:<br><br>**5.1      Error detection**<br><br>An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.<br><br>**5.2      Lost speech frames**<br><br>Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.<br><br>**5.3      First lost SID frame**<br><br>A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].<br><br>**5.4      Subsequent lost SID frames**<br><br>For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.<br><br>For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution. |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | Ex. 5 (GSM 06.61) at 8-9.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 31. Communication apparatus according to claim 18, wherein the digital signals are formatted into speech frames comprising speech parameters and wherein the decoder is operable such that a previous good frame is substitutable for a bad frame, and the previous good frame is transferable to the speech decoding means. | The accused '073 devices comprise a communication apparatus according to claim 18 and further comprise functionality wherein the digital signals are formatted into speech frames comprising speech parameters and wherein the decoder is operable such that a previous good frame is substitutable for a bad frame, and the previous good frame is transferable to the speech decoding means.  As an example and without limitation, the accused '073 devices implement the EFR codec, which includes speech frames: |



TCH/FS (full
rate speech TCH)

speech frame
244 bits
3.1

cyclic code
+ repetition
in: 244 bits
out: 260 bits
3.1.1

Interface
0

| TCH/HS (half rate speech TCH) | TCH/FS (full rate speech TCH) | | data TCHs | | PDTCH(1-4) | |
|---|---|---|---|---|---|---|

speech frame
112 bits
3.2

speech frame
260 bits
3.1

data frame
N0 bits
3.n.1

RLC block
Q0 bits
5.1.n.1

Interface
1                                                                              CS-1   others

cyclic code
+ tail
in: 112 bits
out: 121 bits
3.2.1

cyclic code
+ tail
in: 260 bits
out: 267 bits
3.1.2.1

+tail
in: N0 bits
out: N1 bits
3.n.2

Fire code
+tail
in: 184 bits
out: 228 bits
4.1.2

cyclic code
+ tail
in: Q0 bits
out: Q1 bits
5.1.n.2

Interface
2                                                                              others    CS-4

convolutional
code
k=7, 2 classes
in: 121 bits
out: 228 bits
3.2.2

convolutional
code
k=5, 2 classes
in: 267 bits
out: 456 bits
3.1.2.2

convolutional
code
k=5, rate r
in: N1 bits
out: 456 bits
3.n.3

convolutional
code
k=5, rate 1/2
in: 228 bits
out: 456 bits
4.1.3

convolutional
code
k=5, rate r
in: Q1 bits
out: 456 bits
5.1.n.3

Interface
3                                              TCH/F2.4   others

reordering and partitioning
+stealing flag
in: 228 bits
out: 4 blocks
3.2.3

reordering and partitioning
+stealing flag
in: 456 bits
out: 8 blocks
3.1.3

reordering and partitioning
+code identifier
in: 456 bits
out: 8 blocks
5.1.n.4 → 4.1.4

block diagonal
interleaving
in: 4 blocks
out: pairs of
blocks
3.2.3

block diagonal
interleaving
in: 8 blocks
out: pairs of
blocks
3.1.3

diagonal interleaving
+ stealing flags
in: 456 bits
out: 4 blocks
diagonally interleaved
to depth 19, starting
on consecutive bursts
3.n.4

block rectangular
interleaving
in: 8 blocks
out: pairs of
blocks
5.1.n.4 → 4.1.4

Interface
4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

The EFR decoder is operable to substitute a previous good frame based on the values of the BFI indicator and whether the frame is the first lost frame:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

**5.1      Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**5.2      Lost speech frames**

Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.

**5.3      First lost SID frame**

A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].

**5.4      Subsequent lost SID frames**

For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.

For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution.

Ex. 5 (GSM 06.61) at 8-9.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct



69

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 32. Communication apparatus according to claim 18, wherein the digital signals are formatted into speech frames comprising speech parameters and wherein the decoder is operable to attenuate digital signals for a frame in accordance with the result of the quality estimating means associated with said frame. | The accused '073 devices comprise the communication apparatus of claim 18 as explained above, and further comprise functionality wherein the digital signals are formatted into speech frames comprising speech parameters and wherein the decoder is operable to attenuate digital signals for a frame in accordance with the result of the quality estimating means associated with said frame.  As an example and without limitation, the accused '073 devices implement the EFR codec, which includes speech frames comprising speech parameters: |



```
                              TCH/EFS full
                              (Enhanced full
                              rate speech TCH)

                              speech frame
                                244 bits
                                  3.1

                              cyclic code
                              + repetition
                              in: 244 bits
                              out: 260 bits
                                 3.1.1
Interface ·············································································
   0
        TCH/HS          TCH/FS                data TCHs              PDTCH(1-4)
      (half rate      (full rate
      speech TCH)     speech TCH)

      speech frame    speech frame           data frame             RLC block
       112 bits        260 bits               N0 bits               Q0 bits
         3.2             3.1                    3.n.1                5.1.n.1
                                                                           CS-1    others
Interface ···············································································
   1
      cyclic code     cyclic code           +tail         Fire code        cyclic code
       + tail          + tail              in: N0 bits     +tail            + tail
      in: 112 bits    in: 260 bits         out: N1 bits   in: 184 bits     in: Q0 bits
      out: 121 bits   out: 267 bits         3.n.2         out: 228 bits    out: Q1 bits
        3.2.1          3.1.2.1                               4.1.2          5.1.n.2
                                                                           others    CS-4
Interface ···············································································
   2
     convolutional   convolutional       convolutional    convolutional    convolutional
        code            code                code             code             code
     k=7, 2 classes  k=5, 2 classes     k=5, rate r      k=5, rate 1/2    k=5, rate r
     in: 121 bits    in: 267 bits       in: N1 bits      in: 228 bits     in: Q1 bits
     out: 228 bits   out: 456 bits      out: 456 bits    out: 456 bits    out: 456 bits
        3.2.2          3.1.2.2             3.n.3            4.1.3            5.1.n.3
Interface ···············································································
   3                                      TCH/F2.4  others
   reordering and     reordering and                       reordering and partitioning
   partitioning       partitioning                         +code identifier
   +stealing flag     +stealing flag                       in: 456 bits
   in: 228 bits       in: 456 bits                          out: 8 blocks
   out: 4 blocks      out: 8 blocks                         5.1.n.4 → 4.1.4
      3.2.3             3.1.3

   block diagonal     block diagonal     diagonal interleaving   block rectangular
   interleaving       interleaving       + stealing flags        interleaving
   in: 4 blocks       in: 8 blocks       in: 456 bits            in: 8 blocks
   out: pairs of      out: pairs of      out: 4 blocks           out: pairs of
   blocks             blocks             diagonally interleaved  blocks
      3.2.3             3.1.3             to depth 19, starting   5.1.n.4 → 4.1.4
                                         on consecutive bursts
                                            3.n.4
Interface ·················································································
   4
                              encryption unit
```

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

The EFR decoder is operable to attenuate based on the values of the BFI indicator and whether the frame is the not the first lost frame:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

**5.1     Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

**5.2     Lost speech frames**

Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.

**5.3     First lost SID frame**

A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].

**5.4     Subsequent lost SID frames**

For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.

For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution.

Ex. 5 (GSM 06.61) at 8-9.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 33. Communication apparatus according to claim 18 wherein the apparatus further comprises a base-station or a mobile terminal in a digital radio telephone system. | The accused '073 devices comprise a communication apparatus according to claim 18, and further include functionality wherein the apparatus further comprises a base-station or a mobile terminal in a digital radio telephone system.  The Motorola phones are mobile terminals on a digital radio telephone system:<br><br>• **Speed:** Browse and navigate at 4G LTE network speeds. See **"Browse"** on page 37 and **"Locate & navigate"** on page 44.<br><br>(Moto X User Guide at 1.)<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 35. A method for digital communication encoding, | Should it be found that this preamble is limiting, the accused '073 devices implement a method for digital communication encoding.  As one example and without limitation, the accused '073 devices, such as the Moto X device, implement 4G LTE and/or 3GPP communication codecs: |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | • **Speed:** Browse and navigate at 4G LTE network speeds. See **"Browse"** on page 37 and **"Locate & navigate"** on page 44. <br><br> (Moto X User Guide at 1.) <br><br> To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. <br><br> To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| comprising encoding data into digital signals representative of said data, | The accused '073 devices perform the step of encoding data into digital signals representative of said data. As an example and without limitation, the accused '073 devices encode data according to the EFR codec: |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

An AMR speech codec capable UE shall support all source rates listed in Table 1.

**Table 1: Source codec bit-rates for the AMR codec.**

| Codec mode | Source codec bit-rate |
|---|---|
| AMR_12.20 | 12,20 kbit/s (GSM EFR) |
| AMR_10.20 | 10,20 kbit/s |
| AMR_7.95 | 7,95 kbit/s |
| AMR_7.40 | 7,40 kbit/s (IS-641) |
| AMR_6.70 | 6,70 kbit/s (PDC-EFR) |
| AMR_5.90 | 5,90 kbit/s |
| AMR_5.15 | 5,15 kbit/s |
| AMR_4.75 | 4,75 kbit/s |
| AMR_SID | 1,80 kbit/s (see note 1) |

NOTE 1:  Assuming SID frames are continously transmitted
NOTE 2:  GSM-EFR is the 3GPP TS 26.090 Enhanced Full Rate Speech Codec (also identical to the TIA TDMA-US1 Enhanced speech codec)
NOTE 3:  IS-641is the TIA/EIA IS-641 TDMA Enhanced Full Rate Speech Codec
NOTE 4:  PDC-EFR is the ARIB 6.7 kbit/s Enhanced Full Rate Speech Codec

( 3GPP TS 26.071 at 8.)

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| classifying the digital signals into first and second classes according to their influence on data quality wherein said first and second classes are overlapping, and | The accused '073 devices perform the step of classifying the digital signals into first and second classes according to their influence on data quality wherein said first and second classes are overlapping.  As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |





Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, comprise bits selected according to their influence on data quality and are overlapping:

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>(3GPP T5 45.003 at 35.) |



**Table 6: Ordering of encoded full rate speech parameters for the channel encoder (subjective importance of encoded bits) (after preliminary channel coding) (Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same



79

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| generating at least two error detection codes respectively corresponding to the first and second classes. | The accused '073 devices perform the step of generating at least two error detection codes respectively corresponding to the first and second classes.  As an example and without limitation, the accused '073 devices implement the EFR codec classes 1a and 1b, which are protected by two error detection codes respectively, the codes being generated by the accused '073 devices:<br><br>For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.<br><br>Ex. 3(3GPP T5 45.003) at 35.<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

|  |  |
|---|---|
|  | infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|  |  |
| 36. A method according to claim 35, wherein the data is speech and the digital signals are classified according to their importance to speech quality. | The accused '073 devices perform the method according to claim 35, as shown above, and include functionality wherein the data is speech and the digital signals are classified according to their importance to speech quality.  As an example and without limitation, the EFR codec operates on data that is speech: |



Case 0:13-cv-61358-DMM   Document 178-1   Entered on FLSD Docket 07/08/2014   Page 459 of 525

TCH/EFS (full
(Enhanced full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

interface
0

| TCH/HS (half rate speech TCH) | TCH/FS (full rate speech TCH) | data TCHs | PDTCH(1-4) |
|---|---|---|---|
| speech frame 112 bits **3.2** | speech frame 260 bits **3.1** | data frame N0 bits **3.n.1** | RLC block Q0 bits **5.1.n.1** |

interface
1

CS-1  others

| cyclic code + tail in: 112 bits out: 121 bits **3.2.1** | cyclic code + tail in: 260 bits out: 267 bits **3.1.2.1** | +tail in: N0 bits out: N1 bits **3.n.2** | Fire code + tail in: 184 bits out: 228 bits **4.1.2** | cyclic code + tail in: Q0 bits out: Q1 bits **5.1.n.1** |

interface
2

others    CS-4

| convolutional code k=7, 2 classes in: 121 bits out: 228 bits **3.2.2** | convolutional code k=5, 2 classes in: 267 bits out: 456 bits **3.1.2.2** | convolutional code k=5, rate r in: N1 bits out: 456 bits **3.n.3** | convolutional code k=5, rate 1/2 in: 228 bits out: 456 bits **4.1.3** | convolutional code k=5, rate r in: Q1 bits out: 456 bits **5.1.n.3** |

interface
3

TCH/F2.4  others

| reordering and partitioning +stealing flag in: 228 bits out: 4 blocks **3.2.3** | reordering and partitioning +stealing flag in: 456 bits out: 8 blocks **3.1.3** | | reordering and partitioning +code identifier in: 456 bits out: 8 blocks **5.1.n.4 → 4.1.4** |

| block diagonal interleaving in: 4 blocks out: pairs of blocks **3.2.3** | block diagonal interleaving in: 8 blocks out: pairs of blocks **3.1.3** | diagonal interleaving + stealing flags in: 456 bits out: 4 blocks diagonally interleaved to depth 19, starting on consecutive bursts **3.n.4** | block rectangular interleaving in: 8 blocks out: pairs of blocks **5.1.n.4 → 4.1.4** |

interface
4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

The digital signals are classified (*e.g.*, classes 1a, 1b, 2) according to their importance to speech quality:



82

3GPP TS 45.003 version 10.0.0 Release 10     292     ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder
(subjective importance of encoded bits) (after preliminary channel coding)
(Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| **CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC)** | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| **CLASS 1b: 132 bits (protected)** | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

To the extent this limitation is found to not literally be present, it is present under the
doctrine of equivalents because each accused Motorola device performs substantially the



83

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | |
| 37. A method according to claim 35 the first class is generated in a first coding means and the second class is generated in a second coding means sequentially operable to the first coding means. | The accused '073 devices perform the method according to claim 35, as shown above, and include functionality wherein the first class is generated in a first coding means and the second class is generated in a second coding means sequentially operable to the first coding means. As an example and without limitation, the accused '073 devices implementing the EFR codec generate the first class in a speech encoder and the second class in a channel encoder operating sequentially to the speech encoder: |



Case 0:13-cv-61358-DMM   Document 178-1   Entered on FLSD Docket 07/08/2014   Page 462 of 525

TCH/EFS
(Enhanced full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface 0

| TCH/HS (half rate speech TCH) | TCH/FS (full rate speech TCH) | data TCHs | PDTCH(1-4) |
|---|---|---|---|
| speech frame 112 bits **3.2** | speech frame 260 bits **3.1** | data frame N0 bits **3.n.1** | RLC block Q0 bits **5.1.n.1** |

Interface 1

CS-1   others

| cyclic code + tail in: 112 bits out: 121 bits **3.2.1** | cyclic code + tail in: 260 bits out: 267 bits **3.1.2.1** | +tail in: N0 bits out: N1 bits **3.n.2** | Fire code +tail in: 184 bits out: 228 bits **4.1.2** | cyclic code + tail in: Q0 bits out: Q1 bits **5.1.n.2** |

others   CS-4

Interface 2

| convolutional code k=7, 2 classes in: 121 bits out: 228 bits **3.2.2** | convolutional code k=5, 2 classes in: 267 bits out: 456 bits **3.1.2.2** | convolutional code k=5, rate r in: N1 bits out: 456 bits **3.n.3** | convolutional code k=5, rate 1/2 in: 228 bits out: 456 bits **4.1.3** | convolutional code k=5, rate r in: Q1 bits out: 456 bits **5.1.n.3** |

Interface 3

TCH/F2.4   others

| reordering and partitioning +stealing flag in: 228 bits out: 4 blocks **3.2.3** | reordering and partitioning +stealing flag in: 456 bits out: 8 blocks **3.1.3** | | reordering and partitioning +code identifier in: 456 bits out: 8 blocks **5.1.n.4 → 4.1.4** |

| block diagonal interleaving in: 4 blocks out: pairs of blocks **3.2.3** | block diagonal interleaving in: 8 blocks out: pairs of blocks **3.1.3** | diagonal interleaving + stealing flags in: 456 bits out: 4 blocks diagonally interleaved to depth 19, starting on consecutive bursts **3.n.4** | block rectangular interleaving in: 8 blocks out: pairs of blocks **5.1.n.4 → 4.1.4** |

Interface 4

encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | |
| 38. A method according to claim 37, wherein the data is speech and wherein the first coding means is a speech encoder and the second coding means is a channel encoder. | The accused '073 devices perform the method according to claim 37, as shown above, and include functionality wherein the data is speech and wherein the first coding means is a speech encoder and the second coding means is a channel encoder. As an example and without limitation, the accused '073 devices implementing the EFR codec generate the first class in a speech encoder and the second class in a channel encoder: |



Case 0:13-cv-61358-DMM   Document 178-1   Entered on FLSD Docket 07/08/2014   Page 465 of 525

TCH/EFS
(Enhanced full
rate speech TCH)

speech frame
244 bits
**3.1**

cyclic code
+ repetition
in: 244 bits
out: 260 bits
**3.1.1**

Interface
0

| TCH/HS
(half rate
speech TCH) | TCH/FS
(full rate
speech TCH) | data TCHs | PDTCH(1-4) |

| speech frame
112 bits
**3.2** | speech frame
260 bits
**3.1** | data frame
N0 bits
**3.n.1** | RLC block
Q0 bits
**5.1.n.1** |

Interface 1                                                                    CS-1  others

| cyclic code
+ tail
in: 112 bits
out: 121 bits
**3.2.1** | cyclic code
+ tail
in: 260 bits
out: 267 bits
**3.1.2.1** | +tail
in: N0 bits
out: N1 bits
**3.n.2** | Fire code
+tail
in: 184 bits
out: 228 bits
**4.1.2** | cyclic code
+ tail
in: Q0 bits
out: Q1 bits
**5.1.n.2** |

Interface 2                                                                     others   CS-4

| convolutional
code
k=7, 2 classes
in: 121 bits
out: 228 bits
**3.2.2** | convolutional
code
k=5, 2 classes
in: 267 bits
out: 456 bits
**3.1.2.2** | convolutional
code
k=5, rate r
in: N1 bits
out: 456 bits
**3.n.3** | convolutional
code
k=5, rate 1/2
in: 228 bits
out: 456 bits
**4.1.3** | convolutional
code
k=5, rate r
in: Q1 bits
out: 456 bits
**5.1.n.3** |

Interface 3                                      TCH/F2.4   others

| reordering and partitioning
+stealing flag
in: 228 bits
out: 4 blocks
**3.2.3** | reordering and partitioning
+stealing flag
in: 456 bits
out: 8 blocks
**3.1.3** | | reordering and partitioning
+code identifier
in: 456 bits
out: 8 blocks
**5.1.n.4 → 4.1.4** |

| block diagonal
interleaving
in: 4 blocks
out: pairs of
blocks
**3.2.3** | block diagonal
interleaving
in: 8 blocks
out: pairs of
blocks
**3.1.3** | diagonal interleaving
+ stealing flags
in: 456 bits
out: 4 blocks
diagonally interleaved
to depth 19, starting
on consecutive bursts
**3.n.4** | block rectangular
interleaving
in: 8 blocks
out: pairs of
blocks
**5.1.n.4 → 4.1.4** |

Interface 4                                      encryption unit

**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS
packet data channels**





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

|  | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
|  |  |
| 39. A method according to claim 35 wherein said digital signals comprise frame formatted digital signals. | The accused '073 devices perform the method according to claim 37, as shown above, and include functionality wherein said digital signals comprise frame formatted digital signals. As an example and without limitation, the accused '073 devices implement the EFR codec including 260 bit frames: |





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | |
| 40. A method according to claim 39, wherein the digital signals are representative of speech and are classified in accordance with their importance to speech quality. | The accused '073 devices perform the method according to claim 39, as shown above, and include functionality wherein the digital signals are representative of speech and are classified in accordance with their importance to speech quality.   As an example and without limitation, the accused '073 devices implement the EFR codec including 260 bit frames with bits representative of speech and where bits are classified from most to least important in accordance with their importance to speech: |



**Table 6: Ordering of enhanced full rate speech parameters for the channel encoder (subjective importance of encoded bits) (after preliminary channel coding) (Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

|  |  |
|---|---|
|  | result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 41. A method according to claim 40, wherein the digital signals are formatted into speech frames comprising speech parameters. | The accused '073 devices perform the method according to claim 40, as shown above, and include functionality wherein the digital signals are representative of speech and are classified in accordance with their importance to speech quality.   As an example and without limitation, the accused '073 devices implement the EFR codec, which includes speech frames: |





**Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels**

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if



| | |
|---|---|
| | and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| | |
| 42. A method according to claim 40, further comprising decoding the received digital signals into speech. | The accused '073 devices perform the method according to claim 40, as shown above, and include functionality comprising decoding the received digital signals into speech.  As an example and without limitation, the accused '073 devices implement the EFR codec, which decodes speech frames into speech:<br><br>![diagram]<br><br>(GSM 06 051.)<br>To the extent this limitation is found to not literally be present, it is present under the |


**FeinbergDay**

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 43. A method for digital communication decoding, comprising the steps of: | Should it be found that this preamble is limiting, the accused '073 devices implement a method for digital communication encoding.  As one example and without limitation, the accused '073 devices, such as the Moto X device, implement 4G LTE and/or 3GPP communication codecs:<br><br>• **Speed:** Browse and navigate at 4G LTE network speeds. See **"Browse"** on page 37 and **"Locate & navigate"** on page 44.<br><br>(Moto X User Guide at 1.)<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, |



97

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| receiving encoded digital signals classified into first and second digital signal classes corresponding to the importance of said digital signals wherein said first and second classes are overlapping, | The accused '073 devices perform the step of receiving encoded digital signals classified into first and second digital signal classes corresponding to the importance of said digital signals wherein said first and second classes are overlapping. <br><br> As an example and without limitation, the accused '073 devices implement the EFR codec, which classifies digital signals representing, e.g., speech, into first and second classes: |


Figure 1a: Channel Coding and Interleaving Organization for speech, circuit switched data and GPRS packet data channels

Ex. 3

The EFR first and second classes, *e.g.*, classes 1, 1a and/or 1b, overlap and comprise bits selected according to their influence on data quality:



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



| | For the EFR coder each block contains 244 information bits. The block of 244 information bits, labelled s(1).., s(244), passes through a preliminary stage, applied only to EFR (see figure 1) which produces 260 bits corresponding to the 244 input bits and 16 redundancy bits. Those 16 redundancy bits correspond to 8 CRC bits and 8 repetition bits, as described in subclause 3.1.1. The 260 bits, labelled w(1)..w(260), have to be rearranged according to table 6 before they are delivered to the channel encoding unit which is identical to that of the TCH/FS. The 260 bits block includes 182 bits of class 1(protected bits) and 78 bits of class 2 (no protection). The class 1 bits are further divided into the class 1a and class 1b, class 1a bits being protected by a cyclic code and the convolutional code whereas the class 1b are protected by the convolutional code only.

Ex. 3 (3GPP T5 45.003) at 35. |



3GPP TS 45.003 version 10.0.0 Release 10         292         ETSI TS 145 003 V10.0.0 (2011-04)

**Table 6: Ordering of encoded full rate speech parameters for the channel encoder (subjective importance of encoded bits) (after preliminary channel coding) (Parameter names refers to 3GPP TS 46.060)**

| Description | Bits (Table 5) | Bit index within parameter |
|---|---|---|
| CLASS 1a: 50 bits (protected by 3 bit TCH-FS CRC) | | |
| LTP-LAG 1 | w39 - w44 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 3 | w146 - w151 | b8, b7, b6, b5, b4, b3 |
| LTP-LAG 2 | w94 - w95 | b5, b4 |
| LTP-LAG 4 | w201 - w202 | b5, b4 |
| LTP-GAIN 1 | n48 | b3 |
| FCB-GAIN 1 | w89 | b4 |
| LTP-GAIN 2 | w100 | b3 |
| FCB-GAIN 2 | w141 | b4 |
| LTP-LAG 1 | w45 | b2 |
| LTP-LAG 3 | w152 | b2 |
| LTP-LAG 2 | w96 | b3 |
| LTP-LAG 4 | w203 | b3 |
| LPC 1 | w2 - w3 | b5, b4 |
| LPC 2 | w8 | b7 |
| LPC 2 | w10 | b5 |
| LPC 3 | w18 - w19 | b6, b5 |
| LPC 3 | w24 | b0 |
| LTP-LAG 1 | w46 - w47 | b1, b0 |
| LTP-LAG 3 | w153 - w154 | b1, b0 |
| LTP-LAG 2 | w97 | b2 |
| LTP-LAG 4 | w204 | b2 |
| LPC 1 | w4 - w5 | b3, b2 |
| LPC 2 | w11 - w12 | b4, b3 |
| LPC 3 | w16 | b8 |
| LPC 2 | w9 | b6 |
| LPC 1 | w6 - w7 | b1, b0 |
| LPC 2 | w13 | b2 |
| LPC 3 | w17 | b7 |
| LPC 3 | w20 | b4 |
| LTP-LAG 2 | w98 | b1 |
| LTP-LAG 4 | w205 | b1 |
| CLASS 1b: 132 bits (protected) | | |
| LPC 1 | w1 | b6 |
| LPC 2 | w14 - w15 | b1, b0 |
| LPC 3 | w21 | b3 |
| LPC 4 | w25 - w26 | b7, b6 |
| LPC 4 | w28 | b4 |
| LTP-GAIN 3 | w155 | b3 |
| LTP-GAIN 4 | w207 | b3 |
| FCB-GAIN 3 | w196 | b4 |
| FCB-GAIN 4 | w248 | b4 |
| FCB-GAIN 1 | w90 | b3 |
| FCB-GAIN 2 | w142 | b3 |
| FCB-GAIN 3 | w197 | b3 |
| FCB-GAIN 4 | w249 | b3 |
| CRC-POLY | w253 - w260 | b7, b6, b5, b4, b3, b2, b1, b0 |
| LTP-GAIN 1 | w49 | b2 |

(continued)

Ex. 3.
On the receiver end, the encoding process is reversed to perform decoding operations:



101

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**



Ex. 2, (3GPP TS 26.071) at 7.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

| decoding the received encoded | The accused '073 devices perform the step of decoding the received encoded digital |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| digital signals for detecting errors corresponding respectively to said first and second digital signal classes, and | signals for detecting errors corresponding respectively to said first and second digital signal classes.  As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator, where a frame estimated to have insufficient quality may be marked by such an indicator responsive to the decoding:<br><br>**5.1      Error detection**<br><br>An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.<br><br>**4      General**<br><br>The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure.<br><br>The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution.<br><br>The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks.<br><br>Ex. 5 (GSM 06.61) at 8-9.<br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other |



103

**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|
| estimating the quality for received digital signals based on the result of the decoding of received encoded digital signals. | The accused '073 devices perform the step of estimating the quality for received digital signals based on the result of the decoding of received encoded digital signals. As an example and without limitation, the CRC and/or convolutional encoding used to create EFR frames based on classes 1a, 1b, and/or 1 is decoded to produce error signals that are used to generate output such as a BFI indicator, where a frame estimated to have insufficient quality may be marked by such an indicator responsive to the decoding: <br><br> **5.1 Error detection** <br><br> An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4. <br><br> **4 General** <br><br> The purpose of frame substitution is to conceal the effect of lost frames. The purpose of muting the output in the case of several lost frames is to indicate the breakdown of the channel to the user and to avoid generating possible annoying sounds as a result from frame substitution procedure. <br><br> The RSS indicates lost speech or SID frames by setting its Bad Frame Indication flag (BFI) based on its 3-bit and 8-bit CRCs and possibly other error detection mechanisms. The TRAU calculates from the CRCs inserted by the CCU in the TRAU frames one BSI_Abis flag for every sub-block of speech parameters. If either one or more of these flags is set, the speech decoder shall either perform frame substitution or subframe substitution. <br><br> The example solution provided in clause 6 applies only for bad frame handling on a complete speech frame basis. However some parts could be modified for substitution of bad sub-blocks. <br><br> Ex. 5 (GSM 06.61) at 8-9. <br> To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

| | |
|---|---|
| | To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
| 44. A method according to claim 43, further comprising determining the utility of the received digital signals based on a result of estimating the quality of the received digital signals. | The accused '073 devices perform a method according to claim 43 as explained above, and further comprise the step of determining the utility of the received digital signals based on a result of estimating the quality of the received digital signals.   As an example and without limitation, the value of the BFI flag and related data are used in the EFR decoder process to determine the utility of a frame: |

5.1      **Error detection**

An error is detected and the BFI-flag is set-by the RSS according to the principle described in clause 4.

5.2      **Lost speech frames**

Normal decoding of lost speech frames would result in very unpleasant noise effects. In order to improve the subjective quality, lost speech frames shall be substituted with either a repetition or an extrapolation of the previous good speech frame(s). This substitution is done so that it will gradually decrease the output level, resulting in silencing of the output. Subclause 6.1 gives an example solution.

5.3      **First lost SID frame**

A single lost SID frame shall be substituted by the last valid SID frame and the procedure for valid SID frames be applied as described in GSM 06.81 (ETS 300 729) [3].

5.4      **Subsequent lost SID frames**

For the second lost SID frame, a muting technique shall be used on the comfort noise that will gradually decrease the output level (-3 dB/frame), resulting in silencing of the output of the decoder.

For subsequent lost SID frames, the muting of the output shall be maintained. Subclause 6.2 gives an example solution.

Ex. 5 (GSM 06.61) at 8-9.



**Exhibit F (Claim Chart for U.S. Patent No. 6,170,073)**

|  | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because each accused Motorola device performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each accused Motorola device is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.<br><br>To the extent that any limitation of this element is not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or network carriers and/or other parties. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |
|---|---|



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| U.S. Patent No. 7,564,784 | (Motorola's GPRS Handset Infringement) |
|---|---|
| 1. 1. A method for communicating between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, | To the extent the preamble is a limitation, Motorola makes and sells cellular handsets (the "Motorola GPRS Handsets"[1]) that practice a method for communicating between a mobile station (i.e. handset) and a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity

Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations and communicate between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow connection on a packet data channel of a General Packet Radio Service between the mobile station and the radio resource entity.  The Motorola GPRS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1.

**Networks**

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE

http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |

---

[1] The Motorola GPRS Handsets include all Motorola phones sold, offered for sale, used and/or imported into the United States that are configured to communicate via GPRS.  For example, Motorola GPRS Handsets include those that are sold by and made for use with AT&T, Tmobile, and US Cellular networks.   The GPRS Handsets include, but are not limited to, at least the Moto G, Moto G with 4G LTE, Moto E, Moto X, Atrix 2, Atrix 4G, Atrix HD, Admiral, Electrify, Electrify 2, Electrify M, Photon 4G, Photon Q 4G LTE, Defy XT, XT886, XPRT, Titanium, Triumph, Milestone X, and any operational handsets currently under development that are capable of using and/or establishing a GPRS temporary block flow connection.



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

### GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

### 850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



2

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| said method comprising: transmitting radio link control (RLC) data blocks from the mobile station to the radio resource entity during a first active data transfer period using the uplink TBF connection; | The Motorola GPRS Handsets practice a method comprising transmitting radio link control (RLC) data blocks from the mobile station to the radio resource entity during a first active data transfer period using the uplink TBF connection.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection.<br><br>For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130.<br><br>    For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.<br><br>    For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.<br><br>    For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and |



4

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.

For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.

For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | is not present. |
|---|---|
| and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | The Motorola GPRS Handsets practice a method comprising maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>     For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>     For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>     For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.<br><br>     For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID.  *Id.* at 132.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 2. The method of claim 1, further comprising exchanging information between the mobile station and the radio resource | The Motorola GPRS Handsets perform a method comprising exchanging information between the mobile station and the radio resource entity to cause the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period.<br><br>The 3GPP standards, including but not limited to  3GPP TS 44.060 version 6.14.0 Release 6 indicate that |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| entity to cause the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period. | information is exchanged between the mobile station and the RRC that causes the mobile station to operate in a mode under which an uplink TBF connection is maintained during a passive period.  For example, information is exchanged in extended uplink TBF mode described in section 9.3.1.3 [147], acknowledged mode operation described in section 9.3.2 [149-154], and in unacknowledged mode described in section 9.3.3 [154-156].<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application,  Network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br> When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 3. The method of claim 2, further comprising creating a control connection between the mobile station and the radio resource entity, wherein said information is transferred over the control connection. | The Motorola GPRS Handsets perform a method comprising creating a control connection between the mobile station and the radio resource entity, wherein said information is transferred over the control connection.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  |  |
|---|---|
|  | block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 4. The method of claim 1, | The Motorola GPRS Handsets perform a method comprising receiving uplink transfer permission from the radio |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| further comprising: receiving uplink transfer permission from the radio resource entity at the mobile station during the passive period; upon having one or more RLC data blocks ready for transmission during the passive period and having uplink transmission permission, transmitting the one or more RLC data blocks to the radio resource entity during a second active data transfer period that follows the passive period. | resource entity at the mobile station during the passive period; upon having one or more RLC data blocks ready for transmission during the passive period and having uplink transmission permission, transmitting the one or more RLC data blocks to the radio resource entity during a second active data transfer period that follows the passive period.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>    When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 6. The method of claim 1, further comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets perform a method comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| |
|---|
| network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>According to section 9.3.2.3 Operation of uplink Temporary Block Flow<br><br>The mobile station shall transmit an RLC/MAC block in each assigned uplink data block. RLC/MAC control blocks have preference to RLC data blocks, i.e. temporarily replacing the PDTCH with PACCH.<br>The network shall send PACKET UPLINK ACK/NACK messages when needed.  The mobile station shall indicate a transmit window stall condition when V(S) = V(A) + WS. Upon detecting a transmit window stall condition, the mobile station shall set the Stall indicator (SI) bit in all subsequent uplink RLC data blocks for this TBF until the stall condition ceases to exist.<br>Upon detecting the stall condition the mobile station shall also start timer T3182 for the TBF. Timer T3182 shall be stopped upon reception of a PACKET UPLINK ACK/NACK message that makes V(S) < V(A) + WS. If timer T3182 expires, the mobile station shall decrement counter N3102 by PAN_DEC, and proceed as follows:<br>- If there are no other ongoing uplink TBFs and one or no ongoing downlink TBFs perform an abnormal release with access retry (see sub-clause 8.7.2) (*A/Gb mode*) or 3GPP TS 44.160.<br>- If there one or more other ongoing uplink TBFs or multiple ongoing downlink TBFs, perform a multiple TBF abnormal release with access retry (see sub-clause 8.7.4).<br>Whenever the mobile station receives a PACKET UPLINK ACK/NACK message that allows the advancement of V(S) or V(A), the mobile station shall increment N3102 by PAN_INC, however N3102 shall never exceed the value PAN_MAX. Upon cell reselection the mobile station shall set counter N3102 to the value PAN_MAX. When N3102 ≤ 0 is reached, the mobile station shall perform an abnormal release with cell re-selection (see sub-clause 9.4.2). If PAN_DEC or PAN_INC is set to the value 0, counter N3102 shall be disabled.<br>A mobile station operating with an exclusive allocation shall start or restart timer T3184 upon reception of a PACKET UPLINK ACK/NACK message. If timer T3184 expires, the mobile station shall perform an abnormal release with access retry (see sub-clause 9.4.2). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  |  |
|---|---|
|  | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|  |  |
| 7. A mobile station for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, the mobile station comprising: | To the extent the preamble is a limitation, Motorola makes and sells mobile stations (cellular handsets) for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity.<br><br>Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations and communicate between a mobile station and a radio resource entity of a telecommunication system via an uplink temporary block flow connection on a packet data channel of a General Packet Radio Service between the mobile station and the radio resource entity.  The Motorola GRPS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1.<br><br>**Networks**<br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a transceiver to transmit wireless communications to and receive wireless communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications; | The Motorola GRPS Handsets comprise a transceiver to transmit wireless communications to and receive wireless communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that transmits and receives wireless communications via data channels and control channels (e.g., through a 3G and/or 4G cellular interface). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**



http://www.qualcomm.com/snapdragon/features

"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| a controller to control transmission of radio link control (RLC) data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection | The Motorola GPRS Handsets comprise a controller to control transmission of radio link control (RLC) data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes a controller to control transmission of radio link control data blocks to the radio resource entity via the transceiver during a first active data transfer period using the uplink TBF connection.<br><br>http://www.qualcomm.com/snapdragon/features<br><br>"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro |



18

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| |
|---|
| (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)" |

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection.

For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130.

> For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.

> For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.

> For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.

For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.

> For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.<br><br>For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| and to maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | The Motorola GRPS Handsets comprise a controller to maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes a controller to control transmission and connections, including the uplink TBF connection.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>    For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148. |



**Exhibit E (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available. *Id.* at 148.

For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available. When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID. *Id.* at 132.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 9. The mobile station of | The Motorola GPRS Handsets comprise a controller further configured to exchange information with the radio |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| claim 7, wherein the controller is further configured to exchange information with the radio resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period. | resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring. The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160). NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 10. The mobile station of claim 9, wherein said controller is further configured to set up a control channel with the radio resource entity, and wherein said information is transferred over the control channel. | The Motorola GPRS Handsets comprise a controller further configured to set up a control channel with the radio resource entity, and wherein said information is transferred over the control channel.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application,  Network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode: |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.

During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.

The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).

NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 12. The mobile station of claim 7, wherein the controller is further configured to send a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets perform a method comprising sending a signaling message from the mobile station to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows. *Id.* at 130-158.<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>According to section 9.3.2.3 Operation of uplink Temporary Block Flow<br><br>The mobile station shall transmit an RLC/MAC block in each assigned uplink data block. RLC/MAC control blocks have preference to RLC data blocks, i.e. temporarily replacing the PDTCH with PACCH.<br>The network shall send PACKET UPLINK ACK/NACK messages when needed.  The mobile station shall indicate a transmit window stall condition when V(S) = V(A) + WS. Upon detecting a transmit window stall condition, the mobile station shall set the Stall indicator (SI) bit in all subsequent uplink RLC data blocks for this TBF until the stall condition ceases to exist.<br>Upon detecting the stall condition the mobile station shall also start timer T3182 for the TBF. Timer T3182 shall be stopped upon reception of a PACKET UPLINK ACK/NACK message that makes V(S) < V(A) + WS. If timer T3182 expires, the mobile station shall decrement counter N3102 by PAN_DEC, and proceed as follows:<br>- If there are no other ongoing uplink TBFs and one or no ongoing downlink TBFs perform an abnormal release with access retry (see sub-clause 8.7.2) (*A/Gb mode*) or 3GPP TS 44.160.<br>- If there one or more other ongoing uplink TBFs or multiple ongoing downlink TBFs, perform a multiple TBF abnormal release with access retry (see sub-clause 8.7.4).<br>Whenever the mobile station receives a PACKET UPLINK ACK/NACK message that allows the advancement of V(S) or V(A), the mobile station shall increment N3102 by PAN_INC, however N3102 shall never exceed the value PAN_MAX. Upon cell reselection the mobile station shall set counter N3102 to the value PAN_MAX. When N3102 ≤ 0 is reached, the mobile station shall perform an abnormal release with cell re-selection (see sub-clause 9.4.2). If PAN_DEC or PAN_INC is set to the value 0, counter N3102 shall be disabled.<br>A mobile station operating with an exclusive allocation shall start or restart timer T3184 upon reception of a PACKET UPLINK ACK/NACK message. If timer T3184 expires, the mobile station shall perform an abnormal release with access retry (see sub-clause 9.4.2).<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| | |
| 19. A mobile station for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity, the mobile station comprising: | To the extent the preamble is a limitation, Motorola makes and sells mobile stations for communicating with a radio resource entity of a telecommunication system via an uplink temporary block flow (TBF) connection on a packet data channel of a General Packet Radio Service (GPRS) between the mobile station and the radio resource entity.<br><br>Using the Motorola Moto X as an example, the Motorola GPRS Handsets are mobile stations for communicating with a radio resource entity of a telecommunication system via an uplink TBF connection on a packet data channel of a GPRS between the mobile station and the radio resource entity.  The Motorola GRPS Handsets establish various TBF connections and operate in at least the extended uplink TBF mode specified in the 3GPP TS 44.060 version 6.14.0 Release 6 and later standards.  Ex. 1.<br><br>**Networks**<br><br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

## Networks

GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - 4G LTE

## 2G/2.5G GSM/GPRS/EDGE bands

850/900/1800/1900 MHz

http://www.motorola.com/us/shop-all-mobile-phones/moto-x-developer-edition.html
http://www.att.com/smallbusiness/common/productDetails.jsp?skuId=sku7090082&isPrinterFriendly=true

The 3GPP consortium documents confirm that the Motorola GPRS Handsets support an extended uplink TBF mode.  For example, according to 3GPP TS 44.060 version 6.14.0 Release 6 Section 9.3.1b:

> The mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).

Ex. 1 at 148.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, a Temporary Block Flow is, in A/Gb mode, a physical connection used by the two RR peer entities to support the unidirectional transfer of LLC PDUs on packet data physical channels (see sub-clause 5.2.1).  In Iu mode, a TBF is a logical connection offered by two MAC entities to support the unidirectional transfer of RLC PDUs on basic physical subchannels. *Id.* at 20.

According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, In the *extended uplink TBF mode*, the uplink TBF may be maintained during temporary inactive periods, where the mobile station has



29

**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | no RLC information to send. The network determines the release of the uplink TBF (see sub-clause 9.3.1b). *Id.*<br><br>The Extended Uplink TBF may operate in enhanced GPRS ("EGPRS") mode or regular GPRS mode.<br><br>According to the 3GPP TS 44.060 version 6.14.0 Release 6 Section 3 definitions, EGPRS TBF mode refers to a TBF utilising the EGPRS enhancements, e.g. Incremental Redundancy and possibly 8-PSK.  *Id.*<br><br>To the extent the preamble is deemed to be limiting and to the extent that it is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent the preamble is deemed to be limiting and to the extent that any limitation of it is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| an antenna; | The Motorola GPRS Handsets comprise at least one antenna.  Each of the GRPS handsets has an (internal) antenna for communicating via a cellular network.  Using the Motorola Moto X as an example, communications over GSM/GPRS/EDGE are through an antenna.<br><br>**Networks**<br>GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE<br><br>http://www.motorola.com/us/shop-all-mobile-phones/Moto-X-for-T-Mobile/m-moto-x-tmobile.html |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| a transceiver including an RF transmitter and RF receiver operatively coupled to the antenna to transmit RF communications to and receive RF communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications; | The Motorola GRPS Handsets comprise a transceiver including an RF transmitter and RF receiver operatively coupled to the antenna to transmit RF communications to and receive RF communications from radio resource entities of the telecommunication system via data channels and control channels associated with such communications.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that transmits and receives wireless communications via data channels and control channels (e.g., through a 3G and/or 4G cellular interface). |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**



http://www.qualcomm.com/snapdragon/features

"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"

"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"

http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html

RF cellular communications on the above mentioned networks occur via data channels and control channels associated with such communications per 3GPP specification, including but not limited to 3GPP TS 44.060 version 6.14.0 Release 6.

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| a controller, operatively coupled to the RF transmitter and RF receiver; | The Motorola GPRS Handsets comprise a controller operatively coupled to the RF transmitter and RF receiver.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes such a controller.<br><br>http://www.qualcomm.com/snapdragon/features |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | "Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"<br><br>"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| and memory, having machine-readable instructions stored therein, configured to be executed by the controller to cause the mobile station to perform operations including, transmitting radio link control (RLC) data blocks to the radio resource entity during a first active data transfer | The Motorola GPRS Handsets comprise a memory, having machine-readable instructions stored therein, configured to be executed by the controller to cause the mobile station to perform operations including, transmitting radio link control (RLC) data blocks to the radio resource entity during a first active data transfer period using the uplink TBF connection and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, the Moto X phone includes a Qualcomm Snapdragon S4 Pro processor that includes or accesses memory with such instructions stored therein.   The Moto X phone also includes 2 GB of RAM and 16 or 32 GB of non-volatile memory. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| period using the uplink TBF connection and maintaining the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity. | <br><br>http://www.qualcomm.com/snapdragon/features<br><br>"Motorola X8 Mobile Computing System which includes a software optimized Qualcomm Snapdragon S4 Pro (1.7GHz Dual-Core Krait CPU, quad-core Adreno 320 GPU)"<br><br>"Networks GSM/GPRS/EDGE - UMTS/HSPA + up to 42 Mbps - CDMA/EVDO Rev. A (CDMA model only) - 4G LTE"<br><br>"Memory: 2 GB RAM, 16 GB standard, 32 GB version available online."<br><br>http://www.motorola.com/us/FLEXR1-1/moto-x-specifications.html<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets send RLC data blocks during a first active data transfer period using the uplink TBF connection. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

|  | For example, section 8 (including sub sections 8.0-8.10.5.5) specifies Medium Access Control (MAC) procedures in packet transfer mode for sending data blocks from the mobile station to a radio resource entity.  *Id.* at 84-130. |
|--|--|

For example, section 8.1 generally specifies the procedures for transfer of RLC data blocks and applies to active data transfer periods.  *Id.* at 84.

For example, section 8.1.1 further specifies uplink RLC data block transfer. *Id.* at 85.

For example, subclause 8.1.1.1 specifies mobile station behaviour for dynamic allocation uplink RLC data block transfer while in packet transfer mode, MAC-Shared State, dual transfer mode or MAC-DTM state.  *Id.* at 87.

For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.

For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.

For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.

For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available. *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID. Id. at 132.<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 21. The mobile station of claim 19, wherein | The Motorola GPRS Handsets comprise a controller wherein execution of the instructions performs further operations comprising exchanging information with the radio resource entity via the transceiver using at least one |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| execution of the instructions performs further operations comprising exchanging information with the radio resource entity via the transceiver using at least one data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period. | data channel or control channel to cause the mobile station to operate in a mode under which the uplink TBF connection is maintained during a passive period.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode:<br><br>    When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.<br>During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.<br>The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).<br>NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*<br><br>To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.<br><br>To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
| 22. The mobile station of claim 21, wherein execution of the instructions performs further operations comprising setting up a control channel with the radio resource entity, and transferring said information over the control channel. | The Motorola GPRS Handsets execute instructions setting up a control channel with the radio resource entity, and transferring said information over the control channel.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>According to section 9.3.1b.1 Extended uplink TBF mode Application, network support of the extended uplink TBF mode shall be indicated by the NW_EXT_UTBF parameter that is broadcast on either BCCH or PBCCH, see sub-clause 12.24.  *Id.* at 148.<br><br>The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.*<br><br>According to section 9.3.1b.2 Operation of uplink TBF in extended uplink TBF mode: |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

When the mobile station is allocated an uplink radio block and there is no RLC data block ready to send for any TBF, the mobile station shall send an RLC/MAC control block in each uplink radio block allocated by the network, unless indicated otherwise. When the mobile station is allocated an uplink radio block, and there is no RLC/MAC block for data transfer to send for this TBF but, in case of multiple TBFs, there is an RLC/MAC block for data transfer to send for one or more other TBF(s) assigned on the same PDCH, the mobile station should send an RLC/MAC block for data transfer from one of these other TBF(s) in the allocated uplink radio block indicating the TFI of that other TBF in the RLC/MAC header of that RLC/MAC block. The priorities defined in sub-clause 8.1.1 for different kinds of RLC/MAC blocks apply. The network may allow, via the EXT_UTBF_NODATA parameter broadcast in GPRS Cell Options IE (see sub-clause 12.24), any mobile station during extended uplink TBF mode not to send any PACKET UPLINK DUMMY CONTROL BLOCK message when there is no other RLC/MAC block ready to send. A mobile station during extended uplink TBF mode may refrain from sending PACKET UPLINK DUMMY CONTROL BLOCK messages when there is no other RLC/MAC block ready to send only if so indicated by the EXT_UTBF_NODATA parameter.

During a period when the network does not receive any RLC data blocks from the mobile station, the network may periodically send a PACKET UPLINK ACK/NACK message to the mobile station. When applicable, depending on the medium access mode, the PACKET UPLINK ACK/NACK message shall be sent as required to prevent timer T3184 from expiring.

The network determines the release of an uplink TBF. The network releases an uplink TBF using the procedure in subclause 9.5 (*A/Gb mode*) or 3GPP TS 44.160).

NOTE 1: An uplink TBF may be released also by procedures defined in clause 8.  *Id.*

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present. |
|---|---|
| 24. The mobile station of claim 19, wherein execution of the instructions performs further operations comprising sending a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time. | The Motorola GPRS Handsets execute instructions that perform further operations comprising sending a signaling message via the transceiver to the radio resource entity during the passive period indicating the mobile station does not have any RLC data blocks to send at the time.<br><br>For example, at least the following sections of 3GPP TS 44.060 version 6.14.0 Release 6 indicate that the Motorola GRPS Handsets maintain the uplink TBF connection during a passive period that follows the first active data transfer period, wherein during the passive period the mobile station does not send RLC data blocks to the radio resource entity.<br><br>For example, section 9 (including sub sections 9.0-9.5) specifies Radio Link Control (RLC) procedures in packet transfer mode, including temporary block flows.  *Id.* at 130-158.<br><br>    For example, section 9.3 specifies operation during RLC data block transfer.  *Id.* at 145.  More specifically, section 9.3.1.3 specifies operation in extended uplink TBF mode.  *Id.* at 147.<br><br>    For example, section 9.3.1b, including subsections 9.3.1b.1 and 9.3.1b.2 specify application and operation of uplink TBF in extended uplink TBF mode.  *Id.* at 148-149.<br><br>    For example, section 9.3.1b.1 the mobile station shall support the extended uplink TBF mode. The extended uplink TBF mode is a part of the *GERAN Feature Package 1*. A mobile station indicating support of *GERAN Feature Package 1* in the Mobile Station Classmark 3 IE, the MS Radio Access Capability IE and the MS Radio Access Capability 2 IE supports the extended uplink TBF mode (see 3GPP TS 24.008).  The RLC/MAC entity, which has received the indication that the peer supports the extended uplink TBF mode, shall operate an uplink TBF in the extended uplink TBF mode.  *Id.* at 148.<br><br>    For example, section 9.3.1b.2 specifies operation of uplink TBF in extended uplink TBF mode. |



**Exhibit E  (Claim Chart for U.S. Patent No. 7,564,784)**

| | |
|---|---|
| | According to section 9.3.1b.2, an extended uplink TBF mode, an uplink TBF may be maintained during temporary inactive periods, where the mobile station has no RLC information to send. During the temporary inactive periods, the mobile station may stop sending RLC data block, as defined in subclause 9.1.3. The network shall continue allocating the mobile station uplink radio blocks during the inactivity period, using the procedures defined in sub-clause 8.1.1 for each medium access mode. Uplink radio blocks shall be allocated as required allowing the mobile station to continue the transfer of RLC data blocks, when a new RLC data block becomes available.  *Id.* at 148.<br><br>For example, according to subclauses 9.1.3.1 (GPRS) and 9.1.3.2 (EGPRS) of subclause 9.1.3, in the extended uplink TBF mode, if V(S) = V(A) and there is no RLC data block with BSN = V(S) available, the mobile station shall stop sending RLC data blocks. The mobile station shall continue sending RLC data blocks when a RLC data block with BSN = V(S) is available.  When an element in V(B) falls outside of the active transmit window, i.e. [V(A) ≤ BSN < V(S) ] modulo SNS, the element shall be set to the value INVALID.  *Id.* at 132. |

To the extent that any limitation of this element is challenged as not directly infringed by Motorola, Motorola infringes this claim indirectly by inducing and/or contributing to the direct infringement including by Motorola's customers and/or Motorola's providers and affiliates and/or the mobile network operators. IV will supplement this contention if and when Motorola makes any assertion that direct infringement of this claim is not present.

To the extent that any limitation of this element is challenged as not literally present, each limitation of the element is present under the doctrine of equivalents because each identified Motorola system performs substantially the same function, in substantially the same way in order to achieve the substantially same result as the recited element such that each Motorola system is at most insubstantially different from the recited element. IV will supplement this contention if and when Motorola makes any assertion that any limitation of this element is not present.

